**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ASSOCIATION MOTOR CLUB, LLC, | Case No. 24-57098-LRC |
| Debtor. | |

## DEBTOR'S APPLICATION TO APPROVE EMPLOYMENT OF ACCOUNTANT

ASSOCIATION MOTOR CLUB, LLC, debtor and debtor-in-possession in this case ("Debtor"), files this **Application to Approve Employment of Accountant** and shows the Court as follows:

1.   The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 9, 2024.

2.   Debtor desires to employ Certified Public Accountant, Creeana P. Jefferson of Capital Solutions CPA, PC, as its accountant ("Accountant").

3.   Debtor has selected Accountant for the reason that they have had considerable experience in matters of this nature, and Debtor believes they are well qualified to perform the work required in this case.

4.   The professional services rendered by Accountant in this proceeding are to prepare and finalize the Debtor's 2023 tax return, prepare financial statements, and prepare operating reports, and to perform any other necessary and beneficial services to the estate, including monthly bookkeeping.

1

5.    It is necessary for the Debtor as a debtor in possession to employ an accountant for such professional services.

6.    The terms of the employment of Accountant agreed to by Debtor, subject to the approval of the Court, is that Accountant will undertake this representation at the rate of $50.00 per hour. In addition, Accountant will prepare and finalize the 2023 federal tax return for the flat rate of $600.

7.    This Accountant represents no interest adverse to Debtor or to the estate in the matters upon which Accountant is to be engaged for the Debtor, and Accountant's employment would be in the best interest of this estate.

WHEREFORE, Debtor respectfully requests that the Court approve its employment of Creeana P. Jefferson of Capital Solutions CPA, PC, to perform professional services as an accountant to Debtor in this case under Chapter 11 of the Bankruptcy Code, and for such other and further relief as is just and proper.

Respectfully submitted this 31st day of October 2024.

FALLON LAW PC

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
1201 W. Peachtree St. NW, Suite 2625
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for Debtor*

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ASSOCIATION MOTOR CLUB, LLC, | Case No. 24-57098-LRC |
| Debtor. | |

## AFFIDAVIT OF CREEANA P. JEFFERSON

Creeana P. Jefferson of Capital Solutions CPA, PC, being first duly sworn, states the following under oath:

1.   I am a certified public accountant and the owner of Capital Solutions CPA, PC. I am experienced in carrying out the accounting of many businesses.

2.   I have no connections with the United States Trustee's Office. Nor do I have any connection to the creditors, any other party in interest, or their respective attorneys.

3.   I represent no interest adverse to Association Motor Club, LLC, the Debtor in this case, or to the estate for the matters upon which I am to be engaged for the Debtor.

[continued next page]

3

4.   I am a disinterested person as defined in 11 U.S.C. § 101(14).

Executed on this 31st day of October, 2024, in Atlanta, Georgia.

Creeana P. Jefferson
Capital Solutions CPA, PC
3455 Peachtree Road NE, FL 5
Atlanta, GA 30326
(800) 272-0082
cjefferson@capitalsolutions.cpa

Sworn to and subscribed before me this 31 day of October 2024.

Notary Public

4

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing *Debtor's Application to Approve Employment of Accountant* was electronically served using the Bankruptcy Court's Electronic Case Filing program (ECF), which sends a notice of this document and an accompanying link to this document to parties who have appeared in this case under the Bankruptcy Court's ECF program, including the following:

- Jonathan S. Adams    jonathan.s.adams@usdoj.gov
- Justan C. Bounds    jbounds@carltonfields.com, pjordan@carltonfields.com, kathompson@carltonfields.com
- Christopher P Butler    cbutlerlaw@outlook.com
- Vivieon K Jones    vivieon.jones@usdoj.gov
- Aaron Nash    anash@evanspetree.com

I FURTHER CERTIFY that I caused the foregoing *Debtor's Application to Approve Employment of Accountant* to be served by U.S. Mail with sufficient postage prepaid to the attached mailing matrix in this case.

Dated: October 31, 2024.                    FALLON LAW PC

 */s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
1201 W. Peachtree St. NW, Suite 2625
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for Debtor*

5

Label Matrix for local noticing
113E-1
Case 24-57098-lrc
Northern District of Georgia
Atlanta
Thu Oct 31 22:45:11 EDT 2024

A Star Protection
PO Box 360112
Decatur, GA 30036-0112

ACR Solutions
7326 Raleigh Way
Bethlehem, GA 30620-4821

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Affordable Dumpster Rental
6520 US Highway 301 Ste 112
St. Leo, FL 33578

All in One Appliance Repair
1575 Smithson Cove
Lithonia, GA 30058-3193

Altus Receivables Management
2121 Airline Drive Suite 520
Metairie , LA 70001-5987

Association Motor Club, LLC
348 14th Street, NW
Atlanta, GA 30318-5363

Atlanta Supersource, Inc.
3655 Kennesaw 75 Parkway
Ste. 100
Kennesaw, GA 30144-6502

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Beverage Control
5215 S. Royal Atlanta Drive
Tucker, GA 30084-8611

Justan C. Bounds
Carlton Fields Jorden Burt, P.A.
1201 W Peachtree Street
Suite 3000
Atlanta, GA 30309-3455

Christopher P Butler
Christopher Butler LLC
P. O. Box 13487
Atlanta, GA 30324-0487

CT Corporation System, as Representative
330 N. Brand Blvd, Suite 700
Attn:  SPRS
Glendale, CA 91203-2336

Cash Buoy
203 N. LaSalle Street
Ste. 2100
Chicago, IL 60601-1226

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Cintas Corp
PO Box 630927
Cincinnati, OH 45263-0927

City of Atlanta
55 Trinity Ave SW
Atlanta, GA 30303-3543

City of Atlanta Department of Watershed Mana
Attn Wil James
72 Marietta Street, 9th Floor
Atlanta, GA 30303-2804

City of Atlanta Watershed
72 Marietta Street, NW
Atlanta, GA 30303-2804

Clutch Sports Bar, LLC
1860 Corporate Blvd
Atlanta, GA 30329-4033

Comcast Business
PO Box 530098
Atlanta, GA 30353-0098

Corporation Service Company, as Representati
PO Box 2576
Springfield, IL 62708-2576

ERC Specialists
560 E. Timpanogos Circle
Orem, UT 84097-6225

Brad Fallon
Fallon Law PC
Suite 2625
1201 W. Peachtree St. NW
Atlanta, GA 30309-3499

Fenix Capital Funding, LLC
9265 4th Ave., 2nd Floor
Brooklyn, NY 11209-7006

Finpoint Funding, LLC
1 Maiden Lane
5th Floor
New York, NY 10038-5154

First Savings Bank
702 North Shore Dr.
Suite 300
Jeffersonville, IN 47130-3146

First Savings Bank
c/o Christopher P. Butler, Esq.
PO Box 13487
Atlanta, GA 30324-0487

Fulton County Tax Commissioner
P.O. Box 105052
Atlanta, GA 30348-5052

Fundation
11501 Sunset Hills Rd Ste 100
Reston, VA 20190-6700

Gas South
PO Box 723728
Atlanta, GA 31139-0728

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-1733

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Greenberg, Grant & Richards Inc
5858 Westheimer Rd
Houston, TX 77057-5645

Hoodz of Atlanta and Central Georgia
860 Johnson Ferry Rd Ste 140-338
Atlanta, GA 30342-1435

IAT Insurance Group
11500 N. Ambassador Drive, Ste. 200
Kansas City, MO 64153-1211

(p)IDEA 247 INC D B A IDEA FINANCIAL
800 NW 62 AVENUE
SUITE 750
MIAMI FL 33126-5055

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Investa Services, LLC
Custodian for GSRAN-Z
1266 West Paces Ferry Rd #517
Atlanta, GA 30327-2306

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Vivieon K Jones
Office of the United States Attorney
Suite 600
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Kapitus
2500 Wilson Blvd Ste 350
Arlington , VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Lemont Bradley
211 Colonial Homes Drive, NW
Atlanta
GA 30309-1262

Aaron Nash
Evans Petree PC
9005 Overlook Blvd
Brentwood, TN 37027-5269

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Quintorris Lopez Julio Jones Jr
5300 Leann Dr
Douglasville, GA 30135-5174

REGIONS BANK
PO BOX 10063
BIRMINGHAM AL 35202-0063

Regions Bank
2479 Edison Blvd
Twinsburgh , OH 44087-2475

Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd
Suite 350
Atlanta, GA 30329-4435

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Shaquille O'Neal
c/o PRP
Perry Rogers, CEO
10845 Griffith Park Ste. 520
Las Vegas, NV 89135-1555

Sharod Lamor Roddy White
263 Pebble Chase Ln
Lawrenceville, GA 30044-8826

Suiprem, Inc.
P.O. Box 105611
Atlanta, GA 30348-5611

The Leviton Law Firm, Ltd.
One Pierce Place Suite 725W
Itasca, IL 60143-1234

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Small Business Administration
233 Peachtree Street NE, Ste. 300
Atlanta, GA 30303-1553

US Foods, Inc.
7950 Spence Road
Fairburn, GA 30213-2907

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

United States of America, on behalf of Small

V Cap Group
33 Peasall Avenue
Cedarhurst, NY 11516

Vend Lease Company, Inc.
8100 Sandpiper Circle
Ste 300
Nottingham, MD 21236-4992

Verizon Wireless
650 Ponce De Leon Ave
Ste. 660B
Atlanta, GA 30308-1878

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE,
Atlanta, GA 30345

(d)Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Idea 247, Inc.
200 SE 1st Street
Ste. 703
Miami, FL 33131

JPMCB - Card Services
301 N. Walnut Street
9th Floor
Wilmington, DE 19801

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

(u)Kapitus Servicing, Inc.

(u)Navy Federal Credit Union

End of Label Matrix
Mailable recipients    69
Bypassed recipients     3
Total                  72