## UNITED STATES BANKRUPTCY COURT

NORTHERN   DISTRICT OF   GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| In Re. Association Motor Club, LLC | § | Case No.  24-57098 |
| | § | |
| _____ | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025          Petition Date: 07/09/2024

Months Pending: 10          Industry Classification: | 1 | 1 | 9 | 2 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          2

Debtor's Full-Time Employees (as of date of order for relief):          2

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lemont Bradley
_____
Signature of Responsible Party

05/28/2025
_____
Date

Lemont Bradley
_____
Printed Name of Responsible Party

348 14th St. NW
Atlanta, GA 30318
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac          1

Debtor's Name Association Motor Club, LLC                          Case No. 24-57098

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,843 | |
| b. Total receipts (net of transfers between accounts) | $72,843 | $353,533 |
| c. Total disbursements (net of transfers between accounts) | $77,632 | $269,951 |
| d. Cash balance end of month (a+b-c) | $1,054 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $77,632 | $269,951 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ◉   Other ○   (attach explanation)) | $3,130 |
| d. Total current assets | $4,184 |
| e. Total assets | $4,184 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $5,408,529 |
| l. Prepetition priority debt | $2,855 |
| m. Prepetition unsecured debt | $190,602 |
| n. Total liabilities (debt) (j+k+l+m) | $5,601,986 |
| o. Ending equity/net worth (e-n) | $-5,597,802 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $72,843 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $6,165 | |
| c. Gross profit (a-b) | $66,678 | |
| d. Selling expenses | $39,089 | |
| e. General and administrative expenses | $17,951 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $1,510 | $25,544 |

UST Form 11-MOR (12/01/2021) - Mac                          2

Debtor's Name  Association Motor Club, LLC                                                      Case No.  24-57098

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $19,326 | $0 | $6,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Fallon Law PC | Lead Counsel | $0 | $19,326 | $0 | $6,500 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                        3

| Debtor's Name | Association Motor Club, LLC | | | Case No. | 24-57098 |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Association Motor Club, LLC                                          Case No.  24-57098

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Capital Solutions CPA, PC | Financial Professional | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                      5

Debtor's Name  Association Motor Club, LLC                                          Case No.  24-57098

| | | | | | |
|------|--|--|--|--|--|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                          6

Debtor's Name  Association Motor Club, LLC                                    Case No.  24-57098

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    7

Debtor's Name  Association Motor Club, LLC                                    Case No.  24-57098

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c. Were any payments made to or on behalf of insiders?   Yes ●  No ○

d. Are you current on postpetition tax return filings?   Yes ●  No ○

e. Are you current on postpetition estimated tax payments?   Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ●  No ○  N/A ○

i. Do you have:    Worker's compensation insurance?   Yes ●  No ○

    If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?   Yes ●  No ○

    If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?   Yes ●  No ○

    If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ●  No ○

k. Has a disclosure statement been filed with the court?   Yes ●  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●  No ○

Debtor's Name  Association Motor Club, LLC                                      Case No.  24-57098

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?      Yes ○  No ◉

m. If yes, have you made all Domestic Support Obligation payments?      Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Lemont Bradley                                              Lemont Bradley

Signature of Responsible Party                           Printed Name of Responsible Party

Owner                                                                    05/28/2025

Title                                                                        Date

Debtor's Name  Association Motor Club, LLC                                    Case No.  24-57098



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Association Motor Club, LLC                                    Case No.  24-57098



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac                    11

Debtor's Name  Association Motor Club, LLC                                    Case No.  24-57098



PageThree



PageFour

**Association Motor Club LLC**

**348 14th Street Nw**

**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending April 30, 2025*

**Revenues**

| | | |
|---|---|---|
| Gross Sales | $ | 72,843.00 |
| **Gross Profit** | **$** | **72,843.00** |
| COGS | $ | (6,165.00) |
| **Net Gross Profit** | **$** | **66,678.00** |

**Expenses**

| | | |
|---|---|---|
| Advertising | $ | 1,946.00 |
| Bank Fees | $ | 928.00 |
| Insurance | $ | 1,095.00 |
| Legal & Professional | $ | 1,341.00 |
| Processing Fees | $ | 2,101.00 |
| Rent | $ | 12,000.00 |
| Repairs & Maintence | $ | 200.00 |
| Permits | $ | - |
| Salaries & Wages | $ | 35,042.00 |
| Small Equipment | $ | - |
| Software | $ | 773.00 |
| Supplies | $ | 2,192.00 |
| Taxes | $ | 1,263.00 |
| Trash | $ | 244.00 |
| Utilities | $ | 6,043.00 |
| **Total Expenses** | **$** | **65,168.00** |

| | | |
|---|---|---|
| **Net Income** | **$** | **1,510.00** |

## Association Motor Club LLC

**348 14th Street Nw**
**Atlanta, GA 30318**

### Balance Sheet

*as of April 30, 2025*

| Current assets: | Current Year |
|---|---|
| Cash | 1,054.00 |
| Inventory | 3,130.00 |
| **Total current assets** | **4,184.00** |

| Fixed assets: | Current Year |
|---|---|
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (844,736.00) |
| **Total fixed assets** | **3,675,814.00** |

| **Total Assets** | **3,679,998.00** |
|---|---|

**Liabilities and owner's equity**

| Current liabilities: | Current Year |
|---|---|
| Accounts payable | 4,391.00 |
| ST Notes Payable | 198,674.00 |
| **Total current liabilities** | **203,065.00** |

| Long-term liabilities: | Current Year |
|---|---|
| Notes Payable | 5,408,529.00 |
| **Total long-term liabilities** | **5,408,529.00** |

| Owner's equity: | Current Year |
|---|---|
| Equity Interest | (2,156,421.00) |
| Retained Earnings | 224,825.00 |
| **Total owner's equity** | **(1,931,596.00)** |

| **Total Liabilities and Owner's Equity** | **3,679,998.00** |
|---|---|

| **Balance** | **-** |
|---|---|

**Association Motor Club LLC**
348 14th Street Nw
Atlanta, GA 30318

## Statement of Cash Flows

*as of April 30, 2025*

**CASH FLOWS FROM OPERATING ACTIVITIES**

| | | |
|---|---|---:|
| Cash Received from Customers | $ | 72,843.00 |
| Cash Paid to Suppliers | $ | (6,165.00) |
| Cash Paid to Employees | $ | (35,042.00) |
| Cash Paid for other Expenses | $ | (26,762.00) |
| Other nonoperating Expenses | $ | (3,364.00) |
| Taxes Paid | $ | - |
| ***Net Cash Provided by Operating Activities*** | $ | **1,510.00** |

**CASH FLOWS FROM INVESTING ACTIVITIES**

| | | |
|---|---|---:|
| ***Net Cash Provided/Used by Investing Activities*** | $ | - |

**CASH FLOWS FROM FINANCING ACTIVITIES**

| | | |
|---|---|---:|
| Net Borrowings under credit arrangement | $ | - |
| Dividends Paid | $ | - |
| ***Net Cash Used by Financing Activities*** | $ | - |

| | | |
|---|---|---:|
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | $ | **1,510.00** |
| Cash and Cash Equivalents at beginning | $ | **5,843.00** |
| **Cash and Cash Equivalents at end** | $ | **1,054.00** |
| - | | **6299 |

**RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES**

| | | |
|---|---|---:|
| **Net Income** | $ | **1,510.00** |
| ***Adjustments to reconcile net income to net*** | | |
| ***cash provided by operating activities*** | | |
| | $ | - |
| | $ | - |
| ***Change in current assets & liabilities*** | | |
| | $ | - |
| **Total Adjustments** | $ | - |
| **Net cash provided by operating activities** | $ | **1,510.00** |

# Initiate Business Checking™

April 30, 2025 ∎ Page 1 of 10



ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

 **1-800-CALL-WELLS**   (1-800-225-5935)

 *En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
        P.O. Box 6995
        Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Keep your accounts and money safe. Know how to spot a scam with these two tips.

1. Question unusual payment requests.
Scammers prefer payment methods that make it difficult or impossible to recover your money. Be cautious if anyone asks you to
pay with gift cards, prepaid cards, cryptocurrency, wire transfers, or a payment app. These payment methods are like sending cash.
Remember that requests for gift cards are almost always a scam.

Learn more at wellsfargo.com/saferpayments

2. Don't allow anyone remote access to your devices.
Scammers may call you posing as a computer technician, or you may get a pop-up window on your screen warning you about an
issue with your device. If you engage, they'll ask you to allow them into your computer or to do a screen share.

Know that legitimate tech support companies don't contact you and ask for access to your computer. If this happens to you, it's a
scam. If you have an issue with your computer or device, go to a company you know and trust. Never rely on someone reaching
out to you and don't allow them access to your device.

April 30, 2025 ■ Page 2 of 10

**WELLS FARGO**

It's your money and your personal information. Protect it.

Learn more at wellsfargo.com/scams

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $5,842.87 |
| Deposits/Credits | 72,843.03 |
| Withdrawals/Debits | - 77,631.99 |
| Ending balance on 4/30 | $1,053.91 |

Account number: ████ 4129  (primary account)

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | American Express Settlement 250331 4103824512 4103824512 | 1,653.02 | | |
| 4/1 | | Shift4 Pymt Proc 250401 068880015238304 Auto Spa Bistro | 331.98 | | |
| 4/1 | | ATM Cash Deposit on 04/01 1071 Chattahoochee Ave NW Atlanta GA 0008502 ATM ID 0647K Card 3179 | 320.00 | | |
| 4/1 | | Withdrawal Made In A Branch/Store | | 1,710.00 | |
| 4/1 | 1040 | Cashed Check | | 1,500.00 | |
| 4/1 | 29 | Cashed Check | | 1,027.93 | |
| 4/1 | | Jjpf Payments 328Echeck 26261245 Association Motor Club | | 57.07 | |
| 4/1 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000047682749 Association Motor Club | | 83.62 | 3,769.25 |
| 4/2 | | American Express Settlement 250401 4103824512 4103824512 | 131.84 | | |
| 4/2 | | Shift4 Pymt Proc 250401 068880015238333 Auto Spa Bistro | 195.19 | | |
| 4/2 | | Shift4 Pymt Proc 250401 068880015238304 Auto Spa Bistro | 2,662.98 | | |
| 4/2 | | Deposit Made In A Branch/Store | 100.00 | | |
| 4/2 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Rvm77Rl on 04/02/25 | 1,500.00 | | |
| 4/2 | | Purchase authorized on 03/31 Georgia Power Comp 866-702-1864 GA S305090608692511 Card 3179 | | 1,000.00 | |
| 4/2 | | Purchase authorized on 03/31 Georgia Power Comp 866-702-1864 GA S585090609185973 Card 3179 | | 566.94 | |
| 4/2 | | Purchase authorized on 03/31 Georgia Power Comp 866-702-1864 GA S585090610315601 Card 3179 | | 1,000.00 | |
| 4/2 | | Purchase authorized on 03/31 Georgia Power Comp 866-702-1864 GA S305090610595573 Card 3179 | | 73.00 | |
| 4/2 | | Money Transfer authorized on 03/31 Apple Cash Sent MO 1Infiniteloop CA S305090746176298 Card 3179 | | 382.28 | |
| 4/2 | | Purchase authorized on 04/01 Sq *Nouveau Riche Gosq.Com GA S585091405163664 Card 3179 | | 618.00 | |
| 4/2 | | Purchase authorized on 04/01 Engelman Baking CO 770-2481444 GA S585091654418827 Card 3179 | | 120.19 | |
| 4/2 | | ATM Withdrawal authorized on 04/02 2204 Peachtree Rd NW Atlanta GA 0000071 ATM ID 0333Y Card 3179 | | 1,000.00 | |
| 4/2 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Rvks52L on 04/02/25 | | 1,500.00 | |
| 4/2 | | Withdrawal Made In A Branch/Store | | 2,068.00 | |
| 4/2 | < | Business to Business ACH Debit - Shift4 Fees 250331 068880015238333 Auto Spa Bistro | | 87.12 | |

April 30, 2025 ■ Page 3 of 10

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| 4/2 | < | Business to Business ACH Debit - Shift4 Shift4 I25040117966 166697 Auto Spa Bistro | | 152.44 | |
| 4/2 | < | Business to Business ACH Debit - Shift4 Shift4 I25040117965 166471 Auto Spa Bistro | | 228.66 | -437.37 |
| 4/3 | | Overdraft Fee for a Transaction Posted on 04/02 $87.12 Shift4 Fees 250331 068880015238 333 Auto Spa Bistro | | 35.00 | |
| 4/3 | | Overdraft Fee for a Transaction Posted on 04/02 $152.44 Shift4 Shift4 I25040117966 166697 Auto Spa Bistro | | 35.00 | |
| 4/3 | | Overdraft Fee for a Transaction Posted on 04/02 $228.66 Shift4 Shift4 I25040117965 166471 Auto Spa Bistro | | 35.00 | |
| 4/3 | < | Business to Business ACH Debit - Shift4 Chg Backs 250401 068880015238304 Auto Spa Bistro | | 402.20 | |
| 4/3 | | American Express Settlement 250402 4103824512 4103824512 | 465.17 | | |
| 4/3 | | Shift4 Pymt Proc 250403 068880015238333 Auto Spa Bistro | 486.17 | | |
| 4/3 | | Shift4 Pymt Proc 250403 068880015238304 Auto Spa Bistro | 1,727.24 | | |
| 4/3 | | Zelle to Burnett Patrice on 04/03 Ref #Rp0Yp8Xtqh | | 62.53 | 1,671.48 |
| 4/4 | | American Express Settlement 250403 4103824512 4103824512 | 132.49 | | |
| 4/4 | | Stripe Transfer St-F4A8I3I3F6S6 Association Motor Club | 1,058.72 | | |
| 4/4 | | Shift4 Pymt Proc 250404 068880015238333 Auto Spa Bistro | 313.67 | | |
| 4/4 | | Shift4 Pymt Proc 250404 068880015238304 Auto Spa Bistro | 2,427.84 | | |
| 4/4 | | Purchase authorized on 04/03 Northside Drive Li 404-3513273 GA S305093485850881 Card 3179 | | 546.58 | |
| 4/4 | | Purchase authorized on 04/03 Northside Drive Li 404-3513273 GA S465093487581813 Card 3179 | | 78.34 | |
| 4/4 | | Purchase authorized on 04/03 Kalloren PR 770-7458446 GA S585093520670320 Card 3179 | | 474.00 | |
| 4/4 | | Purchase authorized on 04/03 Fedex Offic1770001 Atlanta GA S305093556954786 Card 3179 | | 6.41 | |
| 4/4 | | Withdrawal Made In A Branch/Store | | 394.00 | |
| 4/4 | | Zelle to Burnett Patrice on 04/04 Ref #Rp0Ypds9Yh | | 206.35 | 3,898.52 |
| 4/7 | | American Express Settlement 250404 4103824512 4103824512 | 423.44 | | |
| 4/7 | | Shift4 Pymt Proc 250406 068880015238333 Auto Spa Bistro | 1,409.14 | | |
| 4/7 | | Shift4 Pymt Proc 250406 068880015238304 Auto Spa Bistro | 4,578.52 | | |
| 4/7 | | Stripe Transfer St-L7H2Y5B4E0O8 Association Motor Club | 93.99 | | |
| 4/7 | | Money Transfer authorized on 04/03 Apple Cash Sent MO 1Infiniteloop CA S385093515279746 Card 3179 | | 306.45 | |
| 4/7 | | Purchase authorized on 04/03 90941 - City of DE Decatur GA S305093598404729 Card 3179 | | 3.00 | |
| 4/7 | | Purchase authorized on 04/04 City of Atl-Waters 404-546-0311 GA S585094425635828 Card 3179 | | 1,750.00 | |
| 4/7 | | Purchase authorized on 04/04 Sq *Capital Soluti Gosq.Com GA S305094426730454 Card 3179 | | 275.36 | |
| 4/7 | | Money Transfer authorized on 04/04 Apple Cash Sent MO 1Infiniteloop CA S585094472666417 Card 3179 | | 78.00 | |
| 4/7 | | Purchase authorized on 04/04 IN *Affordable Dum 877-3938677 FL S585094524268894 Card 3179 | | 224.00 | |
| 4/7 | | Purchase authorized on 04/04 Restaurant Depot Atlanta GA S305094552886072 Card 3179 | | 13.66 | |
| 4/7 | | Purchase authorized on 04/04 Restaurant Depot Atlanta GA S385094562415507 Card 3179 | | 19.04 | |
| 4/7 | | Purchase authorized on 04/04 Kalloren PR 770-7458446 GA S465094640050385 Card 3179 | | 328.00 | |
| 4/7 | | Withdrawal Made In A Branch/Store | | 942.00 | |
| 4/7 | | Zelle to Williams Nia on 04/07 Ref #Rp0Ypnp33K | | 413.48 | |
| 4/7 | | Zelle to Burnett Patrice on 04/07 Ref #Rp0Ypnp7Hs | | 201.43 | 5,849.19 |
| 4/8 | | Stripe Transfer St-I3Q5S8R1L3D7 Association Motor Club | 95.04 | | |
| 4/8 | | Shift4 Pymt Proc 250407 068880015238304 Auto Spa Bistro | 248.77 | | |
| 4/8 | | American Express Settlement 250407 4103824512 4103824512 | 1,537.81 | | |
| 4/8 | | Purchase authorized on 04/07 Sq *Capital Soluti Gosq.Com GA S385097609790771 Card 3179 | | 44.41 | |

April 30, 2025 ■ Page 4 of 10

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/8 | | Withdrawal Made In A Branch/Store | | 1,005.00 | |
| 4/8 | | Zelle to Baldomero Ramirez on 04/08 Ref #Rp0Ypqqwm6 Landscaper | | 200.00 | |
| 4/8 | < | Business to Business ACH Debit - Paychex Eib Invoice 250408 x11561700000142 Association Motor Club | | 278.53 | 6,202.87 |
| 4/9 | | Shift4 Pymt Proc 250408 068880015238333 Auto Spa Bistro | 97.11 | | |
| 4/9 | | Stripe Transfer St-x1U2P5S8K0V5 Association Motor Club | 242.14 | | |
| 4/9 | | American Express Settlement 250408 4103824512 4103824512 | 333.15 | | |
| 4/9 | | Money Transfer authorized on 04/07 Apple Cash Sent MO 1Infiniteloop CA S585097832561267 Card 3179 | | 205.78 | |
| 4/9 | | Purchase authorized on 04/08 Northside Drive Li 404-3513273 GA S465098580058329 Card 3179 | | 187.26 | |
| 4/9 | | Zelle to Chambers Amani on 04/09 Ref #Pp0Ypsv6Db | | 116.00 | 6,366.23 |
| 4/10 | | Shift4 Pymt Proc 250409 068880015238304 Auto Spa Bistro | 60.97 | | |
| 4/10 | | Shift4 Pymt Proc 250409 068880015238333 Auto Spa Bistro | 249.04 | | |
| 4/10 | | American Express Settlement 250409 4103824512 4103824512 | 274.45 | | |
| 4/10 | | Purchase authorized on 04/08 Restaurant Depot Atlanta GA S465098571781991 Card 3179 | | 140.08 | |
| 4/10 | | Zelle to Chambers Amani on 04/10 Ref #Pp0Ypyh2B8 | | 20.00 | |
| 4/10 | < | Business to Business ACH Debit - Shift4 Chg Backs 250409 068880015238304 Auto Spa Bistro | | 60.97 | 6,729.64 |
| 4/11 | | Stripe Transfer St-A8M6l7Q6Q0Q6 Association Motor Club | 96.79 | | |
| 4/11 | | American Express Settlement 250410 4103824512 4103824512 | 147.36 | | |
| 4/11 | | Shift4 Rlsd Funds 250410 068880015238304 Auto Spa Bistro | 1,447.98 | | |
| 4/11 | | Shift4 Pymt Proc 250411 068880015238304 Auto Spa Bistro | 1,543.50 | | |
| 4/11 | | Purchase authorized on 04/09 Restaurant Depot Atlanta GA S465099645001826 Card 3179 | | 463.29 | |
| 4/11 | | Purchase authorized on 04/09 Restaurant Depot Atlanta GA S585099648104400 Card 3179 | | 269.32 | |
| 4/11 | | Money Transfer authorized on 04/09 Apple Cash Sent MO 1Infiniteloop CA S465099787830717 Card 3179 | | 306.00 | |
| 4/11 | | Purchase authorized on 04/10 Sq *Hoh Smoke Shop Atlanta GA S305100647452234 Card 3179 | | 162.74 | |
| 4/11 | | Withdrawal Made In A Branch/Store | | 395.00 | |
| 4/11 | | Zelle to Chambers Amani on 04/11 Ref #Pp0Yq36Ymv | | 267.18 | |
| 4/11 | | Zelle to Chambers Amani on 04/11 Ref #Pp0Yq3C93T | | 50.00 | 8,051.74 |
| 4/14 | | American Express Settlement 250411 4103824512 4103824512 | 489.16 | | |
| 4/14 | | Stripe Transfer St-N1Q2B3V0R6F4 Association Motor Club | 214.89 | | |
| 4/14 | | Shift4 Pymt Proc 250413 068880015238333 Auto Spa Bistro | 1,074.87 | | |
| 4/14 | | Shift4 Pymt Proc 250413 068880015238304 Auto Spa Bistro | 6,908.97 | | |
| 4/14 | | Money Transfer authorized on 04/10 Apple Cash Sent MO 1Infiniteloop CA S385100839753726 Card 3179 | | 142.12 | |
| 4/14 | | Purchase authorized on 04/11 Kalloren PR 770-7458446 GA S585101591334759 Card 3179 | | 448.00 | |
| 4/14 | | Purchase authorized on 04/11 Restaurant Depot Atlanta GA S465101611569158 Card 3179 | | 54.34 | |
| 4/14 | | Purchase authorized on 04/11 Gas South Payment 877-472-4932 GA S305101642423339 Card 3179 | | 424.02 | |
| 4/14 | | Recurring Payment authorized on 04/11 Mailchimp 678-9990141 GA S585101645581969 Card 3179 | | 100.00 | |
| 4/14 | | Purchase authorized on 04/12 Northside Drive Li 404-3513273 GA S305102718755695 Card 3179 | | 145.89 | |
| 4/14 | | Withdrawal Made In A Branch/Store | | 588.00 | |
| 4/14 | | Zelle to Chambers Amani on 04/14 Ref #Pp0Yqczdv9 | | 252.00 | |
| 4/14 | | Zelle to Burnett Patrice on 04/14 Ref #Rp0Yqczhcm | | 56.73 | 14,528.53 |
| 4/15 | | Stripe Transfer St-O2M8A6L2R7K6 Association Motor Club | 96.79 | | |
| 4/15 | | American Express Settlement 250414 4103824512 4103824512 | 1,515.19 | | |
| 4/15 | | Shift4 Pymt Proc 250415 068880015238333 Auto Spa Bistro | 36.54 | | |
| 4/15 | | Shift4 Pymt Proc 250415 068880015238304 Auto Spa Bistro | 788.31 | | |

April 30, 2025 ■ Page 5 of 10

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/15 | | eDeposit IN Branch 04/15/25 02:52:24 PM 612 Lee St SW Atlanta GA 3179 | 338.00 | | |
| 4/15 | | Withdrawal Made In A Branch/Store | | 5,252.00 | |
| 4/15 | | Withdrawal Made In A Branch/Store | | 229.00 | |
| 4/15 | | Withdrawal Made In A Branch/Store | | 1,253.76 | |
| 4/15 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000047778315 Association Motor Club | | 23.03 | |
| 4/15 | < | Business to Business ACH Debit - Quarterly Fee Payment 250414 0000 Association Motor Club | | 590.00 | |
| 4/15 | 30 | Check | | 621.29 | |
| 4/15 | 32 | Check | | 58.18 | 9,276.10 |
| 4/16 | | Stripe Transfer St-N6A0O6P1Y8K1 Association Motor Club | 192.18 | | |
| 4/16 | | American Express Settlement 250415 4103824512 4103824512 | 262.84 | | |
| 4/16 | | Money Transfer authorized on 04/14 Apple Cash Sent MO 1Infiniteloop CA S585104741372444 Card 3179 | | 473.96 | |
| 4/16 | | Money Transfer authorized on 04/14 Apple Cash Sent MO 1Infiniteloop CA S585104745286769 Card 3179 | | 338.00 | |
| 4/16 | | Purchase authorized on 04/15 Engelman Baking CO 770-2481444 GA S465105541683556 Card 3179 | | 149.93 | |
| 4/16 | | Purchase authorized on 04/15 Sq *Nouveau Riche Gosq.Com GA S585105675936749 Card 3179 | | 618.00 | |
| 4/16 | 31 | Deposited OR Cashed Check | | 189.87 | |
| 4/16 | | Withdrawal Made In A Branch/Store | | 610.00 | |
| 4/16 | | Zelle to Francis Brianna on 04/16 Ref #Rp0Yqjv3Z6 | | 600.00 | |
| 4/16 | | Zelle to Chambers Amani on 04/16 Ref #Pp0Yqjy8Xy | | 21.22 | |
| 4/16 | | Zelle to Burnett Patrice on 04/16 Ref #Rp0Yqjybsy | | 97.20 | 6,632.94 |
| 4/17 | | Shift4 Pymt Proc 250416 068880015238333 Auto Spa Bistro | 1,096.79 | | |
| 4/17 | | Shift4 Pymt Proc 250416 068880015238304 Auto Spa Bistro | 1,630.71 | | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 250417133764 Srf# 0066800107570854 Trn#250417133764 Rfb# | | 40.00 | |
| 4/17 | | Purchase authorized on 04/15 Restaurant Depot Atlanta GA S465105599330060 Card 3179 | | 751.66 | |
| 4/17 | | Withdrawal Made In A Branch/Store | | 1,015.00 | |
| 4/17 | | WT Fed#05160 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# 0066800107570854 Trn#250417133764 Rfb# | | 7,000.00 | |
| 4/17 | | Zelle to Burnett Patrice on 04/17 Ref #Rp0Yqnpsg3 | | 85.10 | 468.68 |
| 4/18 | | American Express Settlement 250417 4103824512 4103824512 | 562.12 | | |
| 4/18 | | Shift4 Pymt Proc 250417 068880015238333 Auto Spa Bistro | 593.55 | | |
| 4/18 | | Shift4 Pymt Proc 250417 068880015238304 Auto Spa Bistro | 696.33 | | |
| 4/18 | | Money Transfer authorized on 04/16 Apple Cash Sent MO 1Infiniteloop CA S585106733923032 Card 3179 | | 191.00 | |
| 4/18 | | Purchase authorized on 04/18 The Home Depot #6986 Atlanta GA P305108562977267 Card 3179 | | 452.74 | 1,676.94 |
| 4/21 | | American Express Settlement 250418 4103824512 4103824512 | 211.53 | | |
| 4/21 | | Stripe Transfer St-H0F6O2P1G9V6 Association Motor Club | 311.50 | | |
| 4/21 | | Shift4 Pymt Proc 250420 068880015238333 Auto Spa Bistro | 2,433.33 | | |
| 4/21 | | Shift4 Pymt Proc 250420 068880015238304 Auto Spa Bistro | 7,708.22 | | |
| 4/21 | | Money Transfer authorized on 04/17 Apple Cash Sent MO 1Infiniteloop CA S305107754542066 Card 3179 | | 15.00 | |
| 4/21 | | Purchase authorized on 04/18 Sq *Capital Soluti Gosq.Com GA S585108492674555 Card 3179 | | 577.36 | |
| 4/21 | | Purchase authorized on 04/18 Kalloren PR 770-7458446 GA S385108533381482 Card 3179 | | 489.00 | |
| 4/21 | | Money Transfer authorized on 04/18 Apple Cash Sent MO 1Infiniteloop CA S465108716149915 Card 3179 | | 323.00 | |
| 4/21 | | Zelle to Chambers Amani on 04/19 Ref #Pp0Yqst5Hj | | 59.00 | |
| 4/21 | | Zelle to Burnett Patrice on 04/19 Ref #Rp0Yqst63Y | | 35.47 | |
| 4/21 | | Purchase authorized on 04/19 Northside Drive Li 404-3513273 GA S305109452097044 Card 3179 | | 113.14 | |
| 4/21 | | Purchase authorized on 04/19 Restaurant Depot Atlanta GA S465109579180397 Card 3179 | | 45.42 | |

April 30, 2025 ■ Page 6 of 10

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/21 | | Withdrawal Made In A Branch/Store | | 960.00 | |
| 4/21 | | Zelle to Williams Nia on 04/21 Ref #Rp0Yqzyf5C | | 348.65 | |
| 4/21 | | Zelle to Chambers Amani on 04/21 Ref #Pp0Yr2Csqg | | 170.00 | 9,205.48 |
| 4/22 | | Stripe Transfer St-N9U6T7W3H0B9 Association Motor Club | 121.07 | | |
| 4/22 | | Shift4 Pymt Proc 250421 068880015238333 Auto Spa Bistro | 437.66 | | |
| 4/22 | | Shift4 Pymt Proc 250421 068880015238304 Auto Spa Bistro | 843.25 | | |
| 4/22 | | American Express Settlement 250421 4103824512 4103824512 | 1,514.42 | | |
| 4/22 | | Purchase authorized on 04/21 City of Atl-Waters 404-546-0311 GA S585111736476713 Card 3179 | | 1,222.00 | |
| 4/22 | | Zelle to Williams Nia on 04/22 Ref #Rp0Yr4D28V | | 73.00 | |
| 4/22 | | Zelle to Chambers Amani on 04/22 Ref #Pp0Yr4Fp9T | | 125.00 | |
| 4/22 | < | Business to Business ACH Debit - Quarterly Fee Payment 250421 0000 Lemont Bradley | | 179.28 | |
| 4/22 | < | Business to Business ACH Debit - Paychex Eib Invoice 250422 x11732200000022 Association Motor Club | | 278.53 | 10,244.07 |
| 4/23 | | Stripe Transfer St-E0O1P7B9N7J0 Association Motor Club | 96.79 | | |
| 4/23 | | American Express Settlement 250422 4103824512 4103824512 | 603.75 | | |
| 4/23 | | Money Transfer authorized on 04/21 Apple Cash Sent MO 1Infiniteloop CA S305111737982537 Card 3179 | | 297.10 | |
| 4/23 | | Money Transfer authorized on 04/21 Apple Cash Sent MO 1Infiniteloop CA S305111776469909 Card 3179 | | 355.00 | |
| 4/23 | | Withdrawal Made In A Branch/Store | | 1,005.00 | 9,287.51 |
| 4/24 | | Purchase authorized on 04/23 Paypal *Web Design 4029357733 CA S385113469945781 Card 3179 | | 30.00 | |
| 4/24 | | Zelle to Ac NEW Repair Main Guy Philly on 04/24 Ref #Rp0Yr959F8 | | 150.00 | |
| 4/24 | | Zelle to Williams Nia on 04/24 Ref #Rp0Yr9Zdnr | | 40.78 | |
| 4/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 250423 1154927184 Auto Spa Bistro | | 120.32 | |
| 4/24 | < | Business to Business ACH Debit - Shift4 Chg Backs 250423 068880015238304 Auto Spa Bistro | | 178.63 | |
| 4/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 250423 xxxxx2416 Auto Spa Bistro | | 341.01 | |
| 4/24 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-l7P8K6K7J8Y1 Lemont Bradley | | 175.99 | 8,250.78 |
| 4/25 | | Shift4 Pymt Proc 250425 068880015238333 Auto Spa Bistro | 1,003.84 | | |
| 4/25 | | Shift4 Pymt Proc 250425 068880015238304 Auto Spa Bistro | 1,852.27 | | |
| 4/25 | | Zelle From Enaharo Arausi on 04/25 Ref # Jpm99B63Fe9A | 48.00 | | |
| 4/25 | | Purchase authorized on 04/23 Restaurant Depot Atlanta GA S585113557903587 Card 3179 | | 1,059.71 | |
| 4/25 | | Money Transfer authorized on 04/23 Apple Cash Sent MO 1Infiniteloop CA S385113767580391 Card 3179 | | 205.00 | |
| 4/25 | | Purchase authorized on 04/24 Sq *Capital Soluti Gosq.Com GA S385114414822982 Card 3179 | | 250.80 | |
| 4/25 | | Withdrawal Made In A Branch/Store | | 757.00 | |
| 4/25 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 250424 xxxxx3856 Auto Spa Bistro | | 321.04 | |
| 4/25 | | Siuprem Debit Inspremium 250425 Association Motor Club | | 384.73 | |
| 4/25 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 250424 1895058000 Auto Spa Bistro | | 480.12 | 7,696.49 |
| 4/28 | | American Express Settlement 250425 4103824512 4103824512 | 492.00 | | |
| 4/28 | | Stripe Transfer St-L7L3Z3A7B4Y4 Association Motor Club | 95.39 | | |
| 4/28 | | Shift4 Pymt Proc 250427 068880015238333 Auto Spa Bistro | 1,314.26 | | |
| 4/28 | | Shift4 Pymt Proc 250427 068880015238304 Auto Spa Bistro | 7,047.71 | | |
| 4/28 | | Purchase authorized on 04/25 Kalloren PR 770-7458446 GA S305115514256992 Card 3179 | | 474.00 | |
| 4/28 | | Purchase authorized on 04/26 Restaurant Depot Atlanta GA S585116557934443 Card 3179 | | 227.21 | |
| 4/28 | | Withdrawal Made In A Branch/Store | | 837.00 | |
| 4/28 | | Zelle to Chambers Amani on 04/28 Ref #Pp0Yrp6Ffs | | 133.31 | |
| 4/28 | | Zelle to Burnett Patrice on 04/28 Ref #Rp0Yrp6H2N | | 13.30 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/28 | | Zelle to Williams Nia on 04/28 Ref #Rp0Yrp8Wzr | | 161.00 | 14,800.03 |
| 4/29 | | Shift4 Pymt Proc 250428 068880015238333 Auto Spa Bistro | 223.72 | | |
| 4/29 | | Shift4 Pymt Proc 250428 068880015238304 Auto Spa Bistro | 689.98 | | |
| 4/29 | | American Express Settlement 250428 4103824512 4103824512 | 1,365.65 | | |
| 4/29 | | Purchase authorized on 04/28 Northside Drive Li 404-3513273 GA S305118568380901 Card 3179 | | 678.83 | |
| 4/29 | | Withdrawal Made In A Branch/Store | | 4,104.00 | |
| 4/29 | 35 | Cashed Check | | 1,230.32 | |
| 4/29 | | Zelle to Williams Nia on 04/29 Ref #Rp0Yrskgbr | | 10.00 | |
| 4/29 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000047854882 Association Motor Club | | 54.11 | |
| 4/29 | | Jjpf Payments 425Echeck 26874907 Association Motor Club | | 57.07 | |
| 4/29 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000047854881 Association Motor Club | | 2,101.40 | |
| 4/29 | 33 | Check | | 621.29 | 8,222.36 |
| 4/30 | | Stripe Transfer St-Z9R5C3M2W1l5 Association Motor Club | 126.27 | | |
| 4/30 | | American Express Settlement 250429 4103824512 4103824512 | 136.71 | | |
| 4/30 | | Shift4 Pymt Proc 250430 068880015238333 Auto Spa Bistro | 157.34 | | |
| 4/30 | | Shift4 Pymt Proc 250430 068880015238304 Auto Spa Bistro | 1,125.62 | | |
| 4/30 | | Wire Trans Svc Charge - Sequence: 250430213018 Srf# 0066800120495515 Trn#250430213018 Rfb# | | 40.00 | |
| 4/30 | | Purchase authorized on 04/28 Restaurant Depot Atlanta GA S385118558647457 Card 3179 | | 494.76 | |
| 4/30 | | Withdrawal Made In A Branch/Store | | 3,109.00 | |
| 4/30 | | WT Fed#03862 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# 0066800120495515 Trn#250430213018 Rfb# | | 5,000.00 | |
| 4/30 | | Zelle to Burnett Patrice on 04/30 Ref #Rp0Yrvswfb | | 70.63 | 1,053.91 |
| Totals | | | $72,843.03 | $77,631.99 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 29 | 4/1 | 1,027.93 | 32 | 4/15 | 58.18 | 35 * | 4/29 | 1,230.32 |
| 30 | 4/15 | 621.29 | 33 | 4/29 | 621.29 | 1040 * | 4/1 | 1,500.00 |
| 31 | 4/16 | 189.87 | | | | | | |

*Gap in check sequence.*

## Items returned unpaid

| Date | Description | | | Amount |
|---|---|---|---|---|
| 4/3 | Shift4 Fees 250331 068880015238304 Auto Spa Bistro | Reference # | 011500128327482 | 2,235.57 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2025 - 04/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $6,190.00 ÷ |
| • Minimum daily balance | $500.00 | -$839.57 |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 400 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 80 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.
We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

---

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| SCHEDULE OF PAYMENTS TO INSIDERS April 2025 | | | |
|---|---|---|---|
| INSIDER | DATE | CHECK NO. | PAYMENTS |
| Lemont Bradley ($1,500/week) | 4/1/25 | 1040 | $ 1,500 |
| TOTAL | | | $ 1,500 |

**SCHEDULE OF PAYMENTS TO PROFESSIONALS**
**April 2025**

| PROFESSIONAL | DATE | PAYMENTS |
|---|---|---|
| Fallon Law PC | | $0.00 |
| Capital Solutions CPA, PC | | $0.00 |

## CASH WITHDRAWAL PAYROLL REPORT
## April 2025

| MONEY ORDER PAYMENTS FOR PAYROLL & FIRST SAVINGS BANK ADEQUATE PROTECTION PAYMENTS | | | MONEY ORDER TOTALS | | WELLS FARGO CASH WITHDRAWALS | |
|---|---|---|---|---|---|---|
| **April 1st** | | | | | $ | 1,710 |
| Fallou Tine | $ | 850 | | | | |
| Cheikh Sene | $ | 850 | | | | |
| Bank Fees | $ | 10 | | | | |
| | | | $ | 1,710 | | |
| **April 2nd** | | | | | $ | 2,068 |
| Babacar Faye | $ | 472 | | | | |
| Donte Thompson | $ | 466 | | | | |
| Dawud Ali | $ | 263 | | | | |
| Travis Lissimore | $ | 222 | | | | |
| Jonathan Douglas | $ | 620 | | | | |
| Bank Fees | $ | 25 | | | | |
| | | | $ | 2,068 | | |
| **April 4th** | | | | | $ | 394 |
| Michael Clinton | $ | 178 | | | | |
| Michael Bottoms | $ | 206 | | | | |
| Bank fees | $ | 10 | | | | |
| | | | $ | 394 | | |
| **April 7th** | | | | | $ | 942 |
| Michael Bottom | $ | 289 | | | | |
| Travis Lissimore | $ | 461 | | | | |
| Michael Clinton | $ | 177 | | | | |
| Bank fees | $ | 15 | | | | |
| | | | $ | 942 | | |
| **April 8th** | | | | | $ | 1,005 |
| Lucino Valdivia | $ | 1,000 | | | | |
| Bank fees | $ | 5 | | | | |
| | | | $ | 1,005 | | |
| **April 11th** | | | | | $ | 395 |
| Travis Lissimore | $ | 90 | | | | |
| Michael Clinton | $ | 94 | | | | |
| Michael Bottoms | $ | 196 | | | | |
| Bank fees | $ | 15 | | | | |
| | | | $ | 395 | | |
| **April 14th** | | | | | $ | 588 |
| Travis Lissimore | $ | 338 | | | | |
| Michael Bottoms | $ | 240 | | | | |

| | | | | |
|---|---|---|---|---|
| Bank fees | $ | 10 | | |
| | | | $ | 588 |
| **April 15th** | | | $ | 5,252 |
| Babacar Faye | $ | 528 | $ | 229 |
| James Polen | $ | 426 | $ | 1,254 |
| Fallou Tine | $ | 836 | | |
| Jonathan Douglas | $ | 303 | | |
| Lucino Valdivia | $ | 1,000 | | |
| James Crooks | $ | 281 | | |
| Noah Miller | $ | 205 | | |
| Cartez Goggins | $ | 557 | | |
| Vuysiwa Rasmen | $ | 480 | | |
| Cheikh Sene | $ | 586 | | |
| Micahel Bottoms | $ | 224 | | |
| Dionte Thompson | $ | 274 | | |
| Quan Kimbrough | $ | 970 | | |
| Bank fees | $ | 65 | | |
| | | | $ | 6,735 |
| **April 16th** | | | $ | 610 |
| Girls in Charge | $ | 600 | | |
| Bank fees | $ | 10 | | |
| | | | $ | 610 |
| **April 17th** | | | $ | 1,015 |
| Abdo Ndiaye | $ | 630 | | |
| Dontevius Rutledge | $ | 193 | | |
| Michael Bottom | $ | 177 | | |
| Bank Fee | $ | 15 | | |
| | | | $ | 1,015 |
| **April 21st** | | | $ | 960 |
| Michael Bottoms | $ | 318 | | |
| Travis Lismore | $ | 632 | | |
| Bank Fees | $ | 10 | | |
| | | | $ | 960 |
| **April 23rd** | | | $ | 1,005 |
| Lucino Valdivia | $ | 1,000 | | |
| Bank Fee | $ | 5 | | |
| | | | $ | 1,005 |
| **April 25th** | | | $ | 757 |
| Travis Lismore | $ | 110 | | |
| Michael Bottom | $ | 448 | | |
| Dawud Ali | $ | 184 | | |
| Bank Fee | $ | 15 | | |
| | | | $ | 757 |
| **April 28th** | | | $ | 837 |
| Travis Lissmiore | $ | 533 | | |

| | | | | | |
|---|---|---|---|---|---|
| Michael Bottom | $ | 294 | | | |
| Bank Fee | $ | 10 | | | |
| | | | $ | 837 | |
| **April 29th** | | | | | $ 4,104 |
| Cheikh Sene | $ | 781 | | | |
| Babacar Faye | $ | 363 | | | |
| Jonathan Douglas | $ | 470 | | | |
| James Polen | $ | 705 | | | |
| Cartez Goggins | $ | 524 | | | |
| Donte Thompson | $ | 353 | | | |
| Vuyiswa Rasmeni | $ | 408 | | | |
| Nim William | $ | 460 | | | |
| Bank Fee | $ | 40 | | | |
| | | | $ | 4,104 | |
| **April 30th** | | | | | $ 3,109 |
| James Crooks | $ | 150 | | | |
| Lucino Valdivia | $ | 1,000 | | | |
| Fallou Tine | $ | 628 | | | |
| Shawn Ross | $ | 175 | | | |
| Dontevius Rutledge | $ | 381 | | | |
| Abdou Ndiaye | $ | 630 | | | |
| Travis Lissimore | $ | 110 | | | |
| Bank Fee | $ | 35 | | | |
| | | | $ | 3,109 | |
| **FEBRUARY TOTAL** | **$** | **26,234** | **$** | **26,234** | **$ 26,234** |

Apple Pay Report

| | |
|---|---|
| **4/29/25** Sent - Tips | $530.41 > |
| **4/21/25** Sent - Tips | $410.88 > |
| **4/17/25** Sent - Tips | $53.00 > |
| **4/14/25** Sent - Tips | $621.46 > |
| **4/13/25** Received - My food | +$6.50 > |
| **4/10/25** Sent - Tips | $142.12 > |
| **4/7/25** Sent | $212.84 > |
| **4/3/25** Sent - Next time hit me after 4 pm Tips | $306.45 > |

< **Travis** (i)

| | |
|---|---|
| **4/25/25** Sent - Tae tips | $60.00 > |
| **4/23/25** Sent | $205.00 > |
| **4/21/25** Sent - Tips | $355.00 > |
| **4/18/25** Sent | $383.00 > |
| **4/16/25** Sent - Travis and tips | $239.00 > |
| **4/14/25** Sent | $338.00 > |
| **4/9/25** Sent - Travis and guys tip | $306.00 > |
| **4/4/25** Sent - Travis | $78.00 > |















# Check Details

Item 8 of 47        Show full image*

 Print

| | |
|---|---|
| Check Number | 29 |
| Date Posted | 04/01/25 |
| Check Amount | $1,027.93 |

ASSOCIATION MOTOR CLUB N.C.
545 14th St NW
Atlanta GA 30318

ORG: 100 Payroll
EE ID: 22

04/01/2025        29

PAY TO THE
ORDER OF

QUAN L KIMBROUGH
140 PINE STREET
ATLANTA GA 30308

**$1027.93**

AMOUNT

ONE THOUSAND TWENTY SEVEN AND 93/100 .................

WELLS FARGO BANK, NA

# 20

...TED OR CASHED CHECK # 1032

D CHECK # 1030

# 18

MacBook Air

# eck Details                                                                    ✕

m 7 of 47      Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 30 |
| Date Posted | 04/15/25 |
| Check Amount | $621.29 |



CHECK # 1034  🔍

1033  🔍

CHECK # 21  🔍

CHECK # 19  🔍

MacBook Air



Brokerage          Transfer & Pay ⌄          Plan & Learn

Switch Account ▾

# k Details

5 of 47        Show full image*                              🖨 P

| | |
|---|---|
| Check Number | 31 |
| Date Posted | 04/16/25 |
| Check Amount | $189.87 |

ASSOCIATION MOTOR CLUB LLC

PAY TO THE
ORDER OF

AMAN T CHAMBERS
485 14TH ST
ATLANTA GA 30318

**$189.87**

ONE HUNDRED EIGHTY NINE AND 87/100

WELLS FARGO BANK, NA

ck Details

6 of 47        Show full image*                                      🖨  Pr

| | |
|---|---|
| Check Number | 32 |
| Date Posted | 04/15/25 |
| Check Amount | $58.18 |





# Check Details

Item 9 of 47    Show full image*     🖨 Print

| | |
|---|---|
| Check Number | 1040 |
| Date Posted | 04/01/25 |
| Check Amount | $1,500.00 |

