**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ASSOCIATION MOTOR CLUB, LLC,** | **Case No. 24-57098-LRC** |
| **Debtor.** | |

**NOTICE OF HEARING ON APPLICATION FOR FINAL COMPENSATION BY**
**FORMER COUNSEL FOR DEBTOR FOR THE PERIOD OF**
**JULY 9, 2024 TO OCTOBER 2, 2025, DEADLINE TO OBJECT, AND OF HEARING**

**Rountree, Leitman, Klein & Geer, LLC ("RLKG")** has filed its *APPLICATION FOR FINAL COMPENSATION BY FORMER COUNSEL FOR DEBTOR FOR THE PERIOD OF JULY 9, 2024 TO OCTOBER 2, 2025* (the "Application") on October 2, 2025. Pursuant to the Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within **twenty-one (21) days** from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303,** and serve a copy on the movant's attorney, Rountree, Leitman, Klein & Geer, LLC, c/o Caitlyn Powers, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for *November 6, 2025.* The Court will hold a hearing on the **Application** at *10:30 AM on November 6, 2025* in **Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303,** which must be attended in person unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1

Dated: October 2, 2025

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
William A. Rountree, Ga. Bar No. 616503
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cpowers@rlkglaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ASSOCIATION MOTOR CLUB, LLC,** | **Case No. 24-57098-LRC** |
| **Debtor.** | |

**APPLICATION FOR FINAL COMPENSATION BY FORMER COUNSEL FOR**
**DEBTOR FOR THE PERIOD OF JULY 9, 2024 TO OCTOBER 2, 2025**

Rountree Leitman Klien & Geer, LLC (the "**Applicant**"), Former Counsel for Association Motor Club, LLC (the "**Debtor**") in the above-captioned case (the "**Case**"), hereby submits this final application (the "**Application**") for compensation and reimbursement of expenses for the period from July 9, 2024 through and including October 2, 2025 (the "**Application Period**") pursuant to sections 330 and 331 of title 11 of the United States Code §§ 101–1532 (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

By this Application, the Applicant seeks final allowance of compensation in the amount of $24,485.50 and actual expenses in the amount of $1,298.06, for an aggregate total of $25,783.56. In support of this Application, the Applicant respectfully represents as follows:

**Background**

1       On July 9, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

1

3        Applicant was paid a $19,000.00 pre-petition retainer, including the Chapter 11 filing fee for this case in the amount of $1,738.00. Debtor invoiced and billed $8,090.50 plus the filing fee for pre-petition time and expenses contemporaneously with filing the Petition.

4        On August 1, 2024, the Court entered an order approving the employment of Applicant as Debtor's counsel for its Chapter 11 case [Doc. 27].

5        On October 10, 2024, the Court entered an order granting Applicant's Motion to Withdraw as Counsel for Debtor [Doc. 53].

5        Applicant submits this Application pursuant to §§ 328, 330, 331, and 503(b) of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

6        All services for which compensation is requested were performed for and on behalf of the Debtor and not on behalf of any other person or entity.

**Services Provided**

7        Applicant has prepared a detailed description of services rendered from July 9, 2024 to October 2 2025, by date, time and nature of service performed, which is annexed hereto as **Exhibit A**. The reasonable value of the services rendered by Applicant as counsel for the Debtor in this case for the period set forth above is $24,485.50, plus $1,298.06 of out-of-pocket expenses. Applicant has devoted a total of hours of 76.6 attorney and paralegal time to the case. The number of hours spent and the hourly rates applicable to each person are set forth in **Exhibit A** annexed hereto.

8        Annexed hereto and incorporated herein as **Exhibit B** is the Declaration of William A. Rountree confirming the facts set out in this Application and the Exhibits thereto.

2

9       Applicant has rendered services during the period, including drafting, filing, and prosecuting various pleadings, attendance at several hearings in this case, as well as negotiations and strategic advice regarding the Debtor's reorganization.

10      Applicant shows that the final compensation requested herein satisfies the standards and guidelines set forth in *Johnson v. Georgia Highway Express*, 488 F2d 714 (CA 5th, 1974) and *In Re First Colonial Corporation*, 544 F2d 1291 (CA 5th, 1977), as amplified by *Norman v. Housing Authority of City of Montgomery*, 836 F2d 1292 (CA 11th 1988).

11      This is the first and final application of Applicant for compensation in this case.

### Conclusion

WHEREFORE, Applicant prays that this Court grant its Application for Final Compensation and enter an order substantially in the form of the order attached hereto as **Exhibit C** providing that:

a       an allowance be made to it as final compensation of $24,485.50 for legal fees incurred by it in this proceeding from July 9, 2024 to October 2 2025 and reimburse RLKG for $1,298.06 of out-of-pocket expenses, for a total award of $25,783.56;

b       that Debtor be ordered to pay Applicant for its services and expenses as set forth herein; and

c       Applicant have such other and further relief as the Court deems just and proper.

[*Signature of counsel on following page*]

3

Dated: October 2, 2025                           **ROUNTREE LEITMAN KLEIN & GEER, LLC**

                                                */s/ Caitlyn Powers*
                                                William A. Rountree, Ga. Bar No. 616503
                                                Caitlyn Powers, Ga. Bar No. 856354
                                                Century Plaza I
                                                2987 Clairmont Road, Suite 350
                                                Atlanta, Georgia 30329
                                                (404) 584-1238 Telephone
                                                wrountree@rlkglaw.com
                                                cpowers@rlkglaw.com

## **EXHIBIT A**

**Invoice**



# INVOICE

Invoice # 30620
Date: 10/02/2025
Due On: 10/16/2025

# Rountree, Leitman, Klein & Geer LLC

Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Phone: 404-584-1238
Fax: 404-704-0246
www.rlkglaw.com

Association Motor Club, LLC

## 06177-Association Motor Club, LLC

## Ch. 11

### Services

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|------|------|-------|----------|----------|------|-------|
| Service | 07/09/2024 | Confer with paralegal re status of case and first day motions | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/09/2024 | Confer with client and paralegal re cash collateral | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/11/2024 | Conference call with client | WR | 0.20 | $595.00 | $119.00 |
| Service | 07/11/2024 | Review Wells Fargo letter; instructions to paralegal | WR | 0.10 | $595.00 | $59.50 |
| Service | 07/14/2024 | Review and analyze SDs and UCCs[.9]; prepare cash collateral motion [.5]; review budget [.5] | CP | 1.90 | $375.00 | $712.50 |
| Service | 07/15/2024 | Review budget and call with client and paralegal re same [.5]; correspondence with client and paralegal re same [.4] | CP | 0.90 | $375.00 | $337.50 |
| Service | 07/15/2024 | Multiple calls and message exchanges with client re budget and additional information provided and review same [1.2]; Calls with client and C. Powers to discuss budget [.5]; Review and revise budget [.3] | EM | 2.00 | $250.00 | $500.00 |
| Service | 07/16/2024 | Finalize and file cash collateral motion[.4]; prepare bank account motion and revise first day hearings | CP | 1.20 | $375.00 | $450.00 |

| | | motion [.8] | | | | |
|---|---|---|---|---|---|---|
| Service | 07/16/2024 | Prepare and upload order and notice re first day hearings | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/16/2024 | Attend to issues related to WF and NFCU bank accounts and confer with client re issues opening DIP account [1.5h]; work on downloading bank statements and transactions and review same [1.6h | EM | 3.10 | $250.00 | $775.00 |
| Service | 07/17/2024 | Exchange messages with client re NFCU and WF bank accounts [.2]; Download additional bank statements and transactions [.7] | EM | 0.90 | $250.00 | $225.00 |
| Service | 07/17/2024 | Work to obtain contact information for service of first day pleadings [2.3]; Coordinate overnight service of first day pleadings [.3]; Service by email [.3]; Draft certificate of service [.9]; File certificate of service [.1] | EM | 3.90 | $250.00 | $975.00 |
| Service | 07/17/2024 | 100 - Case Administration: Serve emergency motions and order for expedited hearing via overnight delivery (doc#s: 10, 12 11 & 9) | CS | 0.90 | $150.00 | $135.00 |
| Service | 07/17/2024 | Correspondence with client re first day hearings | CP | 0.10 | $375.00 | $37.50 |
| Service | 07/18/2024 | Prepare for first day hearings, and prep client [2h]; attend first day hearings[1h]; debrief first day hearings with client and next steps [1.1] | CP | 4.10 | $375.00 | $1,537.50 |
| Service | 07/19/2024 | Call with C. Powers re first day hearings, transfers, and IDI documents | EM | 0.40 | $250.00 | $100.00 |
| Service | 07/19/2024 | Prepare first day orders and circulate same | CP | 0.70 | $375.00 | $262.50 |
| Service | 07/22/2024 | Correspondence with UST re first day orders | CP | 0.10 | $375.00 | $37.50 |
| Service | 07/23/2024 | Work on schedules | EM | 1.10 | $250.00 | $275.00 |
| Service | 07/23/2024 | Send responses to UST inquiry; call with client re IDI | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/24/2024 | Prepare app to employ RLKG [.5]; compile payroll information for filing [.5]; prepare for and attend IDI [1h]; debrief with client and paralegal for next steps [.2] | CP | 2.20 | $375.00 | $825.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 07/24/2024 | Review & revise RLKG Retention Application | WR | 0.20 | $595.00 | $119.00 |
| Service | 07/24/2024 | Review & revise WAR Affidavit | WR | 0.10 | $595.00 | $59.50 |
| Service | 07/25/2024 | Correspondence with client re insurance | CP | 0.10 | $375.00 | $37.50 |
| Service | 07/25/2024 | Correspondence with client re checks | CP | 0.10 | $375.00 | $37.50 |
| Service | 07/25/2024 | Finalize and submit orders; correspondence with client re payroll information | CP | 0.40 | $375.00 | $150.00 |
| Service | 07/26/2024 | Coordinate service of interim cash collateral order | EM | 0.20 | $250.00 | $50.00 |
| Service | 07/26/2024 | Review service of interim cash collateral order and file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 07/29/2024 | Review and prepare 6 month budget and send to client for review | CP | 0.60 | $375.00 | $225.00 |
| Service | 07/29/2024 | Update payroll breakdown and correspondence with client re same | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/29/2024 | Finalize and file app to employ; prepare and upload order | CP | 0.20 | $375.00 | $75.00 |
| Service | 07/30/2024 | Review service of RLKG employment application and file certificate of service; email to C. Powers re same | EM | 0.20 | $250.00 | $50.00 |
| Service | 07/30/2024 | Further bank account analysis including identifying 1year transaction details [3.7]; Multiple calls with client to discuss schedules [.8]; Exchange messages with client re various transactions and update schedules [.4]; Prepare SOFA exhibit 4 [1.2]; Further revisions to schedules [.5] | EM | 6.70 | $250.00 | $1,675.00 |
| Service | 07/31/2024 | Additional work on SOFA 4 and SOFA 30 and email to L. Bradley re same | EM | 0.60 | $250.00 | $150.00 |
| Service | 07/31/2024 | Continue work on schedules and text messages to/from client | EM | 1.60 | $250.00 | $400.00 |
| Service | 07/31/2024 | Coordinate service of bank account order | EM | 0.20 | $250.00 | $50.00 |
| Service | 07/31/2024 | Call with paralegal re issues for schedules; call client re cash collateral issues; prepare proposed order, finalize budget and circulate to parties; finalize and file payroll | CP | 0.80 | $375.00 | $300.00 |

| | | breakdown | | | | |
|---|---|---|---|---|---|---|
| Service | 07/31/2024 | Call with C. Powers to discuss schedules | EM | 0.20 | $250.00 | $50.00 |
| Service | 07/31/2024 | Review schedules and call with paralegal re same; review bank correspondence | CP | 0.50 | $375.00 | $187.50 |
| Service | 07/31/2024 | Multiple calls with C. Powers and client to discuss schedules and transfers [1.1]; Further analysis of Wells Fargo account and review and revise schedules [1.6]; Update schedules with 90-day payments [.4]; Revise SOFA exhibits 4 and 30 [.7]; Calls with client re Wells Fargo transfers; exchange text messages re same and additional schedule issues [.4]; Additional revisions to schedules and SOFA [.4]; Finalize draft and email to client, C. Powers and W. Rountree [.3] | EM | 4.90 | $250.00 | $1,225.00 |
| Service | 07/31/2024 | Review file and analyze issues/ instructions to associate re cash collateral issues | WR | 0.20 | $595.00 | $119.00 |
| Service | 07/31/2024 | Call with client re info for schedules; confer with partner re issues with schedules | CP | 0.70 | $375.00 | $262.50 |
| Service | 07/31/2024 | Conference call with client & team re: schedules | WR | 0.30 | $595.00 | $178.50 |
| Service | 08/01/2024 | Correspondence with parties and court re hearing [.2]; prepare for hearing, etc.[.6]; appear for calendar call [1h] | CP | 1.80 | $375.00 | $675.00 |
| Service | 08/01/2024 | Work on schedules; telephone calls with client & team | WR | 0.40 | $595.00 | $238.00 |
| Service | 08/01/2024 | Review and revise schedules and SOFA [.9]; Exchange messages with L. Bradley re lease [.1]; Further research related to sale of Rolls [.4]; Continue work on schedules [.6]; Analyze transfers related to sale of Rolls and with affiliates [.9] | EM | 2.90 | $250.00 | $725.00 |
| Service | 08/02/2024 | Review service of bank account order and file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/02/2024 | Further review and revision to schedules, SOFA and SOFA exhibits [2h]; multiple calls with C. Powers, W. | EM | 4.20 | $250.00 | $1,050.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Rountree and client [1h]; prepare supplemental list of creditors [.5]; Finalize and file schedules [.7] | | | | |
| Service | 08/02/2024 | File corporate resolution | EM | 0.10 | $250.00 | $25.00 |
| Service | 08/02/2024 | Prepare for evidentiary hearing | WR | 0.30 | $595.00 | $178.50 |
| Service | 08/02/2024 | Correspondence with court re hearing date | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/02/2024 | Prepare and circulate interim cash collateral order | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/02/2024 | Correspondence with paralegal re disclosure of vehicle in schedules and SOFA | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/03/2024 | Draft order granting second application to extend time to file schedules and upload same | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/05/2024 | Update order; correspondence with parties re same; confer with partner re hearing | CP | 0.40 | $375.00 | $150.00 |
| Service | 08/05/2024 | Call with partner and opposing counsel re cash collateral; revise and circulate order to parties | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/05/2024 | 100 - Case Administration: Serve second interim order authorizing use of cash collateral via overnight delivery; travel to USPS | CS | 0.90 | $150.00 | $135.00 |
| Service | 08/05/2024 | Prepare for evidentiary hearing | WR | 0.30 | $595.00 | $178.50 |
| Service | 08/05/2024 | Telephone call with S. Block; review file & instruct associate | WR | 0.20 | $595.00 | $119.00 |
| Service | 08/05/2024 | Coordinate service of second interim cash collateral order | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/05/2024 | Coordinate service of second interim cash collateral order via overnight delivery | EM | 0.40 | $250.00 | $100.00 |
| Service | 08/05/2024 | Coordinate email service of second interim cash collateral order | EM | 0.60 | $250.00 | $150.00 |
| Service | 08/06/2024 | Prepare order | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/06/2024 | Review file for hearing; correspondences with Courtroom Deputy; correspondences & telephone call with client | WR | 0.30 | $595.00 | $178.50 |
| Service | 08/07/2024 | Review schedules & analyze issues | WR | 0.30 | $595.00 | $178.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for 341; confer with client | | | | |
| Service | 08/07/2024 | Attend 341 | WR | 1.40 | $595.00 | $833.00 |
| Service | 08/07/2024 | Telephone calls & correspondences with team re: issues from 341 | WR | 0.20 | $595.00 | $119.00 |
| Service | 08/08/2024 | Review service of second interim cash collateral order and file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/08/2024 | Coordinate service of second schedule extension order | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/09/2024 | Telephone call with Security Company Creditor | WR | 0.10 | $595.00 | $59.50 |
| Service | 08/09/2024 | Correspondences with S. Black | WR | 0.10 | $595.00 | $59.50 |
| Service | 08/09/2024 | Coordinate service of employment order | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/09/2024 | Coordinate service of order extending time to file schedules | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/12/2024 | Correspondence with opposing counsel re claim | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/14/2024 | Correspondence with creditor counsel re conference call | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/14/2024 | Upload third interim CC order | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/14/2024 | Review POCs and liens in preparation for conference call | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/15/2024 | Review documents and call with city of ATL attorney re claim | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/19/2024 | Correspondence to bank counsel re cash collateral order | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/19/2024 | Correspondence with paralegal re service of order | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/19/2024 | Coordinate service of third cash collateral order | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/19/2024 | Review service of third interim cash collateral order and file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/20/2024 | Confer with partner re CC issues | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/20/2024 | Call with bank counsel re cash collateral; call with client re same and correspondence to bank counsel | CP | 0.60 | $375.00 | $225.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/20/2024 | Review file & confer with associate; conference call with bank counsel | WR | 0.40 | $595.00 | $238.00 |
| Service | 08/20/2024 | Telephone call with client | WR | 0.10 | $595.00 | $59.50 |
| Service | 08/21/2024 | Correspondence with UST re cash collateral | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/21/2024 | Calls with client and opposing counsel re cash collateral; correspondence re same | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/21/2024 | Draft and circulate cash collateral order and budget; confer with partner re announcement for hearing | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/21/2024 | Conference calls with client & Bank Counsel re: adequate protection | WR | 0.20 | $595.00 | $119.00 |
| Service | 08/22/2024 | Correspondence with bank and client re AP payment | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/27/2024 | Confer with paralegal re amendments to schedules and SOFA | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/27/2024 | Confer with paralegal re amendments and claims | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/27/2024 | Confer with partners re client issues; confer with paralegal re amendments | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/27/2024 | Multiple calls with C. Powers to discuss schedule amendments and continued 341 meeting | EM | 0.40 | $250.00 | $100.00 |
| Service | 08/27/2024 | Call with client to discuss schedule amendments [.1]; Review notes from 341 meeting [.1] | EM | 0.20 | $250.00 | $50.00 |
| Service | 08/28/2024 | Prepare and send notice of intent to withdraw | CP | 0.40 | $375.00 | $150.00 |
| Service | 08/28/2024 | Update partner re status of amendments | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/28/2024 | Follow up with parties re cash collateral order | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/28/2024 | Call with UST re withdrawal; leave voicemail re same for client | CP | 0.10 | $375.00 | $37.50 |
| Service | 08/28/2024 | Confer with paralegal re amendments to schedules | CP | 0.20 | $375.00 | $75.00 |
| Service | 08/28/2024 | Attend continued 341 meeting of creditors | CP | 0.30 | $375.00 | $112.50 |
| Service | 08/28/2024 | Finalize and submit cash collateral | CP | 0.10 | $375.00 | $37.50 |

| | | order | | | | |
|---|---|---|---|---|---|---|
| Service | 08/29/2024 | Review status of operating reports and correspondence to paralegal re same | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/01/2024 | Review email from L. Bradley; review response from W. Rountree | EM | 0.10 | $250.00 | $25.00 |
| Service | 09/03/2024 | Exchange messages with W. Rountree re status | EM | 0.10 | $250.00 | $25.00 |
| Service | 09/04/2024 | Review file and respond to message from W. Rountree | EM | 0.50 | $250.00 | $125.00 |
| Service | 09/05/2024 | Coordinate service of fourth cash collateral order | EM | 0.20 | $250.00 | $50.00 |
| Service | 09/07/2024 | Review service of fourth interim cash collateral order and file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 09/09/2024 | Send confirmation of payment to lender | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/13/2024 | Prepare and file motion to withdraw as counsel for the debtor | CP | 0.60 | $375.00 | $225.00 |
| Service | 09/17/2024 | Leave voicemail for accountant re financials | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/17/2024 | Confer with paralegal re outstanding items for amendments | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/17/2024 | Prepare MORs and send to client with requests for additional information | CP | 0.50 | $375.00 | $187.50 |
| Service | 09/17/2024 | Review amendments and notes; correspondence with paralegal re addition to SOFA | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/18/2024 | Update MORs based on client responses | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/18/2024 | Confer with paralegal re status of amendments | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/18/2024 | Confer with paralegal and partner re 341 | CP | 0.10 | $375.00 | $37.50 |
| Service | 09/18/2024 | Exchange messages and calls with Lemont re schedule amendment and 341 meeting [.3]; Multiple conferences with W. Rountree and C. Powers re schedule amendments and 341 meeting [.2]; Review and revise schedules [.3]; Finalize and send to Lemont for signature [.1]; File | EM | 1.10 | $250.00 | $275.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | schedule amendments [.2] | | | | |
| Service | 09/18/2024 | Attend 341 meeting | CP | 0.30 | $375.00 | $112.50 |
| Service | 09/26/2024 | Communications re cash collateral | CP | 0.50 | $375.00 | $187.50 |
| Service | 09/26/2024 | Appear for calendar call | CP | 0.20 | $375.00 | $75.00 |
| Service | 09/27/2024 | Prepare and circulate interim order and budget; prepare and submit order granting withdrawal | CP | 0.30 | $375.00 | $112.50 |
| Service | 10/01/2024 | Upload cash collateral order; file COS | CP | 0.30 | $375.00 | $112.50 |
| Service | 10/08/2024 | Correspondence with client and UST | CP | 0.20 | $375.00 | $75.00 |
| Service | 10/08/2024 | Call with opposing counsel re appraisal | CP | 0.10 | $375.00 | $37.50 |
| Service | 10/09/2024 | Correspondence with client re appraisal, UST fees, and other items; correspondence with UST; correspondence with lender re appraisal | CP | 0.50 | $375.00 | $187.50 |
| Service | 10/09/2024 | Attend 341 meeting and discuss same with client | CP | 0.40 | $375.00 | $150.00 |
| Service | 10/09/2024 | Correspondence re workers comp insurance | CP | 0.10 | $375.00 | $37.50 |
| Service | 10/18/2024 | File COS of Fifth Interim Cash Collateral Order [.1] | RS | 0.10 | $200.00 | $20.00 |
| Service | 10/18/2024 | File COS of Order on Withdrawal as Counsel [.1] | RS | 0.10 | $200.00 | $20.00 |
| Service | 11/04/2024 | Call with new counsel re file | CP | 0.30 | $375.00 | $112.50 |
| Service | 11/05/2024 | Transmit client docs to new counsel | CP | 0.10 | $375.00 | $37.50 |
| Service | 12/19/2024 | Confer with partner and call with UST re motion to dismiss | CP | 0.20 | $375.00 | $75.00 |
| Service | 03/27/2025 | Attend hearing on disclosure statement | CP | 0.30 | $375.00 | $112.50 |
| Service | 10/01/2025 | Instructions to paralegal re NOA | CP | 0.20 | $375.00 | $75.00 |
| Service | 10/02/2025 | Call wtih debtors counsel and confer with partner | CP | 0.20 | $375.00 | $75.00 |
| Service | 10/02/2025 | Drafted and Filed Notice of Appearance | CW | 0.50 | $150.00 | $75.00 |

| | |
|---|---|
| **Quantity Subtotal** | **76.6** |
| **Services Subtotal** | **$24,485.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/17/2024 | E101 Copying | 51.00 | $0.15 | $7.65 |
| Expense | 07/17/2024 | E107 Delivery services/messengers: Fed Ex overnight delivery fee | 7.00 | $24.14 | $168.98 |
| Expense | 07/17/2024 | E107 Delivery services/messengers: USPS overnight delivery fee | 2.00 | $30.45 | $60.90 |
| Expense | 07/26/2024 | Service of interim cash collateral order | 1.00 | $101.15 | $101.15 |
| Expense | 07/30/2024 | Service of RLKG employment application | 1.00 | $47.95 | $47.95 |
| Expense | 07/31/2024 | Service of bank account order | 1.00 | $49.32 | $49.32 |
| Expense | 08/02/2024 | Amended matrix fee | 1.00 | $34.00 | $34.00 |
| Expense | 08/05/2024 | E101 Copying | 16.00 | $0.15 | $2.40 |
| Expense | 08/05/2024 | E107 Delivery services/messengers: overnight delivery charge for Fed Ex and USPS | 4.00 | $35.29 | $141.16 |
| Expense | 08/05/2024 | Service of second interim cash collateral order | 1.00 | $159.82 | $159.82 |
| Expense | 08/19/2024 | Service of third interim cash collateral order | 1.00 | $116.56 | $116.56 |
| Expense | 09/05/2024 | Service of fourth interim cash collateral order | 1.00 | $176.29 | $176.29 |
| Expense | 09/18/2024 | Amended matrix fee | 1.00 | $34.00 | $34.00 |
| Expense | 10/18/2024 | Service of Fifth Interim Cash Collateral Order | 1.00 | $127.84 | $127.84 |
| Expense | 10/18/2024 | Service of Order on Withdrawal as Counsel | 1.00 | $70.04 | $70.04 |
| | | | **Expenses Subtotal** | | **$1,298.06** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Caitlyn Powers | Associate | 29.7 | $375.00 | $11,137.50 |
| William Rountree | Partner | 5.4 | $595.00 | $3,213.00 |
| Elizabeth Miller | Paralegal | 39.0 | $250.00 | $9,750.00 |
| Catherine Smith | Legal Assistant | 1.8 | $150.00 | $270.00 |
| Rebecca Studer | Paralegal | 0.2 | $200.00 | $40.00 |
| Catherine Williams | Legal Assistant | 0.5 | $150.00 | $75.00 |
| | | **Quantity Total** | | **76.6** |
| | | | **Subtotal** | **$25,783.56** |

|  |  |
|---|---|
| **Total** | **$25,783.56** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 30620 | 10/16/2025 | $25,783.56 | $0.00 | $25,783.56 |
|  |  |  | **Outstanding Balance** | **$25,783.56** |
|  |  |  | **Amount in Trust** | **$9,171.50** |
|  |  |  | **Total Amount Outstanding** | **$16,612.06** |

| Account | Balance |
|---|---|
| IOLTA Balance | $9,171.50 |
|  **Total Account Balance** | **$9,171.50** |

Please make all amounts payable to: Rountree, Leitman, Klein & Geer LLC

Rountree Leitman Klein & Geer, LLC accepts the following forms of payment:

- Cash or Check delivered to Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329

- Wire Transfer (please contact Megan Winokur at 404-584-1238 for wire instructions and confirm wire instructions over the phone)

- Credit or Debit Card using the following link: https://app.clio.com/link/79KWRpmaXgNk

- E-Check using the following link: https://secure.lawpay.com/pages/rlkglaw/operating

Please make payment within fourteen (14) days of receipt of this invoice.

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ASSOCIATION MOTOR CLUB, LLC,** | **Case No. 24-57098-LRC** |
| **Debtor.** | |

**DECLARATION OF WILLIAM A. ROUNTREE**

I, William A. Rountree, state and declare under penalty of perjury that the following is true and correct:

1.

I am a partner and attorney of the firm Rountree, Leitman, Klein & Geer, LLC.

2.

I am the former attorney for the Chapter 11 Debtor and Debtor-in-Possession, Association Motor Club, LLC.

3.

The facts set out in the foregoing Application for Final Compensation by Counsel for Debtor and the Exhibits attached thereto are true and correct to the best of my knowledge, information, and belief. Those facts are known to me personally or established by business records of the Applicant maintained in the ordinary course of business, including time and disbursement records made by lawyers and paralegals who work for the Applicant.

Dated: October 2, 2025                    */s/ William A. Rountree*
                                          William A. Rountree, Ga. Bar No. 616503

6

**EXHIBIT C**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ASSOCIATION MOTOR CLUB, LLC,** | **Case No. 24-57098-LRC** |
| **Debtor.** | |

**ORDER GRANTING APPLICATION FOR FINAL COMPENSATION BY FORMER COUNSEL FOR DEBTOR FOR THE PERIOD OF JULY 9, 2024 TO OCTOBER 2, 2025**

Former Counsel for Debtor Association Motor Club, LLC, Rountree, Leitman, Klein & Geer, LLC (the "**Applicant**") filed its Application for Compensation (the "**Application**")[1] on October 2, 2025 [Doc. __]. The Court has reviewed the record and finds that due and sufficient notice was given pursuant to the Fifth Amended and Restated General Order No. 24-2018; no objection was filed prior to the objection deadline and upon a review of the Application and all

---

[1] All undefined, capitalized words contained herein shall have the meaning ascribed to them in the Application.

7

other matters of record, including the lack of objection thereto, the Court finds that no further notice or hearing is required; the Court further finds that the professional services rendered and the costs and expenses incurred were necessary and allowable pursuant to 11 U.S.C. §§ 330 and 331, and meet the guidelines and standards set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1.  The Application is **GRANTED**.

2.  The Applicant is allowed final compensation of $24,485.50 for legal fees incurred by it in this proceeding from July 9, 2024 through and including October 2, 2025 and $1,298.06 of out-of-pocket expenses, for a total award of $25,783.56.

3.  The Debtor shall pay the Applicant the final award of the Applicant's services and expenses as set forth herein.

4.  This Order shall be effective immediately upon entry.

5.  The Court retains jurisdiction over all matters related to this Order.

**[END OF ORDER]**

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
William A. Rountree, Ga. Bar No. 616503
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cpowers@rlkglaw.com

8

**Distribution List**

William A. Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Brad Fallon
FALLON LAW PC
1201 W. Peachtree St. NW, Suite 2625
Atlanta, Georgia 30309