UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re. ASSOCIATION MOTOR CLUB, LLC, | § | Case No. 24-57098 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026

Petition Date: 07/09/2024

Months Pending: 19

Industry Classification: 1 1 9 2

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 2

**Supporting Documentation** (check all that attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lemont Bradley
Signature of Responsible Party

02/26/2026
Date

Lemont Bradley
Printed Name of Responsible Party

348 14th Street, NW
Atlanta, GA 30318
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $3,588 | |
| b. | Total receipts (net of transfers between accounts) | $51,792 | $51,792 |
| c. | Total disbursements (net of transfers between accounts) | $51,463 | $51,463 |
| d. | Cash balance end of month (a+b-c) | $3,917 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $51,463 | $51,463 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $3,198 |
| d | Total current assets | $7,114 |
| e. | Total assets | $3,577,056 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $5,173,029 |
| l. | Prepetition priority debt | $2,855 |
| m. | Prepetition unsecured debt | $190,602 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,366,486 |
| o. | Ending equity/net worth (e-n) | $-1,789,430 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $51,792 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $5,844 | |
| c. | Gross profit (a-b) | $45,948 | |
| d. | Selling expenses | $29,773 | |
| e. | General and administrative expenses | $8,656 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $7,519 | $7,519 |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $19,326 | $0 | $6,500 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Fallon Law PC | Lead Counsel | $0 | $19,326 | $0 | $6,500 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Capital Solutions CPA, PC | Financial Professional | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ○ No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ No ◉ |
| c. | Were any payments made to or on behalf of insiders? | | Yes ◉ No ○ |
| d. | Are you current on postpetition tax return filings? | | Yes ◉ No ○ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ◉ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ◉ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ○ No ○ N/A ◉ |
| i. | Do you have: | Worker's compensation insurance? | Yes ◉ No ○ |
| | | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ◉ No ○ |
| | | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| | | General liability insurance? | Yes ◉ No ○ |
| | | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◉ No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ◉ No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉ No ○ |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Lemont Bradley | Lemont Bradley |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Owner | 02/26/2026 |
| Title | Date |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

PageThree

PageFour

**Association Motor Club LLC**

**348 14th Street Nw**

**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending January 31, 2026*

| | | |
|---|---|---|
| **Revenues** | | |
| Gross Sales | $ | 51,792.00 |
| **Gross Profit** | **$** | **51,792.00** |
| COGS | $ | (5,844.00) |
| **Net Gross Profit** | **$** | **45,948.00** |
| | | |
| **Expenses** | | |
| Advertising | $ | 1,822.00 |
| Bank Fees | $ | 67.00 |
| Insurance | $ | 539.00 |
| Misc | $ | 1,033.00 |
| Processing Fees | $ | 4,283.00 |
| Professional Fees | $ | 778.00 |
| Repairs & Maintence | $ | 700.00 |
| Salaries & Wages | $ | 22,057.00 |
| Software | $ | 30.00 |
| Supplies | $ | 1,581.00 |
| Taxes & Licensing | $ | 3,000.00 |
| Trash | $ | 224.00 |
| Utilities | $ | 2,315.00 |
| **Total Expenses** | **$** | **38,429.00** |
| | | |
| **Net Income** | **$** | **7,519.00** |

# Association Motor Club LLC

348 14th Street Nw
Atlanta, GA 30318

## Balance Sheet

*as of January 31, 2026*

| Current assets: | Current Year |
|---|---|
| Cash | 3,916.00 |
| Inventory | 3,198.00 |
| **Total current assets** | **7,114.00** |
| | |
| **Fixed assets:** | **Current Year** |
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (950,608.00) |
| **Total fixed assets** | **3,569,942.00** |
| | |
| **Total Assets** | **3,577,056.00** |
| | |
| **Liabilities and owner's equity** | |
| **Current liabilities:** | **Current Year** |
| Accounts payable | 2,855.00 |
| ST Notes Payable | 190,602.00 |
| **Total current liabilities** | **193,457.00** |
| | |
| **Long-term liabilities:** | **Current Year** |
| Notes Payable | 5,173,029.00 |
| **Total long-term liabilities** | **5,173,029.00** |
| | |
| **Owner's equity:** | **Current Year** |
| Equity Interest | (2,219,652.00) |
| Retained Earnings | 422,703.00 |
| Net Income | 7,519.00 |
| **Total owner's equity** | **(1,789,430.00)** |
| | |
| **Total Liabilities and Owner's Equity** | **3,577,056.00** |
| | |
| **Balance** | **-** |

**Association Motor Club LLC**

**348 14th Street Nw**

**Atlanta, GA 30318**

## Statement of Cash Flows

*as of January 31, 2026*

| | | | | |
|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Cash Received from Customers | | | $ | 51,792.00 |
| Cash Paid to Suppliers | | | $ | (5,844.00) |
| Cash Paid to Employees | | | $ | (22,057.00) |
| Cash Paid for other Expenses | | | $ | (15,618.00) |
| Other nonoperating Expenses | | | $ | - |
| Taxes Paid | | | $ | (500.00) |
| ***Net Cash Provided by Operating Activities*** | | | **$** | **7,773.00** |
| | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| ***Net Cash Provided/Used by Investing Activities*** | | | **$** | **-** |
| | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Net Borrowings under credit arrangement | | | $ | (7,500.00) |
| Distributions | | | $ | - |
| ***Net Cash Used by Financing Activities*** | | | **$** | **(7,500.00)** |
| | | | | |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | | | **$** | **273.00** |
| Cash and Cash Equivalents at beginning | | | **$** | **3,643.00** |
| **Cash and Cash Equivalents at end** | | | **$** | **3,916.00** |
| - | | | | |
| | | | | |
| **RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | | | |
| **Net Income** | | | **$** | **7,519.00** |
| ***Adjustments to reconcile net income to net cash provided by operating activities*** | | | | |
| | $ | - | | |
| | $ | - | | |
| ***Change in current assets & liabilities*** | | | | |
| | $ | - | | |
| **Total Adjustments** | | | $ | - |
| **Net cash provided by operating activities** | | | **$** | **7,519.00** |

# Initiate Business Checking℠



WELLS FARGO

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Two trending crypto scams to watch out for:

1. Crypto investments: Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
2. Crypto ATM deposits: Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

Red flags: Unexpected contact, promises of big investment returns, or threats about your account security.

Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM. You may not get your money back.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $3,586.77 |
| Deposits/Credits | 51,791.50 |
| Withdrawals/Debits | - 51,462.55 |
| Ending balance on 1/31 | $3,915.72 |

Account number: [redacted] 129 (primary account)

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 1/2 | | Shift4 Pymt Proc 260101 068880015238333 Auto Spa Bistro | 399.67 | | |
| 1/2 | | American Express Settlement 260101 4103824512 4103824512 | 904.25 | | |
| 1/2 | | Shift4 Pymt Proc 260101 068880015238304 Auto Spa Bistro | 3,459.39 | | |
| 1/2 | | Zelle to Burnett Patrice on 01/01 Ref # Wfct0Zndswm6 | | 68.06 | |
| 1/2 | | Zelle to Shumaker Clena on 01/02 Ref # Wfct0Znhmlsw | | 161.00 | |
| 1/2 | < | Business to Business ACH Debit - Shift4 Fees 251231 068880015238333 Auto Spa Bistro | | 1,050.89 | |
| 1/2 | < | Business to Business ACH Debit - Shift4 Fees 251231 068880015238304 Auto Spa Bistro | | 2,462.16 | |
| 1/2 | < | Business to Business ACH Debit - Shift4 Shift4 I26010219529 166697 Auto Spa Bistro | | 152.44 | |
| 1/2 | < | Business to Business ACH Debit - Shift4 Shift4 I26010219528 166471 Auto Spa Bistro | | 228.66 | 4,226.87 |
| 1/5 | | American Express Settlement 260102 4103824512 4103824512 | 74.45 | | |
| 1/5 | | Doordash, Inc. Doordash - St-N2U6Q9C4W0A3 Association Motor Club | 105.36 | | |
| 1/5 | | Shift4 Pymt Proc 260102 068880015238304 Auto Spa Bistro | 1,639.29 | | |
| 1/5 | | Shift4 Pymt Proc 260104 068880015238304 Auto Spa Bistro | 4,344.08 | | |
| 1/5 | | Purchase authorized on 12/31 Affordable Dumpste 813-4447152 MI S466001192986385 Card 8146 | | 224.00 | |
| 1/5 | | Purchase authorized on 01/02 Kalloren PR 770-745-8446 GA S466002583469402 Card 8146 | | 434.00 | |
| 1/5 | | Purchase authorized on 01/02 Restaurant Depot Atlanta GA S586002663948571 Card 8146 | | 773.36 | |
| 1/5 | | Money Transfer authorized on 01/02 Apple Cash Sent MO 1Infiniteloop CA S586002722001728 Card 8146 | | 88.00 | |
| 1/5 | | Purchase authorized on 01/02 Northside Drive Li 404-3513273 GA S346002746295999 Card 8146 | | 284.14 | |
| 1/5 | | Money Transfer authorized on 01/02 Apple Cash Sent MO 1Infiniteloop CA S386002851225706 Card 8146 | | 263.88 | |
| 1/5 | | Purchase authorized on 01/04 Wholefds Atl#106 22 14th Atlanta GA P386004769240615 Card 8146 | | 23.05 | |
| 1/5 | | Zelle to Rodriguez Christopher on 01/05 Ref # Wfct0Znrl5Bl | | 200.00 | |
| 1/5 | | Zelle to Rodriguez Christopher on 01/05 Ref # Wfct0Zns3K6W | | 500.00 | |
| 1/5 | | Zelle to Burnett Patrice on 01/05 Ref # Wfct0Zns857J | | 360.19 | 7,239.43 |
| 1/6 | | Shift4 Pymt Proc 260105 068880015238304 Auto Spa Bistro | 1,065.85 | | |
| 1/6 | | American Express Settlement 260105 4103824512 4103824512 | 1,544.50 | | |
| 1/6 | | ATM Cash Deposit on 01/06 171 17th St NW Ste 100 Atlanta GA 0008099 ATM ID 0316J Card 8146 | 300.00 | | |
| 1/6 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wcz6Ywh on 01/06/26 | 1,350.00 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/6 | | Money Transfer authorized on 01/04 Apple Cash Sent MO 1Infiniteloop CA S346004526566012 Card 8146 | | 7.00 | |
| 1/6 | | Purchase authorized on 01/05 Suerteyay* Suerspg M.Suerteyay.C WA S346005649347113 Card 8146 | | 92.46 | |
| 1/6 | | Purchase authorized on 01/05 Vzwrlss*Ivr Vb 800-9220204 GA S356005727001713 Card 8146 | | 338.76 | |
| 1/6 | | Withdrawal Made In A Branch/Store | | 4,835.00 | |
| 1/6 | | Withdrawal Made In A Branch/Store | | 2,342.00 | |
| 1/6 | | Zelle to Terry Bailey on 01/06 Ref # Wfct0Znvnzmb | | 2,500.00 | |
| 1/6 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049442766 Association Motor Club | | 14.11 | |
| 1/6 | 81 | Check | | 625.99 | 744.46 |
| 1/7 | | American Express Settlement 260106 4103824512 4103824512 | 142.32 | | |
| 1/7 | | Stripe Transfer St-R0A9M5Y4P8E8 Association Motor Club | 249.92 | | |
| 1/7 | | Shift4 Pymt Proc 260106 068880015238304 Auto Spa Bistro | 629.10 | | |
| 1/7 | | Money Transfer authorized on 01/05 Apple Cash Sent MO 1Infiniteloop CA S466005541955524 Card 8146 | | 291.00 | |
| 1/7 | | Money Transfer authorized on 01/05 Apple Cash Sent MO 1Infiniteloop CA S306005804602083 Card 8146 | | 316.94 | |
| 1/7 | | Money Transfer authorized on 01/05 Apple Cash Sent MO 1Infiniteloop CA S386005806695633 Card 8146 | | 55.00 | |
| 1/7 | | Zelle to Burnett Patrice on 01/07 Ref # Wfct0Znyjxd3 | | 65.54 | |
| 1/7 | < | Business to Business ACH Debit - Paychex Eib Invoice 260107 x15064000020170 Association Motor Club | | 244.00 | 793.32 |
| 1/8 | | Stripe Transfer St-C9Z6N0L8S3T8 Association Motor Club | 96.09 | | |
| 1/8 | | American Express Settlement 260107 4103824512 4103824512 | 116.93 | | |
| 1/8 | | Shift4 Pymt Proc 260107 068880015238304 Auto Spa Bistro | 536.11 | | |
| 1/8 | | ATM Cash Deposit on 01/08 2204 Peachtree Rd NW Atlanta GA 0000133 ATM ID 0333Y Card 8146 | 2,600.00 | | |
| 1/8 | | Wire Trans Svc Charge - Sequence: 260108111261 Srf# Ow00006495431274 Trn#260108111261 Rfb# Ow00006495431274 | | 25.00 | |
| 1/8 | | Purchase authorized on 01/07 Gas South Payment 877-472-4932 GA S306007659388172 Card 8146 | | 269.36 | |
| 1/8 | | Purchase authorized on 01/07 Fedex Offic1770001 Atlanta GA S306007668989526 Card 8146 | | 2.76 | |
| 1/8 | | Purchase authorized on 01/07 Fedex Offic1770001 Atlanta GA S346007673176170 Card 8146 | | 1.51 | |
| 1/8 | | Zelle to Shumaker Clena on 01/08 Ref # Wfct0Zp2Fr83 | | 50.00 | |
| 1/8 | | WT Fed#03R01 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006495431274 Trn#260108111261 Rfb# Ow00006495431274 | | 3,000.00 | |
| 1/8 | | Zelle to Burnett Patrice on 01/08 Ref # Wfct0Zp3Vncl | | 44.28 | |
| 1/8 | < | Business to Business ACH Debit - Intuit * Qbooks Onl 260107 3165155 Lemont Bradley | | 75.00 | 674.54 |
| 1/9 | | Doordash, Inc. Doordash - St-J4A4U6O4S1H1 Association Motor Club | 22.07 | | |
| 1/9 | | American Express Settlement 260108 4103824512 4103824512 | 210.86 | | |
| 1/9 | | ATM Cash Deposit on 01/09 2204 Peachtree Rd NW Atlanta GA 0007595 ATM ID 0333W Card 8146 | 4,750.00 | | |
| 1/9 | | Wire Trans Svc Charge - Sequence: 260109204356 Srf# Ow00006500536161 Trn#260109204356 Rfb# Ow00006500536161 | | 25.00 | |
| 1/9 | | Money Transfer authorized on 01/07 Apple Cash Sent MO 1Infiniteloop CA S346007705304775 Card 8146 | | 62.00 | |
| 1/9 | | Money Transfer authorized on 01/07 Apple Cash Sent MO 1Infiniteloop CA S306007794949522 Card 8146 | | 93.45 | |
| 1/9 | | WT Fed#01R01 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006500536161 Trn#260109204356 Rfb# Ow00006500536161 | | 4,500.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/9 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260108 xxxxx6400 Auto Spa Bistro | | 200.00 | |
| 1/9 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260108 2064311120 Auto Spa Bistro | | 300.00 | 477.02 |
| 1/12 | | ATM Cash Deposit on 01/10 2204 Peachtree Rd NW Atlanta GA 0007652 ATM ID 0333W Card 8146 | 1,280.00 | | |
| 1/12 | | Money Transfer authorized on 01/11 From Bradley Lemont GA S386011541755726 Card 8146 | 98.50 | | |
| 1/12 | | Stripe Transfer St-D9P9l6T5Q2K4 Association Motor Club | 92.07 | | |
| 1/12 | | Shift4 Pymt Proc 260111 068880015238304 Auto Spa Bistro | 2,091.40 | | |
| 1/12 | | ATM Cash Deposit on 01/12 2204 Peachtree Rd NW Atlanta GA 0007956 ATM ID 0333W Card 8146 | 200.00 | | |
| 1/12 | | Purchase authorized on 01/07 Lagoolwuaj 18820473271 Hkg S306007736762481 Card 8146 | | 30.97 | |
| 1/12 | | Purchase authorized on 01/09 Kalloren PR 770-745-8446 GA S386009566094027 Card 8146 | | 439.00 | |
| 1/12 | | Purchase authorized on 01/10 Restaurant Depot Atlanta GA S386010608156350 Card 8146 | | 1,037.15 | |
| 1/12 | | Purchase authorized on 01/11 Tower Beer Wine Atlanta GA P000000084981922 Card 8146 | | 291.00 | |
| 1/12 | | Purchase authorized on 01/11 Wholefds Atl#106 22 14th Atlanta GA P306011590326814 Card 8146 | | 82.92 | 2,357.95 |
| 1/13 | | Stripe Transfer St-W8D5N8C4C6M6 Association Motor Club | 337.36 | | |
| 1/13 | | American Express Settlement 260112 4103824512 4103824512 | 506.82 | | |
| 1/13 | | Shift4 Pymt Proc 260112 068880015238304 Auto Spa Bistro | 752.93 | | |
| 1/13 | | Purchase authorized on 01/12 Sq *Nouveau Riche Gosq.Com GA S586012639948209 Card 8146 | | 618.00 | |
| 1/13 | | Purchase authorized on 01/12 Sq *Nouveau Riche Gosq.Com GA S356012640447909 Card 8146 | | 618.00 | |
| 1/13 | | Purchase authorized on 01/12 Watson Digital Med Waterloo Can S356012673171497 Card 8146 | | 500.00 | |
| 1/13 | | Withdrawal Made In A Branch/Store | | 1,010.00 | |
| 1/13 | | Zelle to Crumby Aurelia on 01/13 Ref # Wfct0Zpkz6Hn | | 81.75 | 1,127.31 |
| 1/14 | | American Express Settlement 260113 4103824512 4103824512 | 108.96 | | |
| 1/14 | | Stripe Transfer St-A3U3T4T3S3M0 Association Motor Club | 528.25 | | |
| 1/14 | | Shift4 Pymt Proc 260113 068880015238304 Auto Spa Bistro | 566.33 | | |
| 1/14 | | Money Transfer authorized on 01/12 Apple Cash Sent MO 1Infiniteloop CA S386012823210008 Card 8146 | | 252.42 | |
| 1/14 | | Money Transfer authorized on 01/12 Apple Cash Sent MO 1Infiniteloop CA S306012823640478 Card 8146 | | 216.00 | |
| 1/14 | | Recurring Payment authorized on 01/13 Apple.Com/Bill 866-712-7753 CA S466013685083147 Card 8146 | | 10.00 | |
| 1/14 | | Purchase authorized on 01/13 Apple.Com/Bill 866-712-7753 CA S586013685622154 Card 8146 | | 19.99 | |
| 1/14 | | Zelle to Burnett Patrice on 01/14 Ref # Wfct0Zpn73Fz | | 100.54 | 1,731.90 |
| 1/15 | | Stripe Transfer St-Y8K4A8B7N2l4 Association Motor Club | 192.18 | | |
| 1/15 | | American Express Settlement 260114 4103824512 4103824512 | 428.15 | | |
| 1/15 | | Shift4 Pymt Proc 260114 068880015238304 Auto Spa Bistro | 1,420.21 | | |
| 1/15 | | Recurring Payment authorized on 01/13 Apple.Com/Bill 866-712-7753 CA S466014219675490 Card 8146 | | 7.39 | 3,765.05 |
| 1/16 | | Doordash, Inc. Doordash - St-Y0M0R8A9L9G6 Association Motor Club | 51.09 | | |
| 1/16 | | American Express Settlement 260115 4103824512 4103824512 | 263.30 | | |
| 1/16 | | Shift4 Pymt Proc 260115 068880015238304 Auto Spa Bistro | 893.97 | | |
| 1/16 | | Stripe Transfer St-Q2x2Y1C0B7x8 Association Motor Club | 188.14 | | |
| 1/16 | | Purchase authorized on 01/13 Paypal *Web Design 402-935-7733 CA S586013733195128 Card 8146 | | 30.00 | |
| 1/16 | | Jjpf Payments 114Echeck 32647424 Association Motor Club | | 53.89 | 5,077.66 |
| 1/20 | | American Express Settlement 260116 4103824512 4103824512 | 81.13 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/20 | | Stripe Transfer St-B7P9U2C9B6N5 Association Motor Club | 328.79 | | |
| 1/20 | | Shift4 Pymt Proc 260119 068880015238304 Auto Spa Bistro | 856.83 | | |
| 1/20 | | American Express Settlement 260119 4103824512 4103824512 | 1,483.39 | | |
| 1/20 | | Shift4 Pymt Proc 260118 068880015238304 Auto Spa Bistro | 5,114.72 | | |
| 1/20 | | Money Transfer authorized on 01/15 Apple Cash Sent MO 1Infiniteloop CA S356016011962254 Card 8146 | | 227.16 | |
| 1/20 | | Purchase authorized on 01/16 Kalloren PR 770-745-8446 GA S586016606968274 Card 8146 | | 383.00 | |
| 1/20 | | Purchase authorized on 01/16 Restaurant Depot Atlanta GA S586016782773931 Card 8146 | | 1,254.25 | |
| 1/20 | | Money Transfer authorized on 01/16 Apple Cash Sent MO 1Infiniteloop CA S356016798982433 Card 8146 | | 211.00 | |
| 1/20 | | Purchase authorized on 01/17 Restaurant Depot Atlanta GA S306017628489332 Card 8146 | | 140.79 | |
| 1/20 | | Purchase authorized on 01/18 Northside Drive Li 404-3513273 GA S356018634681905 Card 8146 | | 728.38 | |
| 1/20 | | Purchase authorized on 01/18 WWW.Businessrate.C WWW.Businessr AZ S306018757375587 Card 8146 | | 271.16 | |
| 1/20 | | Zelle to Burnett Patrice on 01/19 Ref # Wfct0Zq6Rxcq | | 234.62 | |
| 1/20 | | Zelle to Crumby Aurelia on 01/19 Ref # Wfct0Zq6Rz7S | | 138.40 | |
| 1/20 | | Withdrawal Made In A Branch/Store | | 1,010.00 | |
| 1/20 | | Purchase authorized on 01/20 Wholefds Atl#106 22 14th Atlanta GA P586020606106544 Card 8146 | | 81.13 | |
| 1/20 | | Zelle to Burnett Patrice on 01/20 Ref # Wfct0Zq9Svp8 | | 111.20 | |
| 1/20 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049504413 Association Motor Club | | 18.12 | |
| 1/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 260120 x15221400015235 Association Motor Club | | 81.50 | |
| 1/20 | 82 | Check | | 625.99 | 7,425.82 |
| 1/21 | | American Express Settlement 260120 4103824512 4103824512 | 56.19 | | |
| 1/21 | | Stripe Transfer St-Z3T8E9T8S6N8 Association Motor Club | 217.16 | | |
| 1/21 | | Recurring Payment authorized on 01/20 Apple.Com/Bill 866-712-7753 CA S356020507910578 Card 8146 | | 11.99 | |
| 1/21 | | Withdrawal Made In A Branch/Store | | 4,714.00 | |
| 1/21 | | Withdrawal Made In A Branch/Store | | 610.00 | |
| 1/21 | | Zelle to Burnett Patrice on 01/21 Ref # Wfct0Zqdl84S | | 113.60 | |
| 1/21 | < | Business to Business ACH Debit - Shift4 Chg Backs 260120 068880015238304 Auto Spa Bistro | | 145.00 | 2,104.58 |
| 1/22 | | Stripe Transfer St-F1S0H7H3U5x8 Association Motor Club | 843.00 | | |
| 1/22 | | Shift4 Pymt Proc 260121 068880015238304 Auto Spa Bistro | 1,394.25 | | |
| 1/22 | | Money Transfer authorized on 01/20 Apple Cash Sent MO 1Infiniteloop CA S356020715718937 Card 8146 | | 378.00 | |
| 1/22 | | Money Transfer authorized on 01/20 Apple Cash Sent MO 1Infiniteloop CA S346020796833264 Card 8146 | | 196.00 | |
| 1/22 | | Purchase authorized on 01/21 Sq *Capital Soluti Gosq.Com GA S306021792202170 Card 8146 | | 577.36 | |
| 1/22 | | Zelle to Shumaker Clena on 01/22 Ref # Wfct0Zqglgxl | | 144.00 | 3,046.47 |
| 1/23 | | Doordash, Inc. Doordash - St-x1M5B3J2F8l8 Association Motor Club | 27.27 | | |
| 1/23 | | Stripe Transfer St-W4R4O4Q1C5A3 Association Motor Club | 192.18 | | |
| 1/23 | | American Express Settlement 260122 4103824512 4103824512 | 282.07 | | |
| 1/23 | | Money Transfer authorized on 01/21 Apple Cash Sent MO 1Infiniteloop CA S346021768812032 Card 8146 | | 104.00 | |
| 1/23 | | Purchase authorized on 01/22 Restaurant Depot Atlanta GA S386022683736697 Card 8146 | | 870.54 | |
| 1/23 | | Purchase authorized on 01/22 Northside Drive Li 404-3513273 GA S466022696609290 Card 8146 | | 224.28 | |
| 1/23 | | City of Atl Wat 4045460311 A26022 2Vpl121440Rtk2S Auto Spa Bistro | | 1,000.00 | 1,349.17 |
| 1/26 | | Stripe Transfer St-K5A6E6U3Y6J6 Association Motor Club | 93.74 | | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/26 | | Money Transfer authorized on 01/22 Apple Cash Sent MO 1Infiniteloop CA S386022784635900 Card 8146 | | 52.00 | |
| 1/26 | | Money Transfer authorized on 01/23 Apple Cash Sent MO 1Infiniteloop CA S466023552522480 Card 8146 | | 25.00 | |
| 1/26 | | Purchase authorized on 01/23 Kalloren PR 770-745-8446 GA S386023588532379 Card 8146 | | 325.00 | |
| 1/26 | | Recurring Payment authorized on 01/23 Apple.Com/Bill 866-712-7753 CA S306023693236033 Card 8146 | | 9.99 | |
| 1/26 | | Money Transfer authorized on 01/23 Apple Cash Sent MO 1Infiniteloop CA S466023784282571 Card 8146 | | 166.00 | |
| 1/26 | | Purchase authorized on 01/23 Facebk *Ctzbj9M432 650-5434800 CA S466023809519028 Card 8146 | | 4.00 | |
| 1/26 | | Purchase authorized on 01/23 Facebk *K3996Ad432 650-5434800 CA S346023815593096 Card 8146 | | 5.00 | |
| 1/26 | | Recurring Payment authorized on 01/24 Facebk *V9Zly9V432 650-5434800 CA S586024466866464 Card 8146 | | 10.34 | |
| 1/26 | | Purchase authorized on 01/24 Facebk *63Vqm9M432 650-5434800 CA S386025091621633 Card 8146 | | 6.00 | |
| 1/26 | | Recurring Payment authorized on 01/24 Apple.Com/Bill 866-712-7753 CA S586025221558370 Card 8146 | | 24.80 | |
| 1/26 | | Purchase authorized on 01/25 Facebk *8Dlkfa5432 650-5434800 CA S386025466671033 Card 8146 | | 7.00 | |
| 1/26 | | Purchase authorized on 01/25 Facebk *Czu8P9H432 650-5434800 CA S306025832411371 Card 8146 | | 8.00 | |
| 1/26 | | Purchase authorized on 01/25 Facebk *Dbh44AR432 650-5434800 CA S346026150446842 Card 8146 | | 8.00 | |
| 1/26 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-P3N5J7H3M1A9 Lemont Bradley | | 181.58 | 610.20 |
| 1/27 | | Stripe Transfer St-O1G3A4C0O4I4 Association Motor Club | 95.04 | | |
| 1/27 | | Money Transfer authorized on 01/25 Apple Cash Sent MO 1Infiniteloop CA S346026049860348 Card 8146 | | 100.00 | |
| 1/27 | | Recurring Payment authorized on 01/26 Apple.Com/Bill 866-712-7753 CA S306026314326946 Card 8146 | | 16.99 | |
| 1/27 | | Purchase authorized on 01/26 Facebk *V3Njta9432 650-5434800 CA S356026608554396 Card 8146 | | 9.00 | |
| 1/27 | | Purchase authorized on 01/26 Facebk *Ykby7Av432 650-5434800 CA S346027124997011 Card 8146 | | 10.00 | 569.25 |
| 1/28 | | Stripe Transfer St-N8K7H6B8G9G4 Association Motor Club | 295.02 | | |
| 1/28 | | Money Transfer authorized on 01/26 Apple Cash Sent MO 1Infiniteloop CA S306026817178753 Card 8146 | | 104.00 | |
| 1/28 | | Purchase authorized on 01/27 Facebk *Jw9Mwa9432 650-5434800 CA S586027658696374 Card 8146 | | 11.00 | 749.27 |
| 1/29 | | Stripe Transfer St-Z7I3L0x1J9K2 Association Motor Club | 96.09 | | |
| 1/29 | | Shift4 Pymt Proc 260128 068880015238304 Auto Spa Bistro | 2,069.57 | | |
| 1/29 | | ATM Cash Deposit on 01/29 2204 Peachtree Rd NW Atlanta GA 0000763 ATM ID 0333Y Card 8146 | 1,450.00 | | |
| 1/29 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wn2Z2Vl on 01/29/26 | 200.00 | | |
| 1/29 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wn34Tqc on 01/29/26 | 100.00 | | |
| 1/29 | | Purchase authorized on 01/28 Facebk *R5Gufaz432 650-5434800 CA S586028490990332 Card 8146 | | 13.00 | |
| 1/29 | | Recurring Payment authorized on 01/28 Apple.Com/Bill 866-712-7753 CA S346028713958015 Card 8146 | | 7.39 | |
| 1/29 | | Recurring Payment authorized on 01/28 Apple.Com/Bill 866-712-7753 CA S356028713960537 Card 8146 | | 6.99 | |
| 1/29 | | Purchase authorized on 01/28 Facebk *Zfqsy9M432 650-5434800 CA S586029032918038 Card 8146 | | 15.00 | |
| 1/29 | | Withdrawal Made In A Branch/Store | | 1,005.00 | |
| 1/29 | | Purchase authorized on 01/29 Wholefds Atl#106 22 14th Atlanta GA P356029704263933 Card 8146 | | 116.28 | 3,501.27 |
| 1/30 | | Doordash, Inc. Doordash - St-F3F0K5C2T0C1 Association Motor Club | 33.68 | | |
| 1/30 | | Stripe Transfer St-C2I8P8P7L5T2 Association Motor Club | 120.19 | | |

## *Transaction History (continued)*

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 1/30 | | American Express Settlement 260129 4103824512 4103824512 | 512.46 | | |
| 1/30 | | Shift4 Pymt Proc 260130 068880015238304 Auto Spa Bistro | 1,308.83 | | |
| 1/30 | | Money Transfer authorized on 01/28 Apple Cash Sent MO 1Infiniteloop CA S306028791477672 Card 8146 | | 6.00 | |
| 1/30 | | Purchase authorized on 01/29 Facebk *3Yhyga5532 650-5434800 CA S586029633844036 Card 8146 | | 17.00 | |
| 1/30 | | Purchase authorized on 01/29 Gpc Paymentus 888-660-5890 GA S386029791265509 Card 8146 | | 706.81 | |
| 1/30 | | Zelle to Burnett Patrice on 01/30 Ref # Wfct0Zr9Lcjk | | 36.86 | |
| 1/30 | < | Business to Business ACH Debit - Quarterly Fee Payment 260129 0000 Association Motor Club | | 777.54 | |
| 1/30 | | Cash Deposit Processing Fee | | 16.50 | 3,915.72 |
| Totals | | | $51,791.50 | $51,462.55 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|
| 81 | 1/6 | 625.99 | 82 | 1/20 | 625.99 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2026 - 01/31/2026 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $2,786.00 | ÷ |
| • Minimum daily balance | $500.00 | $477.02 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 10,500 | 5,000 | 5,500 | 0.0030 | 16.50 |
| Transactions | 44 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $16.50 |

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ____________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ____________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| SCHEDULE OF PAYMENTS TO INSIDERS<br>JANUARY 2026 | | | |
|---|---|---|---|
| **INSIDER** | **DATE** | **CHECK NO.** | **PAYMENTS** |
| Lemont Bradley ($1,500/week) | | | |
| **TOTAL** | | | **$ -** |

## SCHEDULE OF PAYMENTS TO PROFESSIONALS
### January 2026

| PROFESSIONAL | DATE | PAYMENTS |
|---|---|---|
| Fallon Law PC | | $0.00 |
| Capital Solutions CPA, PC | | $0.00 |

# CASH WITHDRAWAL PAYROLL REPORT
## JANUARY 2025

| MONEY ORDER PAYMENTS FOR PAYROLL & FIRST SAVINGS BANK ADEQUATE PROTECTION PAYMENTS | | MONEY ORDER TOTALS | WELLS FARGO CASH WITHDRAWALS |
|---|---|---|---|
| **January 6th** | | | $4,835.00 |
| Dontaevius Rutledge | $ 165 | | $2,342.00 |
| Dionte Thompson | $ 388 | | |
| Vuyiswa Rasmeni | $ 456 | | |
| Lucino Valdiva | $ 1,250 | | |
| Cartez Goggins | $ 97 | | |
| Cheikh Sene | $ 1,211 | | |
| Jamerius Polen | $ 250 | | |
| Jonathan Douglas | $ 298 | | |
| James Polen | $ 291 | | |
| Anwar Ali | $ 931 | | |
| Bobby Baldwin | $ 537 | | |
| Aurelia Crumby | $ 161 | | |
| Sonia Najera | $ 1,062 | | |
| Bank Fees | $ 80 | | |
| | | $ 7,177 | |
| **January 13th** | | | $1,010.00 |
| Lucino Valdiva | $ 1,000 | | |
| Bank Fees | $ 10 | | |
| | | $ 1,010 | |
| **January 20th** | | | $1,010.00 |
| Lucino Valdiva | $ 1,000 | | |
| Bank Fees | $ 10 | | |
| | | $ 1,010 | |
| **January 21st** | | | $4,714.00 |
| Cheikh Sene | $ 632 | | $610.00 |
| | $ 360 | | |
| Aurelia Crumby | $ 210 | | |
| Anwar Ali | $ 727 | | |
| Sonia Najera | $ 1,296 | | |
| Vuyiswa Rasmeni | $ 500 | | |
| Dontaevius Rutledge | $ 240 | | |
| Bobby Baldwin | $ 554 | | |
| Dionte Thompson | $ 148 | | |
| Jamerius Polen | $ 125 | | |
| James Polen | $ 472 | | |
| Bank fees | $ 60 | | |
| | | $ 5,324 | |
| **January 29th** | | | $1,005.00 |
| Lucino Valdiva | $ 1,000 | | |
| Bank fees | $ 5 | | |
| | | $ 1,005 | |
| **OCTOBER TOTAL** | **$ 15,526** | **$ 15,526** | **$ 15,526** |
| | | | **$ -** |

# APPLE PAY REPORT
## January 2026

| DATE | APPLE PAY STATEMENT | TEAM MEMBER | AMOUNT | DATE | APPLE PAY BANK STATEMENT AMOUNTS |
|---|---|---|---|---|---|
| 1/2/26 | | V | $ 263.88 | | |
| 1/4/26 | | Travis | $ 26.00 | | |
| 1/5/26 | | Travis | $ 291.00 | | |
| 1/5/26 | | Bobby | $ 55.00 | | |
| 1/5/26 | | V | $ 316.94 | | |
| 1/7/26 | | Travis | $ 188.00 | | |
| 1/7/26 | | Bobby | $ 103.00 | | |
| 1/7/26 | | V | $ 26.45 | | |
| 1/9/26 | | Travis | $ 74.00 | | |
| 1/11/26 | | Travis | $ 26.00 | | |
| 1/12/26 | | Travis | $ 216.00 | | |
| 1/12/26 | | V | $ 258.43 | | |
| 1/14/26 | | Travis | $ 100.00 | | |
| 1/15/26 | | V | $ 372.85 | | |
| 1/16/26 | | Travis | $ 260.00 | | |
| 1/18/26 | | Travis | $ 100.00 | | |
| 1/20/26 | | V | $ 484.00 | | |
| 1/21/26 | | Travis | $ 196.00 | | |
| 1/22/26 | | V | $ 52.00 | | |
| 1/23/26 | | Travis | $ 109.00 | | |
| 1/23/26 | | Travis | $ 25.00 | | |
| 1/25/26 | | Travis | $ 166.00 | | |
| 1/26/26 | | V | $ 104.00 | | |
| 1/27/26 | | Travis | $ 100.00 | | |
| 1/28/26 | | Travis | $ 92.00 | | |
| 1/29/26 | | Travis | $ 100.00 | | |
| 1/29/26 | | V | $ 41.00 | | |
| 1/30/26 | | Travis | $ 89.00 | | |
| | | | **$ 3,971.67** | **Total** | **$0.00** |

3:24 LTE

**Travis**

| Date | Amount |
| --- | --- |
| 1/12/26 Sent | $216.00 |
| 1/11/26 Sent | $26.00 |
| 1/9/26 Sent | $74.00 |
| 1/7/26 Sent - Bobby tips | $103.00 |
| 1/7/26 Sent | $188.00 |
| 1/5/26 Sent | $55.00 |
| 1/5/26 Sent | $291.00 |
| 1/4/26 Sent | $26.00 |
| 1/3/26 Sent - Uber money | $25.00 |
| 1/2/26 Sent | $262.00 |

3:24 5G

**Travis**

| Date | Amount |
| --- | --- |
| 1/16/26 Sent | $260.00 |
| 1/14/26 Sent - Here $100 | $100.00 |
| 1/12/26 Sent | $216.00 |
| 1/11/26 Sent | $26.00 |
| 1/9/26 Sent | $74.00 |
| 1/7/26 Sent - Bobby tips | $103.00 |
| 1/7/26 Sent | $188.00 |
| 1/5/26 Sent | $55.00 |
| 1/5/26 Sent | $291.00 |
| 1/4/26 Sent | $26.00 |

| Date | Amount |
| --- | --- |
| 1/30/26 Sent | $89.00 |
| 1/29/26 Sent | $100.00 |
| 1/28/26 Sent | $92.00 |
| 1/27/26 Received | +$38.00 |
| 1/25/26 Sent | $100.00 |
| 1/23/26 Sent | $166.00 |
| 1/23/26 Sent | $25.00 |
| 1/21/26 Sent | $104.00 |
| 1/20/26 Sent | $196.00 |
| 1/18/26 Sent | $100.00 |

3:25 5G

Vuyi

| | |
|---|---|
| 1/29/26<br>Sent | $41.00 |
| 1/26/26<br>Sent | $104.00 |
| 1/22/26<br>Sent | $52.00 |
| 1/20/26<br>Sent | $484.00 |
| 1/15/26<br>Sent | $372.85 |
| 1/12/26<br>Sent | $258.43 |
| 1/7/26<br>Sent | $93.45 |
| 1/5/26<br>Sent | $316.94 |
| 1/2/26<br>Sent | $263.88 |
| 12/29/25<br>Sent | $614.00 |

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001854
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***DONTAEVIUS RUTLEDGE***

**One Hundred Sixty-Five and 00/100 -US Dollars ** **$165.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 165.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50064023

---

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001852
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***CARTEZ GOGGINS***

**Ninety-Seven and 00/100 -US Dollars ** **$97.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 97.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50064023

---

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001853
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***DIONTE THOMPSON***

**Three Hundred Eighty-Eight and 00/100 -US Dollars ** **$388.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 388.00

NON-NEGOTIABLE

Purchaser Copy

---

**CASHIER'S CHECK**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680005504
ACCOUNT#: 4861-513281
January 6, 2026

PAY TO THE ORDER OF ***CHEIKH SENE***

**One Thousand Two Hundred Eleven and 00/100 -US Dollars ** **$1,211.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

VOID IF OVER US $ 1,211.00

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (10/19) 50064023

---

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001847
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***VUYISWA RASMENI***

**Four Hundred Fifty-Six and 00/100 -US Dollars ** **$456.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 456.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50064023

---

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001856
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***JAMERIUS POLEN***

**Two Hundred Fifty and 00/100 -US Dollars ** **$250.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 250.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50064023

---

**CASHIER'S CHECK**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680005503
ACCOUNT#: 4861-513281
January 6, 2026

PAY TO THE ORDER OF ***LUCINO VALDIVA***

**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** **$1,250.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

VOID IF OVER US $ 1,250.00

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (10/19) 50064023

---

**PERSONAL MONEY ORDER**

0066800 Office AU # | 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

SERIAL #: 6680001855
ACCOUNT#: 4945-788032
January 6, 2026

PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***

**Two Hundred Ninety-Eight and 00/100 -US Dollars ** **$298.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 298.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50064023



PERSONAL MONEY ORDER
SERIAL #: 6680001849
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 6, 2026
PAY TO THE ORDER OF ***JAMES POLEN***
**Two Hundred Ninety-One and 00/100 -US Dollars **
**$291.00**
VOID IF OVER US $ 291.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (10/19) 50064023

PERSONAL MONEY ORDER
SERIAL #: 6680001850
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 6, 2026
PAY TO THE ORDER OF ***BOBBY BALDWIN***
**Five Hundred Thirty-Seven and 00/100 -US Dollars **
**$537.00**
VOID IF OVER US $ 537.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (10/19) 50064023

PERSONAL MONEY ORDER
SERIAL #: 6680001851
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 6, 2026
PAY TO THE ORDER OF ***ANWAR ALI***
**Nine Hundred Thirty-One and 00/100 -US Dollars **
**$931.00**
VOID IF OVER US $ 931.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (10/19) 50064023

PERSONAL MONEY ORDER
SERIAL #: 6680001846
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 6, 2026
PAY TO THE ORDER OF ***AURELIA CRUMBY***
**One Hundred Sixty-One and 00/100 -US Dollars **
**$161.00**
VOID IF OVER US $ 161.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (10/19) 50064023

CASHIER'S CHECK
SERIAL #: 6680005505
ACCOUNT#: 4861-513281
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 13, 2026
PAY TO THE ORDER OF ***LUCINO VALDIVA***
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
VOID IF OVER US $ 1,000.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2

CASHIER'S CHECK
SERIAL #: 6680005502
ACCOUNT#: 4861-513281
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 6, 2026
PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***
**One Thousand Sixty-Two and 00/100 -US Dollars **
**$1,062.00**
VOID IF OVER US $ 1,062.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2
FB004 (10/19) 50064023

CASHIER'S CHECK
SERIAL #: 6680005511
ACCOUNT#: 4861-513281
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
January 20, 2026
PAY TO THE ORDER OF ***LUCINO VALDIVA***
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
VOID IF OVER US $ 1,000.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2

PERSONAL MONEY ORDER
SERIAL #: 6680001872
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
January 21, 2026
PAY TO THE ORDER OF ***CHEIKH SENE***
**Six Hundred Thirty-Two and 00/100 -US Dollars **
**$632.00**
VOID IF OVER US $ 632.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (10/19) 50073863

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001880
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF

NON-NEGOTIABLE

**Three Hundred Sixty and 00/100 -US Dollars ** **$360.00**

VOID IF OVER US $ 360.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001879
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***DONTEVIUS RUTLEDGE***

NON-NEGOTIABLE

**Two Hundred Forty and 00/100 -US Dollars ** **$240.00**

VOID IF OVER US $ 240.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001878
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***AURELIA CRUMBY***

NON-NEGOTIABLE

**Two Hundred Ten and 00/100 -US Dollars ** **$210.00**

VOID IF OVER US $ 210.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001873
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***BOBBY BALDWIN***

NON-NEGOTIABLE

**Five Hundred Fifty-Four and 00/100 -US Dollars ** **$554.00**

VOID IF OVER US $ 554.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001871
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***ANWAR ALI***

NON-NEGOTIABLE

**Seven Hundred Twenty-Seven and 00/100 -US Dollars ** **$727.00**

VOID IF OVER US $ 727.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001874
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***DIONTE THOMPSON***

NON-NEGOTIABLE

**One Hundred Forty-Eight and 00/100 -US Dollars ** **$148.00**

VOID IF OVER US $ 148.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**CASHIER'S CHECK**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680005513
ACCOUNT#: 4861-513281
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***

NON-NEGOTIABLE

**One Thousand Two Hundred Ninety-Six and 00/100 -US Dollars ** **$1,296.00**

VOID IF OVER US $ 1,296.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001876
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***JAMERIUS POLEN***

NON-NEGOTIABLE

**One Hundred Twenty-Five and 00/100 -US Dollars ** **$125.00**

VOID IF OVER US $ 125.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001877
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***VUYISWA RASMENI***

NON-NEGOTIABLE

**Five Hundred and 00/100 -US Dollars ** **$500.00**

VOID IF OVER US $ 500.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

---

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680001875
ACCOUNT#: 4945-788032
January 21, 2026

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ***JAMES POLEN***

NON-NEGOTIABLE

**Four Hundred Seventy-Two and 00/100 -US Dollars ** **$472.00**

VOID IF OVER US $ 472.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 50073863



0066942
Office AU #

11-24
1210(8)

**PERSONAL MONEY ORDER**

SERIAL #: 6694200802
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u868019
Funding Source: Electronic Item(s), Paper Item(s)

January 29, 2026

PAY TO THE ORDER OF ***LUCINO VALDIVA***

NON-NEGOTIABLE

**One Thousand and 00/100 -US Dollars **

**$1,000.00**

Payee Address:
Memo:

VOID IF OVER US $ 1,000.00

WELLS FARGO BANK, N.A.
1515 PEACHTREE PKWY
CUMMING, GA 30041
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

**Purchaser Copy**

FB004 (10/19) M4203 40122430