UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re. ASSOCIATION MOTOR CLUB, LLC, | § | Case No. 24-57098 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026

Petition Date: 07/09/2024

Months Pending: 20

Industry Classification: 1 1 9 2

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lemont Bradley
Signature of Responsible Party

Lemont Bradley
Printed Name of Responsible Party

03/26/2026
Date

348 14th Street, NW
Atlanta, GA 30318
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $3,916 | |
| b. | Total receipts (net of transfers between accounts) | $79,708 | $131,500 |
| c. | Total disbursements (net of transfers between accounts) | $81,355 | $132,818 |
| d. | Cash balance end of month (a+b-c) | $2,269 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $81,355 | $132,818 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $3,233 |
| d | Total current assets | $5,502 |
| e. | Total assets | $3,565,892 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $5,150,029 |
| l. | Prepetition priority debt | $2,855 |
| m. | Prepetition unsecured debt | $190,602 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,343,486 |
| o. | Ending equity/net worth (e-n) | $-1,777,594 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $79,709 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $7,872 | |
| c. | Gross profit (a-b) | $71,837 | |
| d. | Selling expenses | $38,724 | |
| e. | General and administrative expenses | $11,308 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $450 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $21,353 | $28,872 |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $19,326 | $0 | $6,500 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Fallon Law PC | Lead Counsel | $0 | $19,326 | $0 | $6,500 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Capital Solutions CPA, PC | Financial Professional | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ○

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:

- Worker's compensation insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◉ No ○

k. Has a disclosure statement been filed with the court? — Yes ◉ No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Lemont Bradley
Signature of Responsible Party

Lemont Bradley
Printed Name of Responsible Party

Owner
Title

03/25/2026
Date

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

**Association Motor Club LLC**

**348 14th Street Nw**

**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending February 28, 2026*

| | | |
|---|---|---|
| **Revenues** | | |
| Gross Sales | $ | 79,708.00 |
| **Gross Profit** | **$** | **79,708.00** |
| COGS | $ | (7,872.00) |
| **Net Gross Profit** | **$** | **71,836.00** |
| | | |
| **Expenses** | | |
| Advertising | $ | 3,079.00 |
| Bank Fees | $ | 295.00 |
| Insurance | $ | 2,060.00 |
| Misc | $ | 1,186.00 |
| Professional Fees | $ | 1,220.00 |
| Repairs & Maintence | $ | 450.00 |
| Salaries & Wages | $ | 32,778.00 |
| Software | $ | 666.00 |
| Supplies | $ | 2,201.00 |
| Taxes & Licensing | $ | 451.00 |
| Trash | $ | 224.00 |
| Utilities | $ | 5,873.00 |
| **Total Expenses** | **$** | **50,483.00** |
| | | |
| **Net Income** | **$** | **21,353.00** |

# Association Motor Club LLC

**348 14th Street Nw**
**Atlanta, GA 30318**

## Balance Sheet

*as of February 28, 2026*

| **Current assets:** | **Current Year** |
|---|---|
| Cash | 2,269.00 |
| Inventory | 3,233.00 |
| **Total current assets** | **5,502.00** |
| | |
| **Fixed assets:** | **Current Year** |
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (960,160.00) |
| **Total fixed assets** | **3,560,390.00** |
| | |
| **Total Assets** | **3,565,892.00** |
| | |
| **Liabilities and owner's equity** | |
| **Current liabilities:** | **Current Year** |
| Accounts payable | 2,855.00 |
| ST Notes Payable | 190,602.00 |
| **Total current liabilities** | **193,457.00** |
| | |
| **Long-term liabilities:** | **Current Year** |
| Notes Payable | 5,150,029.00 |
| **Total long-term liabilities** | **5,150,029.00** |
| | |
| **Owner's equity:** | **Current Year** |
| Equity Interest | (2,229,169.00) |
| Retained Earnings | 430,222.00 |
| Net Income | 21,353.00 |
| **Total owner's equity** | **(1,777,594.00)** |
| | |
| **Total Liabilities and Owner's Equity** | **3,565,892.00** |
| | |
| **Balance** | **-** |

**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Statement of Cash Flows

*as of February 28, 2026*

| | | | |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Cash Received from Customers | | $ | 79,708.00 |
| Cash Paid to Suppliers | | $ | (7,872.00) |
| Cash Paid to Employees | | $ | (32,778.00) |
| Cash Paid for other Expenses | | $ | (17,254.00) |
| Other nonoperating Expenses | | $ | - |
| Taxes Paid | | $ | (451.00) |
| ***Net Cash Provided by Operating Activities*** | | **$** | **21,353.00** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| ***Net Cash Provided/Used by Investing Activities*** | | **$** | **-** |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Net Borrowings under credit arrangement | | $ | (23,000.00) |
| Distributions | | $ | - |
| ***Net Cash Used by Financing Activities*** | | **$** | **(23,000.00)** |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | | **$** | **(1,647.00)** |
| Cash and Cash Equivalents at beginning | | **$** | **3,916.00** |
| **Cash and Cash Equivalents at end** | | **$** | **2,269.00** |
| - | | | |
| **RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | | |
| **Net Income** | | **$** | **21,353.00** |
| ***Adjustments to reconcile net income to net cash provided by operating activities*** | | | |
| | $ - | | |
| | $ - | | |
| ***Change in current assets & liabilities*** | | | |
| | $ - | | |
| **Total Adjustments** | | $ | - |
| **Net cash provided by operating activities** | | **$** | **21,353.00** |

# Initiate Business Checking℠



WELLS FARGO

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $3,915.72 |
| Deposits/Credits | 79,708.00 |
| Withdrawals/Debits | - 81,354.72 |
| Ending balance on 2/28 | $2,269.00 |

Account number: [redacted]4129 (primary account)
ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 2/2 | | American Express Settlement 260130 4103824512 4103824512 | 127.09 | | |
| 2/2 | | Shift4 Pymt Proc 260201 068880015238304 Auto Spa Bistro | 3,391.24 | | |
| 2/2 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wns2788 on 01/31/26 | 5,500.00 | | |
| 2/2 | | Wire Trans Svc Charge - Sequence: 260202061191 Srf# Ow00006571319189 Trn#260202061191 Rfb# Ow00006571319189 | | 25.00 | |
| 2/2 | | Money Transfer authorized on 01/29 Apple Cash Sent MO 1Infiniteloop CA S386029563984928 Card 8146 | | 100.00 | |
| 2/2 | | Purchase authorized on 01/29 Georgia Power Comp 866-702-1864 GA S356029796223177 Card 8146 | | 1,149.94 | |
| 2/2 | | Recurring Payment authorized on 01/29 WWW.Smartcredit.CO 877-372-3895 CA S346030160105491 Card 8146 | | 29.99 | |
| 2/2 | | Purchase authorized on 01/30 Facebk *Qqn5Rad432 650-5434800 CA S346030542187370 Card 8146 | | 19.00 | |
| 2/2 | | Purchase authorized on 01/30 Kalloren PR 770-745-8446 GA S306030756692269 Card 8146 | | 207.00 | |
| 2/2 | | Money Transfer authorized on 01/30 Apple Cash Sent MO 1Infiniteloop CA S386030858921225 Card 8146 | | 72.00 | |
| 2/2 | | Purchase authorized on 01/31 Facebk *C2Rh7Am432 650-5434800 CA S586031375171840 Card 8146 | | 21.00 | |
| 2/2 | | Recurring Payment authorized on 01/31 Apple.Com/Bill 866-712-7753 CA S306031619205673 Card 8146 | | 14.99 | |
| 2/2 | | Purchase authorized on 02/01 Facebk *Tu27Qa5532 650-5434800 CA S386032365246392 Card 8146 | | 23.00 | |
| 2/2 | | Zelle to Shumaker Clena on 02/01 Ref # Wfct0Zrj9Ddn | | 105.00 | |
| 2/2 | | WT Fed#03R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006571319189 Trn#260202061191 Rfb# Ow00006571319189 | | 7,000.00 | |
| 2/2 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wplql5M on 02/02/26 | | 4,000.00 | |
| 2/2 | < | Business to Business ACH Debit - Shift4 Fees 260130 068880015238333 Auto Spa Bistro | | 104.99 | |
| 2/2 | < | Business to Business ACH Debit - Toast, Inc Toast, Inc St-I3M9K7I0E5Q0 Toast Inc | | 500.00 | -437.86 |
| 2/3 | | City of Atl Wat 4045460311 A26030 2Vr0Vxjbj8L81F7 Auto Spa Bistro | | 1,500.00 | |
| 2/3 | | Overdraft Fee for a Transaction Posted on 02/02 $500.00 Toast, Inc Toast, Inc St-I3M9K7I0E 5Q0 Toast Inc | | 35.00 | |
| 2/3 | | American Express Settlement 260202 4103824512 4103824512 | 651.91 | | |
| 2/3 | | Shift4 Pymt Proc 260202 068880015238304 Auto Spa Bistro | 1,128.63 | | |
| 2/3 | | eDeposit IN Branch 02/03/26 10:41:12 Am 2204 Peachtree Rd NW Atlanta GA 8146 | 2,000.00 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | eDeposit IN Branch 02/03/26 10:56:27 Am 2204 Peachtree Rd NW Atlanta GA 8146 | 1,000.00 | | |
| 2/3 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wq2Kzqh on 02/03/26 | 4,000.00 | | |
| 2/3 | | Money Transfer authorized on 02/01 Apple Cash Sent MO 1Infiniteloop CA S356032560278916 Card 8146 | | 25.00 | |
| 2/3 | | Purchase authorized on 02/02 Facebk *6Rqksa5532 650-5434800 CA S466033362857412 Card 8146 | | 25.00 | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 3,803.00 | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 255.00 | |
| 2/3 | | Zelle to Burnett Patrice on 02/03 Ref # Wfct0Zrqvkhy | | 214.64 | |
| 2/3 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049598785 Association Motor Club | | 28.55 | |
| 2/3 | < | Business to Business ACH Debit - Paychex Eib Invoice 260203 x15423400026665 Association Motor Club | | 73.50 | |
| 2/3 | < | Business to Business ACH Debit - Shift4 Shift4 I26020284586 166471 Auto Spa Bistro | | 228.66 | |
| 2/3 | < | Business to Business ACH Debit - Shift4 Shift4 I26020284587 166697 Auto Spa Bistro | | 302.44 | 1,851.89 |
| 2/4 | | American Express Settlement 260203 4103824512 4103824512 | 203.13 | | |
| 2/4 | | Stripe Transfer St-N5C1S7Z0H3U6 Association Motor Club | 595.41 | | |
| 2/4 | | Shift4 Pymt Proc 260203 068880015238304 Auto Spa Bistro | 1,318.86 | | |
| 2/4 | | ATM Cash Deposit on 02/04 2204 Peachtree Rd NW Atlanta GA 0000564 ATM ID 0333W Card 8146 | 300.00 | | |
| 2/4 | | ATM Cash Deposit on 02/04 2204 Peachtree Rd NW Atlanta GA 0000043 ATM ID 0333Y Card 8146 | 310.00 | | |
| 2/4 | | Online Transfer From Clutch Sports Bar LLC Business Market Rate Savings xxxxxx1809 Ref #Ib0Wqg9Zst on 02/04/26 | 450.00 | | |
| 2/4 | | Wire Trans Svc Charge - Sequence: 260204048280 Srf# Ow00006586437216 Trn#260204048280 Rfb# Ow00006586437216 | | 25.00 | |
| 2/4 | | Purchase authorized on 02/03 Facebk *5Ydjxaz432 650-5434800 CA S466034425951121 Card 8146 | | 28.00 | |
| 2/4 | | Purchase authorized on 02/03 Restaurant Depot Atlanta GA S386034600979323 Card 8146 | | 810.35 | |
| 2/4 | | Purchase authorized on 02/03 Northside Drive Li 404-3513273 GA S346034614707205 Card 8146 | | 671.73 | |
| 2/4 | | WT Fed#02R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006586437216 Trn#260204048280 Rfb# Ow00006586437216 | | 2,000.00 | |
| 2/4 | | Online Transfer to Clutch Sports Bar LLC Business Market Rate Savings xxxxxx1809 Ref #Ib0Wqhc7Np on 02/04/26 | | 450.00 | |
| 2/4 | | Zelle to Burnett Patrice on 02/04 Ref # Wfct0Zrvc72S | | 309.70 | 734.51 |
| 2/5 | | Stripe Transfer St-K8A5E8W2T1E7 Association Motor Club | 92.19 | | |
| 2/5 | | American Express Settlement 260204 4103824512 4103824512 | 359.93 | | |
| 2/5 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wqsd8Hb on 02/05/26 | 300.00 | | |
| 2/5 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wr44Ft2 on 02/05/26 | 3,600.00 | | |
| 2/5 | | Money Transfer authorized on 02/03 Apple Cash Sent MO 1Infiniteloop CA S356034783480571 Card 8146 | | 234.00 | |
| 2/5 | | Purchase authorized on 02/04 Facebk *Luykhah432 650-5434800 CA S586035564863478 Card 8146 | | 31.00 | |
| 2/5 | | Zelle to Burnett Patrice on 02/05 Ref # Wfct0Zrwrnsr | | 625.99 | 4,195.64 |
| 2/6 | | ATM Cash Deposit on 02/05 2204 Peachtree Rd NW Atlanta GA 0000737 ATM ID 0333W Card 8146 | 1,400.00 | | |
| 2/6 | | ATM Cash Deposit on 02/05 2204 Peachtree Rd NW Atlanta GA 0000740 ATM ID 0333W Card 8146 | 1,000.00 | | |
| 2/6 | | Stripe Transfer St-R2Y7Q7A1U4O5 Association Motor Club | 5.20 | | |
| 2/6 | | American Express Settlement 260205 4103824512 4103824512 | 6.23 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/6 | | Doordash, Inc. Doordash - St-A9A0F8N0G5x5 Association Motor Club | 75.31 | | |
| 2/6 | | Shift4 Pymt Proc 260205 068880015238304 Auto Spa Bistro | 122.30 | | |
| 2/6 | | ATM Cash Deposit on 02/06 2204 Peachtree Rd NW Atlanta GA 0000116 ATM ID 0333Y Card 8146 | 900.00 | | |
| 2/6 | | ATM Cash Deposit on 02/06 2204 Peachtree Rd NW Atlanta GA 0000117 ATM ID 0333Y Card 8146 | 100.00 | | |
| 2/6 | | ATM Cash Deposit on 02/06 2204 Peachtree Rd NW Atlanta GA 0000886 ATM ID 0333W Card 8146 | 370.00 | | |
| 2/6 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wr9Zqcf on 02/06/26 | 255.00 | | |
| 2/6 | | Wire Trans Svc Charge - Sequence: 260206023438 Srf# Ow00006593027785 Trn#260206023438 Rfb# Ow00006593027785 | | 25.00 | |
| 2/6 | | Recurring Payment authorized on 02/04 Verizonwrlss*Rtccr 800-922-0204 FL S346035699365063 Card 8146 | | 188.76 | |
| 2/6 | | Money Transfer authorized on 02/04 Apple Cash Sent MO 1Infiniteloop CA S466035740164184 Card 8146 | | 279.00 | |
| 2/6 | | Purchase authorized on 02/05 Facebk *Lhm9Qb9432 650-5434800 CA S356037068999576 Card 8146 | | 34.00 | |
| 2/6 | | WT Fed#01R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006593027785 Trn#260206023438 Rfb# Ow00006593027785 | | 6,000.00 | |
| 2/6 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wrcmdcf on 02/06/26 | | 1,000.00 | |
| 2/6 | | Zelle to Shumaker Clena on 02/06 Ref # Wfct0Zs4Mqh8 | | 189.84 | |
| 2/6 | | Zelle to Crumby Aurelia on 02/06 Ref # Wfct0Zs4N3Fj | | 84.00 | 629.08 |
| 2/9 | | American Express Settlement 260206 4103824512 4103824512 | 306.01 | | |
| 2/9 | | ATM Cash Deposit on 02/08 1071 Chattahoochee Ave NW Atlanta GA 0006198 ATM ID 0341H Card 8146 | 800.00 | | |
| 2/9 | | Shift4 Pymt Proc 260208 068880015238304 Auto Spa Bistro | 9,748.44 | | |
| 2/9 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wrzysp7 on 02/08/26 | 800.00 | | |
| 2/9 | | Purchase authorized on 02/06 Kalloren PR 770-745-8446 GA S466037704372770 Card 8146 | | 540.50 | |
| 2/9 | | Recurring Payment authorized on 02/07 Apple.Com/Bill 866-712-7753 CA S306038333457295 Card 8146 | | 102.36 | |
| 2/9 | | Purchase authorized on 02/07 Facebk *Uu827Br432 650-5434800 CA S306038546477141 Card 8146 | | 37.00 | |
| 2/9 | | Purchase authorized on 02/08 Restaurant Depot Atlanta GA S466039547956649 Card 8146 | | 894.38 | |
| 2/9 | | Purchase authorized on 02/08 Restaurant Depot Atlanta GA S306039553298215 Card 8146 | | 211.27 | |
| 2/9 | | Purchase authorized on 02/08 Restaurant Depot Atlanta GA S386039566860390 Card 8146 | | 25.15 | |
| 2/9 | | Purchase authorized on 02/08 Facebk *46Zgqb5432 650-5434800 CA S586040104257475 Card 8146 | | 40.00 | |
| 2/9 | | Withdrawal Made In A Branch/Store | | 2,298.00 | |
| 2/9 | | Zelle to Burnett Patrice on 02/09 Ref # Wfct0Zsf38Lg | | 222.12 | |
| 2/9 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wsklrg9 on 02/09/26 | | 1,500.00 | |
| 2/9 | < | Business to Business ACH Debit - Intuit * Qbooks Onl 260207 3373032 Lemont Bradley | | 75.00 | 6,337.75 |
| 2/10 | | Stripe Transfer St-S5F4F2Z1L6W9 Association Motor Club | 209.38 | | |
| 2/10 | | American Express Settlement 260209 4103824512 4103824512 | 2,447.58 | | |
| 2/10 | | Purchase authorized on 02/08 Northside Drive Li 404-3513273 GA S306039634016680 Card 8146 | | 598.78 | |
| 2/10 | | Purchase authorized on 02/09 Gas South Payment 877-472-4932 GA S306040655109894 Card 8146 | | 376.40 | |
| 2/10 | | Purchase authorized on 02/09 Prima Atlanta Prin 404-355-7200 GA S386040729165133 Card 8146 | | 27.17 | 7,992.36 |
| 2/11 | | Stripe Transfer St-W0P0x1A7A0M3 Association Motor Club | 386.46 | | |

*Transaction History (continued)*

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 2/11 | | Money Transfer authorized on 02/09 Apple Cash Sent MO 1Infiniteloop CA S586040670651375 Card 8146 | | 482.47 | |
| 2/11 | | Purchase authorized on 02/10 Facebk *Uk72Gbr432 650-5434800 CA S466041700451074 Card 8146 | | 43.00 | |
| 2/11 | | Zelle to Burnett Patrice on 02/11 Ref # Wfct0Zslsmpx | | 101.28 | 7,752.07 |
| 2/12 | | Stripe Transfer St-G5Z5R9Q9Q8U0 Association Motor Club | 216.29 | | |
| 2/12 | | Purchase authorized on 02/09 Kalloren PR 770-745-8446 GA S466040832513889 Card 8146 | | 172.00 | |
| 2/12 | | Money Transfer authorized on 02/10 Apple Cash Sent MO 1Infiniteloop CA S466042215349394 Card 8146 | | 170.58 | |
| 2/12 | | Purchase authorized on 02/11 Uber Technologies, Inc Wilmington DE P000000385619359 Card 8146 | | 20.05 | |
| 2/12 | | Purchase authorized on 02/11 Uber Technologies, Inc Wilmington DE P000000784119890 Card 8146 | | 24.76 | |
| 2/12 | | Purchase authorized on 02/11 Ubr* Pending.Uber.Com San Francisco CA P000000989268602 Card 8146 | | 9.73 | |
| 2/12 | | Purchase authorized on 02/12 Uber Technologies, Inc Wilmington DE P000000083046013 Card 8146 | | 94.45 | |
| 2/12 | | Zelle to Stephens Terry on 02/12 Ref # Wfct0Zsnsfbp | | 200.00 | |
| 2/12 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Wtkl7Rh on 02/12/26 | | 500.00 | 6,776.79 |
| 2/13 | | Doordash, Inc. Doordash - St-O5G4L8P1x1E7 Association Motor Club | 43.05 | | |
| 2/13 | | Stripe Transfer St-W4R0F8Y6H3T3 Association Motor Club | 116.33 | | |
| 2/13 | | Purchase authorized on 02/12 Facebk *569Vmbv432 650-5434800 CA S356043435838883 Card 8146 | | 47.00 | |
| 2/13 | | Purchase authorized on 02/12 Capital Solutions WWW.Capitalso GA S586044009224677 Card 8146 | | 313.50 | 6,575.67 |
| 2/17 | | American Express Settlement 260216 4103824512 4103824512 | 2,426.22 | | |
| 2/17 | | Shift4 Pymt Proc 260217 068880015238304 Auto Spa Bistro | 2,705.77 | | |
| 2/17 | | Shift4 Pymt Proc 260215 068880015238304 Auto Spa Bistro | 9,722.71 | | |
| 2/17 | | Money Transfer authorized on 02/12 Apple Cash Sent MO 1Infiniteloop CA S306043782666691 Card 8146 | | 79.64 | |
| 2/17 | | Recurring Payment authorized on 02/13 Apple.Com/Bill 866-712-7753 CA S466044367878542 Card 8146 | | 30.38 | |
| 2/17 | | Purchase authorized on 02/13 Kalloren PR 770-745-8446 GA S356044561532332 Card 8146 | | 601.00 | |
| 2/17 | | Purchase authorized on 02/13 Fedex Offic1770001 Atlanta GA S386044608959416 Card 8146 | | 3.09 | |
| 2/17 | | Purchase authorized on 02/13 Fedex Offic1770001 Atlanta GA S386044610102497 Card 8146 | | 3.09 | |
| 2/17 | | Purchase authorized on 02/13 City of Atlanta 404-201-5396 GA S306044616890060 Card 8146 | | 35.00 | |
| 2/17 | | Money Transfer authorized on 02/13 Apple Cash Sent MO 1Infiniteloop CA S356044743497579 Card 8146 | | 178.00 | |
| 2/17 | | Purchase authorized on 02/14 Facebk *Rut6Hc9432 650-5434800 CA S466045681186762 Card 8146 | | 50.00 | |
| 2/17 | | Purchase authorized on 02/14 Coa Revenue & Comp 404-330-6270 GA S356045812781638 Card 8146 | | 451.18 | |
| 2/17 | | Purchase authorized on 02/15 Paypal *Web Design 402-935-7733 GA S586046488437142 Card 8146 | | 30.00 | |
| 2/17 | | Purchase authorized on 02/15 Wholefds Atl#106 22 14th Atlanta GA P306046688848955 Card 8146 | | 37.71 | |
| 2/17 | | Purchase authorized on 02/16 Restaurant Depot Atlanta GA S586047602400558 Card 8146 | | 1,179.86 | |
| 2/17 | | Purchase authorized on 02/16 Northside Drive Li 404-3513273 GA S466047614896995 Card 8146 | | 649.85 | |
| 2/17 | | Purchase authorized on 02/16 The Home Depot #6986 Atlanta GA P000000980551094 Card 8146 | | 247.95 | |
| 2/17 | | Purchase authorized on 02/16 Affordable Dumpste 877-3938677 FL S386047690817982 Card 8146 | | 224.00 | |
| 2/17 | | Withdrawal Made In A Branch/Store | | 1,005.00 | |
| 2/17 | | Zelle to Burnett Patrice on 02/17 Ref # Wfct0Zt8JJ4D | | 375.76 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/17 | | Zelle to Crumby Aurelia on 02/17 Ref # Wfct0Zt8M34L | | 112.33 | |
| 2/17 | | Zelle to Shumaker Clena on 02/17 Ref # Wfct0Zt8M4R4 | | 168.00 | |
| 2/17 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049670585 Association Motor Club | | 28.55 | |
| 2/17 | < | Business to Business ACH Debit - Paychex Eib Invoice 260217 x15594800010520 Association Motor Club | | 73.50 | |
| 2/17 | 84 | Check | | 625.99 | 15,240.49 |
| 2/18 | | Stripe Transfer St-W2Y8F3A3P3Q5 Association Motor Club | 274.83 | | |
| 2/18 | | American Express Settlement 260217 4103824512 4103824512 | 1,106.14 | | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 5,523.00 | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 2,265.00 | |
| 2/18 | | Zelle to Burnett Patrice on 02/18 Ref # Wfct0Ztcbbwx | | 134.62 | |
| 2/18 | < | Business to Business ACH Debit - Quarterly Fee Payment 260217 0000 Association Motor Club | | 48.95 | 8,649.89 |
| 2/19 | | Stripe Transfer St-Y8V8G0C8F5K0 Association Motor Club | 1,505.80 | | |
| 2/19 | | Shift4 Pymt Proc 260218 068880015238304 Auto Spa Bistro | 2,228.58 | | |
| 2/19 | | Money Transfer authorized on 02/17 Apple Cash Sent MO 1Infiniteloop CA S466048764346228 Card 8146 | | 497.38 | |
| 2/19 | | Money Transfer authorized on 02/17 Apple Cash Sent MO 1Infiniteloop CA S386048769801104 Card 8146 | | 128.00 | |
| 2/19 | | Purchase authorized on 02/19 Wholefds Atl#106 22 14th Atlanta GA P346050641167751 Card 8146 | | 103.41 | 11,655.48 |
| 2/20 | | Doordash, Inc. Doordash - St-A2K9Z9Q8Q0T0 Association Motor Club | 55.04 | | |
| 2/20 | | American Express Settlement 260219 4103824512 4103824512 | 965.82 | | |
| 2/20 | | Stripe Transfer St-I1U2I4W6V4M1 Association Motor Club | 96.09 | | |
| 2/20 | | ATM Cash Deposit on 02/20 2204 Peachtree Rd NW Atlanta GA 0000518 ATM ID 0333Y Card 8146 | 600.00 | | |
| 2/20 | | Money Transfer authorized on 02/18 Apple Cash Sent MO 1Infiniteloop CA S356049552566853 Card 8146 | | 50.00 | |
| 2/20 | | Money Transfer authorized on 02/18 Apple Cash Sent MO 1Infiniteloop CA S346049777999302 Card 8146 | | 57.00 | |
| 2/20 | | Purchase authorized on 02/19 Restaurant Depot Atlanta GA S356050627050781 Card 8146 | | 372.93 | |
| 2/20 | | Purchase authorized on 02/19 Sq *Nouveau Riche Gosq.Com GA S356050715895248 Card 8146 | | 618.00 | |
| 2/20 | | Purchase authorized on 02/19 Sq *Capital Soluti Gosq.Com GA S586051121339890 Card 8146 | | 577.36 | |
| 2/20 | | Zelle to A Better Choice Insurance on 02/20 Ref # Wfct0Ztk4Zp2 Insurance Renewal | | 1,767.45 | |
| 2/20 | | Zelle to Shumaker Clena on 02/20 Ref # Wfct0Ztl2Kgn | | 45.00 | 9,884.69 |
| 2/23 | | Shift4 Pymt Proc 260222 068880015238304 Auto Spa Bistro | 7,313.35 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 260223119804 Srf# Ow00006654060973 Trn#260223119804 Rfb# Ow00006654060973 | | 25.00 | |
| 2/23 | | Money Transfer authorized on 02/19 Apple Cash Sent MO 1Infiniteloop CA S356051009468062 Card 8146 | | 129.86 | |
| 2/23 | | Recurring Payment authorized on 02/20 Apple.Com/Bill 866-712-7753 CA S466051506614985 Card 8146 | | 19.38 | |
| 2/23 | | Purchase authorized on 02/20 Kalloren PR 770-745-8446 GA S386051540906936 Card 8146 | | 485.00 | |
| 2/23 | | Money Transfer authorized on 02/20 Apple Cash Sent MO 1Infiniteloop CA S586051849408206 Card 8146 | | 77.00 | |
| 2/23 | | Purchase authorized on 02/22 Comcast / Xfinity 800-266-2278 GA S346053641341280 Card 8146 | | 811.18 | |
| 2/23 | | WT Fed#02R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006654060973 Trn#260223119804 Rfb# Ow00006654060973 | | 8,000.00 | |
| 2/23 | | Zelle to Burnett Patrice on 02/23 Ref # Wfct0Ztw5Jdj | | 126.88 | |
| 2/23 | | Zelle to Crumby Aurelia on 02/23 Ref # Wfct0Ztw5Kqk | | 59.23 | |
| 2/23 | | Jjpf Payments 219Echeck 33396710 Association Motor Club | | 53.89 | 7,410.62 |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/24 | | American Express Settlement 260223 4103824512 4103824512 | 1,925.93 | | |
| 2/24 | | Purchase authorized on 02/23 Facebk *Fet3Tcd432 650-5434800 CA S356054297249403 Card 8146 | | 3.58 | |
| 2/24 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S586054691848324 Card 8146 | | 9.99 | |
| 2/24 | | Withdrawal Made In A Branch/Store | | 1,010.00 | |
| 2/24 | | Zelle to Jonni on 02/24 Ref # Wfct0Ztywr6W | | 150.00 | |
| 2/24 | | Zelle to Burnett Patrice on 02/24 Ref # Wfct0Ztz2Qwh | | 123.37 | |
| 2/24 | | Zelle to William on 02/24 Ref # Wfct0Ztz5Wwj | | 250.00 | |
| 2/24 | | City of Atl Wat 4045460311 A26054 2Vvdykn8Aym541P Association Motor Club | | 1,274.00 | |
| 2/24 | | City of Atl Wat 4045460311 A26054 2Vvdy76Prjlqjf7 Association Motor Club | | 2,000.00 | |
| 2/24 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-Z5I0S7G8T9F7 Lemont Bradley | | 181.58 | 4,334.03 |
| 2/25 | | Stripe Transfer St-T7H2Q6T4S7C0 Association Motor Club | 404.56 | | |
| 2/25 | | Shift4 Pymt Proc 260224 068880015238304 Auto Spa Bistro | 1,038.07 | | |
| 2/25 | | Money Transfer authorized on 02/23 Apple Cash Sent MO 1Infiniteloop CA S356054708704619 Card 8146 | | 416.00 | |
| 2/25 | | Money Transfer authorized on 02/23 Apple Cash Sent MO 1Infiniteloop CA S306054857028004 Card 8146 | | 1,081.00 | |
| 2/25 | | Purchase authorized on 02/24 Capital Solutions WWW.Capitalso GA S586055542286230 Card 8146 | | 120.18 | |
| 2/25 | | Purchase authorized on 02/24 Restaurant Depot Atlanta GA S356055640056850 Card 8146 | | 1,584.20 | |
| 2/25 | | Purchase authorized on 02/24 Northside Drive Li 404-3513273 GA S356055655783671 Card 8146 | | 509.49 | |
| 2/25 | | Zelle to Burnett Patrice on 02/25 Ref # Wfct0Zv3Spxf | | 144.69 | 1,921.10 |
| 2/26 | | Stripe Transfer St-J6V8Z5G6C1D2 Association Motor Club | 57.64 | | |
| 2/26 | | American Express Settlement 260225 4103824512 4103824512 | 495.15 | | |
| 2/26 | | Shift4 Pymt Proc 260226 068880015238304 Auto Spa Bistro | 1,132.98 | | |
| 2/26 | | Purchase authorized on 02/25 Kalloren PR 770-745-8446 GA S466056637072279 Card 8146 | | 196.00 | |
| 2/26 | | Recurring Payment authorized on 02/25 Apple.Com/Bill 866-712-7753 CA S346057103103995 Card 8146 | | 24.80 | |
| 2/26 | | Zelle to Burnett Patrice on 02/26 Ref # Wfct0Zv7Dmzf | | 23.34 | 3,362.73 |
| 2/27 | | Doordash, Inc. Doordash - St-W3I2C5D1L7D3 Association Motor Club | 39.75 | | |
| 2/27 | | American Express Settlement 260226 4103824512 4103824512 | 441.12 | | |
| 2/27 | | Stripe Transfer St-C3T3Y1I4H8H3 Association Motor Club | 336.48 | | |
| 2/27 | | Online Transfer From Clutch Sports Bar LLC Business Market Rate Savings xxxxxx1809 Ref #Ib0x267Rcl on 02/27/26 | 200.00 | | |
| 2/27 | | Recurring Payment authorized on 02/26 Apple.Com/Bill 866-712-7753 CA S306057314144156 Card 8146 | | 16.99 | |
| 2/27 | | Purchase authorized on 02/26 Hibu Global / Hibu 800-929-3556 IA S386057665499528 Card 8146 | | 1,783.00 | |
| 2/27 | | Recurring Payment authorized on 02/26 Ticketless Valet Getsummon.Com GA S356057746254985 Card 8146 | | 99.99 | |
| 2/27 | | Online Transfer to Clutch Sports Bar LLC Ref #Ib0x268Bwj Business Market Rate Saving Mistake Wrong Account | | 200.00 | |
| 2/27 | | Cash Deposit Processing Fee | | 11.10 | 2,269.00 |
| Totals | | | $79,708.00 | $81,354.72 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

WELLS FARGO

*Transaction History (continued)*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* |
|---|---|---|
| 84 | 2/17 | 625.99 |

Items returned unpaid

| *Date* | *Description* | *Amount* |
|---|---|---|
| 2/3 | Shift4 Fees 260130 068880015238304 Auto Spa Bistro Reference # 011500127224926 | 1,302.01 |
| 2/4 | Check Reference # 000083080088265769999 | 625.99 |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $5,450.00 | ÷ |
| • Minimum daily balance | $500.00 | -$1,937.86 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 8,700 | 5,000 | 3,700 | 0.0030 | 11.10 |
| Transactions | 55 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $11.10 |

# ✔ IMPORTANT ACCOUNT INFORMATION

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ______

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ______

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# APPLE PAY REPORT
## February 2026

| DATE | APPLE PAY STATEMENT | TEAM MEMBER | AMOUNT | DATE | APPLE PAY BANK STATEMENT AMOUNTS |
|---|---|---|---|---|---|
| 2/1/26 | | Travis | $ 279.00 | | |
| 2/3/26 | | V | $ 382.00 | | |
| 2/4/26 | | Travis | $ 30.00 | | |
| 2/9/26 | | V | $ 716.00 | | |
| 2/9/26 | | Travis | $ 99.00 | | |
| 2/11/26 | | Travis | $ 222.00 | | |
| 2/12/26 | | V | $ 79.64 | | |
| 2/13/26 | | Travis | $ 178.00 | | |
| 2/17/26 | | V | $ 672.39 | | |
| 2/17/26 | | Travis | $ 35.00 | | |
| 2/17/26 | | Travis | $ 200.00 | | |
| 2/17/26 | | Travis | $ 128.00 | | |
| 2/18/26 | | Travis | $ 128.00 | | |
| 2/19/26 | | V | $ 129.86 | | |
| 2/20/26 | | Travis | $ 137.00 | | |
| 2/23/26 | | V | $ 1,081.00 | | |
| 2/23/26 | | Travis | $ 434.00 | | |
| 2/25/26 | | Travis | $ 144.00 | | |
| 2/27/26 | | V | $ 46.63 | | |
| 2/27/26 | | Travis | $ 81.00 | | |
| | | | **$ 4,511.52** | **Total** | |

# CASH WITHDRAWAL PAYROLL REPORT
# FEBRUARY 2025

| MONEY ORDER PAYMENTS FOR PAYROLL & FIRST SAVINGS BANK ADEQUATE PROTECTION PAYMENTS | | MONEY ORDER TOTALS | WELLS FARGO CASH WITHDRAWALS |
|---|---|---|---|
| **February 3rd** | | | $3,803.00 |
| Blank | $ 250 | | $255.00 |
| DionteThompson | $ 225 | | |
| Cartez Goggins | $ 57 | | |
| Lucino Valdiva | $ 1,000 | | |
| Jonathan Douglas | $ 311 | | |
| Sonia Lopez Najera | $ 648 | | |
| Vuyiswa Rameni | $ 392 | | |
| Dontevius Rutledgre | $ 183 | | |
| Cheikh Sene | $ 298 | | |
| James Polen | $ 250 | | |
| Anwar Ali | $ 389 | | |
| Bank Fees | $ 55 | | $0.00 |
| | | $ 4,058 | |
| **February 9th** | | | $2,298.00 |
| Travis Lissimore | $ 433 | | |
| Alex | $ 1,250 | | |
| Lemont | $ 600 | | |
| Bank Fees | $ 15 | | |
| | | $ 2,298 | |
| **February 17th** | | | $1,005.00 |
| Lucino Valdiva | $ 1,000 | | |
| Bank Fees | $ 5 | | |
| | | $ 1,005 | |
| **Feburary 18th** | | | $5,523.00 |
| Jonathan Douglas | $ 510 | | $2,265.00 |
| Dionte Thompson | $ 565 | | |
| Aurelia Crumby | $ 294 | | |
| Sonia Najera | $ 936 | | |
| Vuyiswa Rasmeni | $ 450 | | |
| Anwar Ali | $ 882 | | |
| Jamerius Polen | $ 140 | | |
| James Polen | $ 755 | | |
| Ameri Ali | $ 55 | | |
| Dontavius Rutledge | $ 399 | | |
| Cheikh Sene | $ 1,029 | | |
| Cartez Goggins | $ 406 | | |
| Travis Lissimore | $ 216 | | |
| Bobby Baldwin | $ 1,071 | | |
| Bank fees | $ 80 | | |
| | | $ 7,788 | |
| **February 24th** | | | $1,010.00 |
| Lucino Valdiva | $ 1,000 | | |
| Bank fees | $ 10 | | |
| | | $ 1,010 | |
| **OCTOBER TOTAL** | **$ 16,159** | **$ 16,159** | **$ 16,159** |
| | | | **$ -** |

4:04 LTE

**Vuyi**

| Date | Status | Amount |
|---|---|---|
| 2/27/26 | Sent | $46.63 |
| 2/23/26 | Sent | $1,081.00 |
| 2/19/26 | Sent | $129.86 |
| 2/17/26 | Sent | $672.39 |
| 2/12/26 | Sent | $79.64 |
| 2/9/26 | Sent - Tips | $716.00 |
| 2/3/26 | Sent | $382.00 |
| 1/29/26 | Sent | $41.00 |
| 1/26/26 | Sent | $104.00 |
| 1/22/26 | Sent | $52.00 |

4:05 5G

**Travis**

| Date | Status | Amount |
|---|---|---|
| 2/27/26 | Sent | $81.00 |
| 2/25/26 | Sent | $144.00 |
| 2/25/26 | Received | +$25.00 |
| 2/23/26 | Sent | $434.00 |
| 2/23/26 | Sent | $100.00 |
| 2/20/26 | Sent | $137.00 |
| 2/18/26 | Sent - Slept | $78.00 |
| 2/18/26 | Received - Money Bobby owes | +$21.00 |
| 2/18/26 | Sent | $50.00 |
| 2/17/26 | Sent | $128.00 |

4:05 5G

**Travis**

| Date | Status | Amount |
|---|---|---|
| 2/17/26 | Sent | $200.00 |
| 2/17/26 | Sent | $35.00 |
| 2/16/26 | Received | +$125.00 |
| 2/13/26 | Sent | $178.00 |
| 2/11/26 | Sent | $222.00 |
| 2/9/26 | Sent - Tips | $99.00 |
| 2/6/26 | Sent | $30.00 |
| 2/4/26 | Sent | $279.00 |
| 2/1/26 | Sent | $25.00 |
| 1/30/26 | Sent | $89.00 |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

ASSOCIATION MOTOR CLUB LLC
34h 14th St NW
Atlanta GA 30318

1815-8475
ORG1:100 Payroll
EE ID: 2

64-22
610

02/17/2026 84
DATE

[redacted]

*Payrolls by Paychex, Inc.*

PAY TO THE
ORDER OF

TERESA BURNETT
2552 LEESHIRE RD
TUCKER GA 30084

**$625.99**
AMOUNT

*Payrolls by Paychex, Inc.*

SIX HUNDRED TWENTY FIVE AND 99/100 ....................

[redacted]

WELLS FARGO BANK, NA



PERSONAL MONEY ORDER
SERIAL #: 6680001899
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Funding Source: Paper Item(s)
February 3, 2026
PAY TO THE ORDER OF
**Two Hundred Fifty and 00/100 -US Dollars **
**$250.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001893
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***
**Three Hundred Eleven and 00/100 -US Dollars **
**$311.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001895
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***DIONTE THOMPSON***
**Two Hundred Twenty-Five and 00/100 -US Dollars **
**$225.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001896
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***
**Six Hundred Forty-Eight and 00/100 -US Dollars **
**$648.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001894
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***CARTEZ GOGGINS***
**Fifty-Seven and 00/100 -US Dollars **
**$57.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001897
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***VUYISWA RASMENI***
**Three Hundred Ninety-Two and 00/100 -US Dollars **
**$392.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001898
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***LUCINO VALDIVA***
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001889
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***DONTEVIUS RUTLEDGE***
**One Hundred Eighty-Three and 00/100 -US Dollars **
**$183.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001892
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***CHEIKH SENE***
**Two Hundred Ninety-Eight and 00/100 -US Dollars **
**$298.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001890
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
February 3, 2026
PAY TO THE ORDER OF ***JAMES POLEN***
**Two Hundred Fifty and 00/100 -US Dollars **
**$250.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy



PERSONAL MONEY ORDER
ACCOUNT#: 4945-788032
February 3, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***ANWAR ALI***
**Three Hundred Eighty-Nine and 00/100 -US Dollars**
**$389.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001911
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***DONTEVIUS RUTLEDGE***
**Three Hundred Ninety-Nine and 00/100 -US Dollars**
**$399.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001913
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***ANWAR ALI***
**Eight Hundred Eighty-Two and 00/100 -US Dollars**
**$882.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

CASHIER'S CHECK
SERIAL #: 6680005527
ACCOUNT#: 4861-513281
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***CHEIKH SENE***
**One Thousand Twenty-Nine and 00/100 -US Dollars**
**$1,029.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2

PERSONAL MONEY ORDER
SERIAL #: 6680001914
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***JAMERIUS POLEN***
**One Hundred Forty and 00/100 -US Dollars**
**$140.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001912
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***CARTEZ GOGGINS***
**Four Hundred Six and 00/100 -US Dollars**
**$406.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001915
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***JAMES POLEN***
**Seven Hundred Fifty-Five and 00/100 -US Dollars**
**$755.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001909
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***TRAVIS LISSIMORE***
**Two Hundred Sixteen and 00/100 -US Dollars**
**$216.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001916
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***AMERI ALI***
**Fifty-Five and 00/100 -US Dollars**
**$55.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

CASHIER'S CHECK
SERIAL #: 6680005526
ACCOUNT#: 4861-513281
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***BOBBY BALDWIN***
**One Thousand Seventy-One and 00/100 -US Dollars**
**$1,071.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2



PERSONAL MONEY ORDER
SERIAL #: 6680001910
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***
February 18, 2026
**Five Hundred Ten and 00/100 -US Dollars **
**$510.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001920
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***
February 18, 2026
**Nine Hundred Thirty-Six and 00/100 -US Dollars **
**$936.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001916
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***DIONTE THOMPSON***
February 18, 2026
**Five Hundred Sixty-Five and 00/100 -US Dollars **
**$565.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001917
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***VUYISWA RASMENI***
February 18, 2026
**Four Hundred Fifty and 00/100 -US Dollars **
**$450.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001919
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***AURELIA CRUMBY***
February 18, 2026
**Two Hundred Ninety-Four and 00/100 -US Dollars **
**$294.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001908
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***LUCINO VALDIVA***
February 17, 2026
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy



PERSONAL MONEY ORDER
SERIAL #: 6680001910
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***
**Five Hundred Ten and 00/100 -US Dollars **
**$510.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001920
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***
**Nine Hundred Thirty-Six and 00/100 -US Dollars **
**$936.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001918
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***DIONTE THOMPSON***
**Five Hundred Sixty-Five and 00/100 -US Dollars **
**$565.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001917
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***VUYISWA RASMENI***
**Four Hundred Fifty and 00/100 -US Dollars **
**$450.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001919
ACCOUNT#: 4945-788032
February 18, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***AURELIA CRUMBY***
**Two Hundred Ninety-Four and 00/100 -US Dollars **
**$294.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001908
ACCOUNT#: 4945-788032
February 17, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
PAY TO THE ORDER OF ***LUCINO VALDIVA***
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy



CASHIER'S CHECK
SERIAL #: 6680005532
ACCOUNT#: 4861-513281
0066800 Office AU #
11-24 1210(8)
February 24, 2026
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF ***LUCINO VALDIVIA***
**$1,000.00**
**One Thousand and 00/100 -US Dollars **
VOID IF OVER US $ 1,000.00
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
Purchaser Copy - Page 1 of 2