UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

In Re. ASSOCIATION MOTOR CLUB, LLC, §
§
§
Debtor(s) §

Case No. 24-57098

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 07/09/2024

Months Pending: 21

Industry Classification: 1 1 9 2

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lemont Bradley
Signature of Responsible Party

04/27/2026
Date

Lemont Bradley
Printed Name of Responsible Party

348 14th Street, NW
Atlanta, GA 30318
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $2,269 | |
| b. | Total receipts (net of transfers between accounts) | $81,613 | $213,113 |
| c. | Total disbursements (net of transfers between accounts) | $82,984 | $215,802 |
| d. | Cash balance end of month (a+b-c) | $898 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $82,984 | $215,802 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $3,317 |
| d | Total current assets | $4,215 |
| e. | Total assets | $3,555,053 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $5,138,029 |
| l. | Prepetition priority debt | $2,855 |
| m. | Prepetition unsecured debt | $190,602 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,331,486 |
| o. | Ending equity/net worth (e-n) | $-1,776,433 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $81,611 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $8,386 | |
| c. | Gross profit (a-b) | $73,225 | |
| d. | Selling expenses | $45,376 | |
| e. | General and administrative expenses | $15,381 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $1,839 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $10,629 | $39,501 |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $19,326 | $0 | $6,500 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Fallon Law PC | Lead Counsel | $0 | $19,326 | $0 | $6,500 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Capital Solutions CPA, PC | Financial Professional | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ○

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◉ No ○

k. Has a disclosure statement been filed with the court? — Yes ◉ No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Lemont Bradley
Signature of Responsible Party

Lemont Bradley
Printed Name of Responsible Party

Owner
Title

04/27/2026
Date

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending March 31, 2026*

| | | |
|---|---|---|
| **Revenues** | | |
| Gross Sales | $ | 81,611.00 |
| **Gross Profit** | **$** | **81,611.00** |
| COGS | $ | (8,386.00) |
| **Net Gross Profit** | **$** | **73,225.00** |
| | | |
| **Expenses** | | |
| Advertising | $ | 5,425.00 |
| Bank Fees | $ | 128.00 |
| Insurance | $ | 3,643.00 |
| Mgmt Fee | $ | 2,200.00 |
| Misc | $ | 976.00 |
| Repairs & Maintence | $ | 650.00 |
| Salaries & Wages | $ | 35,145.00 |
| Software | $ | 814.00 |
| Supplies | $ | 3,992.00 |
| Licensing & Permitting | $ | 1,276.00 |
| Taxes | $ | 1,839.00 |
| Trash | $ | 436.00 |
| Utilities | $ | 6,072.00 |
| **Total Expenses** | **$** | **62,596.00** |
| | | |
| **Net Income** | **$** | **10,629.00** |

# Association Motor Club LLC

**348 14th Street Nw**
**Atlanta, GA 30318**

## Balance Sheet

*as of February 28, 2026*

| | |
|---|---|
| **Current assets:** | **Current Year** |
| Cash | 898.00 |
| Inventory | 3,317.00 |
| **Total current assets** | **4,215.00** |
| | |
| **Fixed assets:** | **Current Year** |
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (969,712.00) |
| **Total fixed assets** | **3,550,838.00** |
| | |
| **Total Assets** | **3,555,053.00** |
| | |
| **Liabilities and owner's equity** | |
| **Current liabilities:** | **Current Year** |
| Accounts payable | 2,855.00 |
| ST Notes Payable | 190,602.00 |
| **Total current liabilities** | **193,457.00** |
| | |
| **Long-term liabilities:** | **Current Year** |
| Notes Payable | 5,138,029.00 |
| **Total long-term liabilities** | **5,138,029.00** |
| | |
| **Owner's equity:** | **Current Year** |
| Equity Interest | (2,238,637.00) |
| Retained Earnings | 451,575.00 |
| Net Income | 10,629.00 |
| **Total owner's equity** | **(1,776,433.00)** |
| | |
| **Total Liabilities and Owner's Equity** | **3,555,053.00** |
| | |
| **Balance** | **-** |

**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Statement of Cash Flows

*as of March 31, 2026*

| | | | |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Cash Received from Customers | | $ | 81,611.00 |
| Cash Paid to Suppliers | | $ | (8,386.00) |
| Cash Paid to Employees | | $ | (35,145.00) |
| Cash Paid for other Expenses | | $ | (25,612.00) |
| Other nonoperating Expenses | | $ | - |
| Taxes Paid | | $ | (1,839.00) |
| ***Net Cash Provided by Operating Activities*** | | **$** | **10,629.00** |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| ***Net Cash Provided/Used by Investing Activities*** | | **$** | **-** |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Net Borrowings under credit arrangement | | $ | (12,000.00) |
| Distributions | | $ | - |
| ***Net Cash Used by Financing Activities*** | | **$** | **(12,000.00)** |
| | | | |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | | **$** | **(1,371.00)** |
| Cash and Cash Equivalents at beginning | | **$** | **2,269.00** |
| **Cash and Cash Equivalents at end** | | **$** | **898.00** |
| - | | | |
| | | | |
| **RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | | |
| **Net Income** | | **$** | **10,629.00** |
| ***Adjustments to reconcile net income to net cash provided by operating activities*** | | | |
| | $ - | | |
| | $ - | | |
| ***Change in current assets & liabilities*** | | | |
| | $ - | | |
| **Total Adjustments** | | $ | - |
| **Net cash provided by operating activities** | | **$** | **10,629.00** |

# Initiate Business Checking℠



WELLS FARGO

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,269.00 |
| Deposits/Credits | 81,613.34 |
| Withdrawals/Debits | - 82,983.96 |
| Ending balance on 3/31 | $898.38 |

Account number: [redacted] 129 (primary account)
ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 3/2 | | Shift4 Pymt Proc 260301 068880015238304 Auto Spa Bistro | 6,920.96 | | |
| 3/2 | | Money Transfer authorized on 02/27 Apple Cash Sent MO 1Infiniteloop CA S586058522402568 Card 8146 | | 77.00 | |
| 3/2 | | Purchase authorized on 02/27 Georgia Power Comp 866-702-1864 GA S306058524713870 Card 8146 | | 1,000.00 | |
| 3/2 | | Purchase authorized on 02/27 Georgia Power Comp 866-702-1864 GA S466058525473893 Card 8146 | | 741.00 | |
| 3/2 | | Purchase authorized on 02/27 Kalloren PR 770-745-8446 GA S586058579620454 Card 8146 | | 252.00 | |
| 3/2 | | Money Transfer authorized on 02/27 Apple Cash Sent MO 1Infiniteloop CA S386059009194191 Card 8146 | | 46.63 | |
| 3/2 | | Recurring Payment authorized on 02/28 WWW.Smartcredit.CO 877-372-3895 CA S306060173470864 Card 8146 | | 29.99 | |
| 3/2 | | Purchase authorized on 03/01 Affordable Dumpste 877-3938677 FL S466060525861064 Card 8146 | | 224.00 | |
| 3/2 | | Zelle to Gamal Johnson on 03/02 Ref # Wfct0Zvppn5L | | 275.00 | |
| 3/2 | | Withdrawal Made In A Branch/Store | | 2,999.00 | |
| 3/2 | | Purchase authorized on 03/02 Wholefds Atl#106 22 14th Atlanta GA P386061683169133 Card 8146 | | 64.13 | |
| 3/2 | < | Business to Business ACH Debit - Shift4 Fees 260227 068880015238304 Auto Spa Bistro | | 68.67 | |
| 3/2 | < | Business to Business ACH Debit - Shift4 Fees 260227 068880015238333 Auto Spa Bistro | | 121.00 | 3,291.54 |
| 3/3 | | American Express Settlement 260302 4103824512 4103824512 | 1,956.36 | | |
| 3/3 | | Zelle From Clutch Sports Bar LLC on 03/03 Ref # Jpm99C7Qyt5Y | 750.00 | | |
| 3/3 | | Zelle to Burnett Patrice on 03/03 Ref # Wfct0Zvsgty7 Paycheck | | 625.99 | |
| 3/3 | | Withdrawal Made In A Branch/Store | | 4,169.00 | |
| 3/3 | | Withdrawal Made In A Branch/Store | | 119.00 | |
| 3/3 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049776733 Association Motor Club | | 28.55 | |
| 3/3 | < | Business to Business ACH Debit - Paychex Eib Invoice 260303 x15796300000325 Association Motor Club | | 73.50 | |
| 3/3 | < | Business to Business ACH Debit - Shift4 Shift4 I26030245330 166471 Auto Spa Bistro | | 228.66 | |
| 3/3 | < | Business to Business ACH Debit - Shift4 Shift4 I26030245331 166697 Auto Spa Bistro | | 302.44 | 450.76 |
| 3/4 | | Stripe Transfer St-U3I3Y3D2R5L4 Association Motor Club | 610.19 | | |
| 3/4 | | Shift4 Pymt Proc 260303 068880015238304 Auto Spa Bistro | 1,599.39 | | |
| 3/4 | | ATM Cash Deposit on 03/04 2204 Peachtree Rd NW Atlanta GA 0004256 ATM ID 0333W Card 8146 | 300.00 | | |
| 3/4 | | ATM Cash Deposit on 03/04 2204 Peachtree Rd NW Atlanta GA 0004303 ATM ID 0333W Card 8146 | 360.00 | | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/4 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0x4D8Xl3 on 03/04/26 | 300.00 | | |
| 3/4 | | Money Transfer authorized on 03/02 Apple Cash Sent MO 1Infiniteloop CA S586061784531917 Card 8146 | | 35.00 | |
| 3/4 | | Purchase authorized on 03/03 Northside Drive Li 404-3513273 GA S346062527144815 Card 8146 | | 400.00 | |
| 3/4 | | Recurring Payment authorized on 03/03 Apple.Com/Bill 866-712-7753 CA S386063029234915 Card 8146 | | 21.98 | |
| 3/4 | | Withdrawal Made In A Branch/Store | | 515.00 | 2,648.36 |
| 3/5 | | Stripe Transfer St-T7R7J4G2T3P7 Association Motor Club | 96.09 | | |
| 3/5 | | American Express Settlement 260304 4103824512 4103824512 | 174.60 | | |
| 3/5 | | Shift4 Pymt Proc 260305 068880015238304 Auto Spa Bistro | 462.72 | | |
| 3/5 | | Purchase authorized on 03/04 Capital Solutions WWW.Capitalso GA S346063427881868 Card 8146 | | 591.60 | |
| 3/5 | | Purchase authorized on 03/04 Restaurant Depot Atlanta GA S586063567379870 Card 8146 | | 1,301.59 | |
| 3/5 | | Withdrawal Made In A Branch/Store | | 205.00 | |
| 3/5 | | Zelle to Burnett Patrice on 03/05 Ref # Wfct0Zw3Mxy4 | | 38.45 | |
| 3/5 | | Zelle to Crumby Aurelia on 03/05 Ref # Wfct0Zw3Mzws | | 20.00 | |
| 3/5 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26063 2Vx2V7Wx6Qdyw3A Lemont Bradley | | 63.01 | |
| 3/5 | | Coa Revenue CO 4043306270 B26063 2Vx2Qbpp9Yfle34 Lemont Bradley | | 148.00 | |
| 3/5 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26063 2Vx2Usiip9Ow93Q Lemont Bradley | | 152.85 | |
| 3/5 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26063 2Vx2T4l619Pcbmt Lemont Bradley | | 158.38 | |
| 3/5 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26063 2Vx2U7Zplffhgij Lemont Bradley | | 165.99 | |
| 3/5 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26063 2Vx2Rhnwq97N772 Lemont Bradley | | 170.09 | 366.81 |
| 3/6 | | Doordash, Inc. Doordash - St-B7R9H0S4P0C4 Association Motor Club | 35.35 | | |
| 3/6 | | American Express Settlement 260305 4103824512 4103824512 | 91.33 | | |
| 3/6 | | Stripe Transfer St-x1F8J6Y4C8O8 Association Motor Club | 96.09 | | |
| 3/6 | | Shift4 Pymt Proc 260306 068880015238304 Auto Spa Bistro | 1,451.13 | | |
| 3/6 | | Purchase authorized on 03/04 Kalloren PR 770-745-8446 GA S466063672323770 Card 8146 | | 225.00 | |
| 3/6 | | Money Transfer authorized on 03/04 Apple Cash Sent MO 1Infiniteloop CA S346063808439046 Card 8146 | | 10.55 | |
| 3/6 | | Purchase authorized on 03/05 Fedex Office 1771 Atlanta GA S386064641129783 Card 8146 | | 4.75 | |
| 3/6 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260305 xxxxx8816 Auto Spa Bistro | | 74.28 | |
| 3/6 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260305 49047376 Auto Spa Bistro | | 313.40 | |
| 3/6 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26064 2Vx967583Hntmg7 Lemont Bradley | | 776.94 | 635.79 |
| 3/9 | | Overdraft Fee for a Transaction Posted on 03/06 $776.94 Coa Revenue CO 4043306270 B26064 2Vx967583Hnt MG7 Lemont Bradley | | 35.00 | |
| 3/9 | | Cash Deposited Fees Assessed IN Error | 9.00 | | |
| 3/9 | | American Express Settlement 260306 4103824512 4103824512 | 271.68 | | |
| 3/9 | | Money Transfer authorized on 03/07 From Bradley Lemont GA S306066651160894 Card 8146 | 300.80 | | |
| 3/9 | | Stripe Transfer St-H8Q7Q9Y5L5C9 Association Motor Club | 92.24 | | |
| 3/9 | | ATM Cash Deposit on 03/09 2204 Peachtree Rd NW Atlanta GA 0004821 ATM ID 0333W Card 8146 | 2,200.00 | | |
| 3/9 | | Shift4 Pymt Proc 260308 068880015238304 Auto Spa Bistro | 4,446.28 | | |
| 3/9 | | ATM Cash Deposit on 03/09 3890 Peachtree Rd NE Atlanta GA 0007751 ATM ID 0268K Card 8146 | 360.00 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0x6Jckyb on 03/09/26 | 650.00 | | |
| 3/9 | | Money Transfer authorized on 03/06 Apple Cash Sent MO 1Infiniteloop CA S586065586435943 Card 8146 | | 183.00 | |
| 3/9 | | Purchase authorized on 03/06 Kalloren PR 770-745-8446 GA S386065661116519 Card 8146 | | 522.00 | |
| 3/9 | | Purchase authorized on 03/07 Wholefds Atl#106 22 14th Atlanta GA P306066649634336 Card 8146 | | 94.41 | |
| 3/9 | | Recurring Payment authorized on 03/07 Apple.Com/Bill 866-712-7753 CA S356067029642678 Card 8146 | | 35.37 | |
| 3/9 | | Zelle to Shumaker Clena on 03/08 Ref # Wfct0Zwg9Wyp | | 48.00 | |
| 3/9 | | Zelle to Burnett Patrice on 03/09 Ref # Wfct0Zwjw3Z4 | | 85.31 | |
| 3/9 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26065 2Vxfr4Pfutkn9Wn Lemont Bradley | | 500.00 | |
| 3/9 | < | Business to Business ACH Debit - Intuit * Qbooks Onl 260307 3122039 Lemont Bradley | | 75.00 | 7,387.70 |
| 3/10 | | Reverse Zelle Credit Jpm99C7Qyt5Y | | 750.00 | |
| 3/10 | | ATM Cash Deposit on 03/09 2204 Peachtree Rd NW Atlanta GA 0004891 ATM ID 0333W Card 8146 | 380.00 | | |
| 3/10 | | Stripe Transfer St-A6F2Q5C7B3N7 Association Motor Club | 241.44 | | |
| 3/10 | | American Express Settlement 260309 4103824512 4103824512 | 469.75 | | |
| 3/10 | | Shift4 Pymt Proc 260310 068880015238304 Auto Spa Bistro | 1,768.71 | | |
| 3/10 | | Wire Trans Svc Charge - Sequence: 260310025934 Srf# Ow00006710096232 Trn#260310025934 Rfb# Ow00006710096232 | | 25.00 | |
| 3/10 | | WT Fed#01R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006710096232 Trn#260310025934 Rfb# Ow00006710096232 | | 7,000.00 | |
| 3/10 | | Withdrawal Made In A Branch/Store | | 1,010.00 | |
| 3/10 | | Zelle to William Womack on 03/10 Ref # Wfct0Zwlzc9J Hood Inspection | | 350.00 | 1,112.60 |
| 3/11 | | American Express Settlement 260310 4103824512 4103824512 | 246.71 | | |
| 3/11 | | Stripe Transfer St-G8I8O4x1Z0O7 Association Motor Club | 483.25 | | |
| 3/11 | | Shift4 Pymt Proc 260311 068880015238304 Auto Spa Bistro | 765.13 | | |
| 3/11 | | Money Transfer authorized on 03/09 Apple Cash Sent MO 1Infiniteloop CA S346068697739263 Card 8146 | | 337.00 | |
| 3/11 | | Money Transfer authorized on 03/09 Apple Cash Sent MO 1Infiniteloop CA S356069049517788 Card 8146 | | 380.00 | |
| 3/11 | | Purchase authorized on 03/10 Paypal *Web Design 402-935-7733 GA S356069442141963 Card 8146 | | 30.00 | 1,860.69 |
| 3/12 | | American Express Settlement 260311 4103824512 4103824512 | 46.49 | | |
| 3/12 | | Stripe Transfer St-Y1J7J9N1Z3S9 Association Motor Club | 697.99 | | |
| 3/12 | | Shift4 Pymt Proc 260312 068880015238304 Auto Spa Bistro | 868.37 | | |
| 3/12 | | Purchase authorized on 03/11 Gas South Payment 877-472-4932 GA S386070624640326 Card 8146 | | 402.33 | |
| 3/12 | | Zelle to Burnett Patrice on 03/12 Ref # Wfct0Zwv7Zmn | | 59.33 | |
| 3/12 | | Zelle to Crumby Aurelia on 03/12 Ref # Wfct0Zwv84TT | | 120.52 | 2,891.36 |
| 3/13 | | Doordash, Inc. Doordash - St-G0D6W9T7Q4Y7 Association Motor Club | 14.80 | | |
| 3/13 | | American Express Settlement 260312 4103824512 4103824512 | 288.48 | | |
| 3/13 | | Shift4 Pymt Proc 260313 068880015238304 Auto Spa Bistro | 1,232.84 | | |
| 3/13 | | Money Transfer authorized on 03/11 Apple Cash Sent MO 1Infiniteloop CA S346070723950230 Card 8146 | | 86.00 | |
| 3/13 | | Purchase authorized on 03/12 Kalloren PR 770-745-8446 GA S386071731592075 Card 8146 | | 213.00 | |
| 3/13 | | Purchase authorized on 03/12 Facebk *Uwre9EZ432 650-5434800 DE S306071769121622 Card 8146 | | 50.00 | 4,078.48 |
| 3/16 | | American Express Settlement 260313 4103824512 4103824512 | 441.84 | | |
| 3/16 | | Stripe Transfer St-V9A2M2S9E9G9 Association Motor Club | 69.63 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | Shift4 Pymt Proc 260315 068880015238304 Auto Spa Bistro | 7,937.14 | | |
| 3/16 | | Money Transfer authorized on 03/16 From Bradley Lemont GA S306075587905627 Card 8146 | 221.18 | | |
| 3/16 | | Online Transfer From Clutch Sports Bar LLC Business Market Rate Savings xxxxxx1809 Ref #Ib0x8V8Qcj on 03/15/26 | 2,200.00 | | |
| 3/16 | | Money Transfer authorized on 03/12 Apple Cash Sent MO 1Infiniteloop CA S586071736575034 Card 8146 | | 147.46 | |
| 3/16 | | Recurring Payment authorized on 03/12 Vzwrlss*Bill Pay V 800-9220204 GA S586071740203414 Card 8146 | | 338.71 | |
| 3/16 | | Recurring Payment authorized on 03/13 Apple.Com/Bill 866-712-7753 CA S356072332644743 Card 8146 | | 35.38 | |
| 3/16 | | Purchase authorized on 03/13 Kalloren PR 770-745-8446 GA S586072547646947 Card 8146 | | 354.00 | |
| 3/16 | | Purchase authorized on 03/13 Facebk *M7Uj9E5532 650-5434800 DE S356072616106457 Card 8146 | | 50.00 | |
| 3/16 | | Purchase authorized on 03/13 Restaurant Depot Atlanta GA S386072622474814 Card 8146 | | 1,352.09 | |
| 3/16 | | Purchase authorized on 03/13 Northside Drive Li 404-3513273 GA S306072637432691 Card 8146 | | 398.42 | |
| 3/16 | | Purchase authorized on 03/13 Northside Drive Li 404-3513273 GA S466072681645345 Card 8146 | | 126.31 | |
| 3/16 | | Money Transfer authorized on 03/13 Apple Cash Sent MO 1Infiniteloop CA S466073017788033 Card 8146 | | 7.00 | |
| 3/16 | | Purchase authorized on 03/14 Pp*Yeager&Apos S D Austell GA S386073452949863 Card 8146 | | 1,112.00 | |
| 3/16 | | Purchase authorized on 03/14 The Home Depot #6941 Lithia Spring GA P586073462082617 Card 8146 | | 291.40 | |
| 3/16 | | Purchase authorized on 03/14 Wholefds Atl#106 22 14th Atlanta GA P356073574555409 Card 8146 | | 119.33 | |
| 3/16 | | Online Transfer to Clutch Sports Bar LLC Business Market Rate Savings xxxxxx1809 Ref #Ib0x8V8Whj on 03/15/26 | | 2,200.00 | |
| 3/16 | | Withdrawal Made In A Branch/Store | | 292.00 | 8,124.17 |
| 3/17 | | Stripe Transfer St-O9N2P2W6H8V2 Association Motor Club | 95.04 | | |
| 3/17 | | American Express Settlement 260316 4103824512 4103824512 | 1,835.91 | | |
| 3/17 | | Purchase authorized on 03/16 Sq *Nouveau Riche Gosq.Com GA S346075705958376 Card 8146 | | 772.50 | |
| 3/17 | | Withdrawal Made In A Branch/Store | | 3,935.00 | |
| 3/17 | | Withdrawal Made In A Branch/Store | | 3,046.00 | |
| 3/17 | | Zelle to Burnett Patrice on 03/17 Ref # Wfct0Zxdd6Sl | | 222.65 | |
| 3/17 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049868687 Association Motor Club | | 28.55 | |
| 3/17 | < | Business to Business ACH Debit - Paychex Eib Invoice 260317 x15987200001850 Association Motor Club | | 73.50 | |
| 3/17 | 86 | Check | | 625.99 | 1,350.93 |
| 3/18 | | Shift4 Pymt Proc 260317 068880015238304 Auto Spa Bistro | 380.29 | | |
| 3/18 | | Stripe Transfer St-B9W2E2L2H1H5 Association Motor Club | 425.56 | | |
| 3/18 | | Money Transfer authorized on 03/18 From Bradley Lemont GA S346077525672354 Card 8146 | 127.79 | | |
| 3/18 | | Money Transfer authorized on 03/16 Apple Cash Sent MO 1Infiniteloop CA S356075655181597 Card 8146 | | 65.99 | |
| 3/18 | | Money Transfer authorized on 03/16 Apple Cash Sent MO 1Infiniteloop CA S586075740794097 Card 8146 | | 650.55 | |
| 3/18 | | Purchase authorized on 03/17 Affordable Dumpste 877-3938677 FL S346076559735996 Card 8146 | | 100.00 | |
| 3/18 | | Purchase authorized on 03/17 Affordable Dumpste 813-4447152 MI S466076576370403 Card 8146 | | 299.00 | |
| 3/18 | | Purchase authorized on 03/17 IN *Clash Graphics 678-2353464 GA S466076651545058 Card 8146 | | 119.70 | |
| 3/18 | | Zelle to Burnett Patrice on 03/18 Ref # Wfct0Zxjbxn6 | | 60.00 | 989.33 |
| 3/19 | | American Express Settlement 260318 4103824512 4103824512 | 147.86 | | |
| 3/19 | | Stripe Transfer St-O6O8B3B7x3O9 Association Motor Club | 623.30 | | |
| 3/19 | | Shift4 Pymt Proc 260319 068880015238304 Auto Spa Bistro | 827.29 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/19 | | Purchase authorized on 03/18 Kalloren PR 770-745-8446 GA S356077619427801 Card 8146 | | 366.00 | |
| 3/19 | | Purchase authorized on 03/18 Sq *Capital Soluti Gosq.Com GA S466078074649839 Card 8146 | | 577.36 | 1,644.42 |
| 3/20 | | Doordash, Inc. Doordash - St-K1D6B3S1x0Y5 Association Motor Club | 18.23 | | |
| 3/20 | | American Express Settlement 260319 4103824512 4103824512 | 217.17 | | |
| 3/20 | | Stripe Transfer St-G2D8x6W4V9G8 Association Motor Club | 294.39 | | |
| 3/20 | | Shift4 Pymt Proc 260320 068880015238304 Auto Spa Bistro | 1,696.44 | | |
| 3/20 | | Money Transfer authorized on 03/18 Apple Cash Sent MO 877-233-8552 CA S386077525863543 Card 8146 | | 18.00 | |
| 3/20 | | Money Transfer authorized on 03/18 Apple Cash Sent MO 1Infiniteloop CA S586077826906199 Card 8146 | | 138.00 | |
| 3/20 | | Purchase authorized on 03/19 Sakerplus* MSP-355 M.Sakerplus.C WA S306079010690329 Card 8146 | | 39.97 | 3,674.68 |
| 3/23 | | American Express Settlement 260320 4103824512 4103824512 | 96.39 | | |
| 3/23 | | Shift4 Pymt Proc 260323 068880015238304 Auto Spa Bistro | 7,358.70 | | |
| 3/23 | | Recurring Payment authorized on 03/20 Apple.Com/Bill 866-712-7753 CA S386079471307273 Card 8146 | | 19.38 | |
| 3/23 | | Purchase authorized on 03/20 Kalloren PR 770-745-8446 GA S346079547141967 Card 8146 | | 413.00 | |
| 3/23 | | Purchase authorized on 03/20 Northside Drive Li 404-3513273 GA S586079589984478 Card 8146 | | 718.54 | |
| 3/23 | | Purchase authorized on 03/20 Restaurant Depot Atlanta GA S586079689149916 Card 8146 | | 1,334.18 | |
| 3/23 | | Money Transfer authorized on 03/20 Apple Cash Sent MO 877-233-8552 CA S306079843776624 Card 8146 | | 72.67 | |
| 3/23 | | Purchase authorized on 03/21 Wholefds Atl#106 22 14th Atlanta GA P306080577018382 Card 8146 | | 105.40 | |
| 3/23 | | Withdrawal Made In A Branch/Store | | 312.00 | |
| 3/23 | | Zelle to Burnett Patrice on 03/23 Ref # Wfct0Zy3Krvk | | 360.81 | |
| 3/23 | | Zelle to Crumby Aurelia on 03/23 Ref # Wfct0Zy3Kts6 | | 139.13 | |
| 3/23 | | Jjpf Payments 319Echeck 34033815 Association Motor Club | | 53.89 | |
| 3/23 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260320 1986694992 Auto Spa Bistro | | 255.73 | 7,345.04 |
| 3/24 | | Shift4 Pymt Proc 260323 068880015238304 Auto Spa Bistro | 1,107.19 | | |
| 3/24 | | American Express Settlement 260323 4103824512 4103824512 | 2,049.39 | | |
| 3/24 | | Purchase authorized on 03/23 Facebk *2Szmhf5432 650-5434800 DE S586082269439942 Card 8146 | | 29.57 | |
| 3/24 | | Recurring Payment authorized on 03/23 Apple.Com/Bill 866-712-7753 CA S466082656629204 Card 8146 | | 9.99 | |
| 3/24 | | Withdrawal Made In A Branch/Store | | 1,005.00 | |
| 3/24 | | City of Atl Wat 4045460311 A26082 2W0Igfezhu8BG55 Auto Spa Bistro | | 1,460.91 | |
| 3/24 | | City of Atl Wat 4045460311 A26082 2W0Ig6l3Scvo4DD Auto Spa Bistro | | 2,000.00 | |
| 3/24 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-J1K8x9l7O3C5 Lemont Bradley | | 181.58 | 5,814.57 |
| 3/25 | | American Express Settlement 260324 4103824512 4103824512 | 117.40 | | |
| 3/25 | | Stripe Transfer St-L0L5K2K5D8F6 Association Motor Club | 400.67 | | |
| 3/25 | | Shift4 Pymt Proc 260324 068880015238304 Auto Spa Bistro | 1,659.76 | | |
| 3/25 | | Money Transfer authorized on 03/23 Apple Cash Sent MO 1Infiniteloop CA S356082756367872 Card 8146 | | 354.51 | |
| 3/25 | | Money Transfer authorized on 03/23 Apple Cash Sent MO 1Infiniteloop CA S386082777601609 Card 8146 | | 44.28 | |
| 3/25 | | Purchase authorized on 03/23 Affordable Dumpste 877-3938677 FL S306083103838029 Card 8146 | | 138.60 | |
| 3/25 | | Purchase authorized on 03/24 IN *Clash Graphics 678-2353464 GA S306083580293283 Card 8146 | | 91.47 | |
| 3/25 | | Zelle to Burnett Patrice on 03/25 Ref # Wfct0Zy8M42W | | 231.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Zelle to Crumby Aurelia on 03/25 Ref # Wfct0Zy9Prdk | | 74.00 | |
| 3/25 | | Siuprem Debit Inspremium 260325 Association Motor Club | | 385.37 | 6,673.17 |
| 3/26 | | Stripe Transfer St-Y0Y8Y9M0Y0J4 Association Motor Club | 311.42 | | |
| 3/26 | | Shift4 Pymt Proc 260326 068880015238304 Auto Spa Bistro | 1,419.13 | | |
| 3/26 | | Purchase authorized on 03/25 Sq *Nouveau Riche Gosq.Com GA S346084575248549 Card 8146 | | 772.50 | |
| 3/26 | | Recurring Payment authorized on 03/25 Apple.Com/Bill 866-712-7753 CA S586085022064165 Card 8146 | | 24.80 | 7,606.42 |
| 3/27 | | American Express Settlement 260326 4103824512 4103824512 | 457.61 | | |
| 3/27 | | Shift4 Pymt Proc 260326 068880015238304 Auto Spa Bistro | 1,715.44 | | |
| 3/27 | | Stripe Transfer St-T7N3M9N9E6B3 Association Motor Club | 120.19 | | |
| 3/27 | | Money Transfer authorized on 03/25 Apple Cash Sent MO 1Infiniteloop CA S386084726080307 Card 8146 | | 159.00 | |
| 3/27 | | Recurring Payment authorized on 03/26 Apple.Com/Bill 866-712-7753 CA S586085277347133 Card 8146 | | 16.99 | |
| 3/27 | | Recurring Payment authorized on 03/26 Ticketless Valet Getsummon.Com GA S346085783085318 Card 8146 | | 99.99 | |
| 3/27 | | Zelle to Rodriguez Christopher on 03/27 Ref # Wfct0Zyg5Qnc | | 200.00 | |
| 3/27 | | Zelle to Rodriguez Christopher on 03/27 Ref # Wfct0Zygtbk4 | | 150.00 | 9,273.68 |
| 3/30 | | American Express Settlement 260327 4103824512 4103824512 | 358.89 | | |
| 3/30 | | Stripe Transfer St-J3S5Z9P7O0E8 Association Motor Club | 91.49 | | |
| 3/30 | | Shift4 Pymt Proc 260330 068880015238304 Auto Spa Bistro | 7,072.78 | | |
| 3/30 | | Money Transfer authorized on 03/26 Apple Cash Sent MO 1Infiniteloop CA S356085741264504 Card 8146 | | 113.33 | |
| 3/30 | | Purchase authorized on 03/27 Kalloren PR 770-745-8446 GA S356086479837655 Card 8146 | | 694.00 | |
| 3/30 | | Purchase authorized on 03/27 Restaurant Depot Atlanta GA S356086598164070 Card 8146 | | 1,583.18 | |
| 3/30 | | Purchase authorized on 03/27 Northside Drive Li 404-3513273 GA S346086620951893 Card 8146 | | 644.52 | |
| 3/30 | | Purchase authorized on 03/27 Northside Drive Li 404-3513273 GA S356086622691973 Card 8146 | | 26.67 | |
| 3/30 | | Money Transfer authorized on 03/27 Apple Cash Sent MO 1Infiniteloop CA S386086805965168 Card 8146 | | 331.00 | |
| 3/30 | | Purchase authorized on 03/29 Wholefds Atl#106 22 14th Atlanta GA P386088621474706 Card 8146 | | 117.52 | |
| 3/30 | | Purchase authorized on 03/29 Comcast / Xfinity 800-266-2278 GA S356088786784004 Card 8146 | | 1,593.38 | |
| 3/30 | | Zelle to Burnett Patrice on 03/30 Ref # Wfct0Zythdk2 | | 45.14 | 11,648.10 |
| 3/31 | | Stripe Transfer St-H6T4E7V2D0J0 Association Motor Club | 95.91 | | |
| 3/31 | | American Express Settlement 260330 4103824512 4103824512 | 1,503.02 | | |
| 3/31 | | Citizens Net Setlmt 033126 4445073800674 Citizens Net Setlmt 4445073800674 | 1,080.73 | | |
| 3/31 | | ATM Cash Deposit on 03/31 2204 Peachtree Rd NW Atlanta GA 0001752 ATM ID 0333Y Card 8146 | 4,900.00 | | |
| 3/31 | | ATM Cash Deposit on 03/31 2204 Peachtree Rd NW Atlanta GA 0001754 ATM ID 0333Y Card 8146 | 700.00 | | |
| 3/31 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Xgt3Drp on 03/31/26 | 400.00 | | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 260331329326 Srf# 0066800090337100 Trn#260331329326 Rfb# | | 40.00 | |
| 3/31 | | Recurring Payment authorized on 03/29 WWW.Smartcredit.CO 877-372-3895 CA S346089126253835 Card 8146 | | 29.99 | |
| 3/31 | | Purchase authorized on 03/30 GA Corporate Regis Sos.GA.Gov GA S356089562289264 Card 8146 | | 60.00 | |
| 3/31 | | Purchase authorized on 03/30 Gpc Paymentus 888-660-5890 GA S586089592362611 Card 8146 | | 722.73 | |
| 3/31 | | Purchase authorized on 03/30 Gpc Paymentus 888-660-5890 GA S356089593002223 Card 8146 | | 1,000.00 | |
| 3/31 | | Purchase authorized on 03/30 Kalloren PR 770-745-8446 GA S346089603554028 Card 8146 | | 232.00 | |

WELLS FARGO

## *Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/31 | | Withdrawal Made In A Branch/Store | | 5,145.00 | |
| 3/31 | | Withdrawal Made In A Branch/Store | | 3,674.00 | |
| 3/31 | | WT Fed#03R02 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# 0066800090337100 Trn#260331329326 Rfb# | | 5,000.00 | |
| 3/31 | | Zelle to Burnett Patrice on 03/31 Ref # Wfct0Zyxkyf8 | | 109.57 | |
| 3/31 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049942297 Association Motor Club | | 23.13 | |
| 3/31 | < | Business to Business ACH Debit - Paychex Eib Invoice 260331 x16176100041638 Association Motor Club | | 76.75 | |
| 3/31 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000049942296 Association Motor Club | | 2,662.62 | |
| 3/31 | 87 | Check | | 625.99 | |
| 3/31 | | Monthly Service Fee | | 15.00 | |
| 3/31 | | Cash Deposit Processing Fee | | 12.60 | 898.38 |
| Totals | | | $81,613.34 | $82,983.96 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 86 | 3/17 | 625.99 | 87 | 3/31 | 625.99 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | -$383.19 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 9,200 | 5,000 | 4,200 | 0.0030 | 12.60 |
| Transactions | 66 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $12.60 |

# IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ __________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ __________
$ __________
$ __________
\+ $ __________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ __________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ __________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ __________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ __________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| SCHEDULE OF PAYMENTS TO INSIDERS<br>MARCH 2026 | | | |
|---|---|---|---|
| **INSIDER** | **DATE** | **CHECK NO.** | **PAYMENTS** |
| Lemont Bradley ($1,500/week) | | | |
| **TOTAL** | | | **$ -** |

**SCHEDULE OF PAYMENTS TO PROFESSIONALS**
**March 2026**

| PROFESSIONAL | DATE | PAYMENTS |
|---|---|---|
| Fallon Law PC | | $0.00 |
| Capital Solutions CPA, PC | | $0.00 |

# APPLE PAY REPORT
## March 2026

| DATE | APPLE PAY STATEMENT | TEAM MEMBER | AMOUNT | DATE | APPLE PAY BANK STATEMENT AMOUNTS |
|---|---|---|---|---|---|
| 3/1/26 | | Travis | $ 26.00 | | |
| 3/2/26 | | Travis | $ 163.00 | | |
| 3/4/26 | | Vuyi | $ 68.55 | | |
| 3/6/26 | | Travis | $ 269.00 | | |
| 3/9/26 | | Travis | $ 367.00 | | |
| 3/9/26 | | Travis | $ 380.00 | | |
| 3/11/26 | | Travis | $ 86.00 | | |
| 3/12/26 | | Vuyi | $ 147.46 | | |
| 3/13/26 | | Travis | $ 75.00 | | |
| 3/16/26 | | Travis | $ 72.00 | | |
| 3/16/26 | | Vuyi | $ 650.55 | | |
| 3/18/26 | | Travis | $ 22.00 | | |
| 3/18/26 | | Travis | $ 138.00 | | |
| 3/19/26 | | Vuyi | $ 32.67 | | |
| 3/20/26 | | Travis | $ 78.00 | | |
| 3/20/26 | | Travis | $ 20.00 | | |
| 3/23/26 | | Vuyi | $ 506.51 | | |
| 3/23/26 | | Travis | $ 115.00 | | |
| 3/25/26 | | Travis | $ 204.00 | | |
| 3/26/26 | | Vuyi | $ 158.33 | | |
| 3/27/26 | | Travis | $ 384.00 | | |
| 3/30/26 | | Travis | $ 413.00 | | |
| 3/30/26 | | Vuyi | $ 575.92 | | |
| | | | **$ 4,951.99** | **Total** | |

# CASH WITHDRAWAL PAYROLL REPORT
# MARCH 2025

| MONEY ORDER PAYMENTS FOR PAYROLL & FIRST SAVINGS BANK ADEQUATE PROTECTION PAYMENTS | | | MONEY ORDER TOTALS | | WELLS FARGO CASH WITHDRAWALS |
|---|---|---|---|---|---|
| **March 2nd** | | | | | $2,999.00 |
| Sonia Lopez | $ | 972 | | | |
| Vuyiswa Rasmeni | $ | 508 | | | |
| Lucino Valdiva | $ | 1,250 | | | |
| Bank Fees | $ | 25 | | | |
| Travis Lissimore | $ | 244 | | | |
| | | | $ | 2,999 | |
| **March 3rd** | | | | | $4,169.00 |
| James Crooks | $ | 48 | | | $119.00 |
| Jonathan Douglas | $ | 358 | | | |
| Cheikh Sene | $ | 718 | | | |
| James Polen | $ | 575 | | | |
| Dionte Thompson | $ | 150 | | | |
| Jamerius Polen | $ | 200 | | | |
| Bobby Baldwin | $ | 498 | | | |
| Cartez Goggins | $ | 114 | | | |
| Jermaine Poole | $ | 700 | | | |
| Anwar Ali | $ | 877 | | | |
| Bank Fees | $ | 50 | | | |
| | | | $ | 4,288 | |
| **March 4th** | | | | | $515.00 |
| Dontavius Rutledge | $ | 510 | | | |
| Bank Fees | $ | 5 | | | |
| | | | $ | 515 | |
| **March 5th** | | | | | $205.00 |
| Ameri Ali | $ | 200 | | | |
| Bank fees | $ | 5 | | | |
| | | | $ | 205 | |
| **March 10th** | | | | | $1,010.00 |
| Lucino Valdiva | $ | 1,000 | | | |
| Bank fees | $ | 10 | | | |
| | | | $ | 1,010 | |
| **March 16th** | | | | | $292.00 |
| Travis Lissimore | $ | 287 | | | |
| Bank fees | $ | 5 | | | |
| | | | $ | 292 | |
| **March 17th** | | | | | $3,935.00 |
| Cartez Goggins | $ | 242 | | | $3,046.00 |
| Aurelia Crumby | $ | 182 | | | |
| Lucino Valdiva | $ | 1,000 | | | |

| | | | | |
|---|---|---|---|---|
| James Polen | $ 675 | | | |
| Jonathan Douglas | $ 290 | | | |
| Dionte Thompson | $ 431 | | | |
| Sonia Lopez | $ 822 | | | |
| Vuyiswa Rasmeni | $ 500 | | | |
| Anthony Moore | $ 81 | | | |
| Jamerius Polen | $ 150 | | | |
| James Crooks | $ 89 | | | |
| Bobby Baldwin | $ 587 | | | |
| Dontavius Rutledge | $ 289 | | | |
| Anwar Ali | $ 883 | | | |
| Cheikh Sene | $ 685 | | | |
| Bank fees | $ 75 | | | |
| | | $ 6,981 | | |
| **March 23rd** | | | | $312.00 |
| Travis Lissmore | $ 307 | | | |
| Bank fees | $ 5 | | | |
| | | $ 312 | | |
| **March 24th** | | | | $1,005.00 |
| Lucino Valdiva | $ 1,000 | | | |
| Bank fees | $ 5 | | | |
| | | $ 1,005 | | |
| **March 31st** | | | | $5,145.00 |
| James Polen | $ 726 | | | $3,674.00 |
| Anwar Ali | $ 856 | | | |
| Jonathan Douglas | $ 567 | | | |
| Cartez Goggins | $ 272 | | | |
| Anthony Moore | $ 110 | | | |
| James Crooks | $ 201 | | | |
| Bobby Baldwin | $ 726 | | | |
| Steven King | $ 499 | | | |
| Jamerius Polen | $ 175 | | | |
| Sonia Najera | $ 774 | | | |
| Carier Blalock | $ 477 | | | |
| Joshua Alemayhu | $ 561 | | | |
| Vuyiswa Rasmeni | $ 512 | | | |
| Donte Thompson | $ 281 | | | |
| Lucino Valdiva | $ 1,000 | | | |
| Aurelia Crumby | $ 140 | | | |
| Cheik Sene | $ 857 | | | |
| Bank fees | $ 85 | | | |
| | | $ 8,819 | | |
| **MARCH TOTAL** | **$ 26,426** | **$ 26,426** | **$** | **26,426** |
| | | | **$** | **-** |

5:01

**Vuyi**

| Date | Status | Amount |
|---|---|---|
| 3/30/26 | Sent | $575.92 |
| 3/26/26 | Sent | $158.33 |
| 3/23/26 | Sent | $506.51 |
| 3/19/26 | Sent | $32.67 |
| 3/16/26 | Sent - Tips | $650.55 |
| 3/12/26 | Sent | $147.46 |
| 3/4/26 | Sent | $68.55 |
| 2/27/26 | Sent | $46.63 |
| 2/23/26 | Sent | $1,081.00 |
| 2/19/26 | Sent | $129.86 |

5:00

**Travis**

| Date | Status | Amount |
|---|---|---|
| 3/30/26 | Sent | $413.00 |
| 3/29/26 | Received | +$58.00 |
| 3/28/26 | Received | +$33.00 |
| 3/27/26 | Sent | $384.00 |
| 3/25/26 | Sent | $204.00 |
| 3/23/26 | Sent | $115.00 |
| 3/20/26 | Sent | $78.00 |
| 3/20/26 | Sent | $20.00 |
| 3/18/26 | Sent | $138.00 |
| 3/18/26 | Sent | $22.00 |

5:00

**Travis**

| Date | Status | Amount |
|---|---|---|
| 3/16/26 | Sent - Tips | $72.00 |
| 3/13/26 | Sent | $75.00 |
| 3/11/26 | Sent | $86.00 |
| 3/9/26 | Sent | $380.00 |
| 3/9/26 | Sent | $367.00 |
| 3/6/26 | Received | +$68.00 |
| 3/6/26 | Sent | $269.00 |
| 3/5/26 | Received | +$38.00 |
| 3/2/26 | Sent - Tips | $163.00 |
| 3/1/26 | Sent | $26.00 |


PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***JAMES CROOKS***
March 3, 2026
**Forty-Eight and 00/100 -US Dollars **
**$48.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
SERIAL #: 6680001939
ACCOUNT#: 4945-788032
PAY TO THE ORDER OF ***DIONTE THOMPSON***
March 3, 2026
**One Hundred Fifty and 00/100 -US Dollars **
**$150.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***
March 3, 2026
**Three Hundred Fifty-Eight and 00/100 -US Dollars **
**$358.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***JAMERIUS POLEN***
March 3, 2026
**Two Hundred and 00/100 -US Dollars **
**$200.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
SERIAL #: 6680001937
ACCOUNT#: 4945-788032
PAY TO THE ORDER OF ***CHEIKH SENE***
March 3, 2026
**Seven Hundred Eighteen and 00/100 -US Dollars **
**$718.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
SERIAL #: 6680001941
ACCOUNT#: 4945-788032
PAY TO THE ORDER OF ***BOBBY BALDWIN***
March 3, 2026
**Four Hundred Ninety-Eight and 00/100 -US Dollars **
**$498.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
SERIAL #: 6680001938
ACCOUNT#: 4945-788032
PAY TO THE ORDER OF ***JAMES POLEN***
March 3, 2026
**Five Hundred Seventy-Five and 00/100 -US Dollars **
**$575.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
SERIAL #: 6680001943
ACCOUNT#: 4945-788032
PAY TO THE ORDER OF ***CARTEZ GOGGINS***
March 3, 2026
**One Hundred Fourteen and 00/100 -US Dollars **
**$114.00**
NON-NEGOTIABLE
Purchaser Copy



PERSONAL MONEY ORDER
SERIAL #: 6680001944
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
PAY TO THE ORDER OF ***JERMAINE POOLE***
March 3, 2026
Seven Hundred and 00/100 -US Dollars **
**$700.00**
NON-NEGOTIABLE
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

CASHIER'S CHECK
SERIAL #: 6680005550
ACCOUNT#: 4861-513281
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Funding Source: Paper Item(s)
PAY TO THE ORDER OF ***LUCINO VALDIVA***
March 10, 2026
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
Purchaser Copy - Page 1 of 2

PERSONAL MONEY ORDER
SERIAL #: 6680001934
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
PAY TO THE ORDER OF ***ANWAR ALI***
March 3, 2026
Eight Hundred Seventy-Seven and 00/100 -US Dollars **
**$877.00**
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001952
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
PAY TO THE ORDER OF ***TRAVIS LISSIMORE***
March 16, 2026
**Two Hundred Eighty-Seven and 00/100 -US Dollars **
**$287.00**
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001946
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
PAY TO THE ORDER OF ***DONTEVIUS RUTLEDGE***
March 4, 2026
...e Hundred Ten and 00/100 -US Dollars **
**$510.00**
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001989
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
PAY TO THE ORDER OF ***BOBBY BALDWIN***
March 17, 2026
**Five Hundred Eighty-Seven and 00/100 -US Dollars **
**$587.00**
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001947
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
PAY TO THE ORDER OF ***AMERI ALI***
March 5, 2026
**Two Hundred and 00/100 -US Dollars **
**$200.00**
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001...
ACCOUNT#: 4945-7...
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
PAY TO THE ORDER OF ***DONTEVIUS RUTLEDGE***
March 17, 2026
**Two Hundred Eighty-Nine and 00/100 -US Dollars **
**$289.00**
NON-NEGOTIA...
Purchaser Copy


PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***CARTEZ GOGGINS***
March 17, 2026
**Two Hundred Forty-Two and 00/100 -US Dollars **
**$242.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***JOHNATHAN DOUGLAS***
March 17, 2026
**Two Hundred Ninety and 00/100 -US Dollars **
**$290.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***AURELIA CRUMBY***
March 17, 2026
**One Hundred Eighty-Two and 00/100 -US Dollars **
**$182.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***DIONTE THOMPSON***
March 17, 2026
**Four Hundred Thirty-One and 00/100 -US Dollars **
**$431.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***LUCINO VALDIVA***
March 17, 2026
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***SONIA LOPEZ NAJERA***
March 17, 2026
**Eight Hundred Twenty-Two and 00/100 -US Dollars **
**$822.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***JAMES POLEN***
March 17, 2026
Six Hundred Seventy-Five and 00/100 -US Dollars **
**$675.00**
NON-NEGOTIABLE
Purchaser Copy
PERSONAL MONEY ORDER
PAY TO THE ORDER OF ***VUYISWA RASMENI***
March 17, 2026
**Five Hundred and 00/100 -US Dollars **
**$500.00**
NON-NEGOTIABLE
Purchaser Copy



PERSONAL MONEY ORDER
SERIAL #: 6680001993
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 17, 2026
PAY TO THE ORDER OF ***ANTHONY MOORE***
**Eighty-One and 00/100 -US Dollars **
**$81.00**
VOID IF OVER US $ 81.00
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001996
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 23, 2026
PAY TO THE ORDER OF ***TRAVIS LISSIMORE***
**Three Hundred Seven and 00/100 -US Dollars **
**$307.00**
VOID IF OVER US $ 307.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001995
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 17, 2026
PAY TO THE ORDER OF ***JAMERIUS POLEN***
**One Hundred Fifty and 00/100 -US Dollars **
**$150.00**
VOID IF OVER US $ 150.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002005
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 31, 2026
PAY TO THE ORDER OF JAMES POLEN
**Seven Hundred Twenty-Six and 00/100 -US Dollars **
**$726.00**
VOID IF OVER US $ 726.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001992
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 17, 2026
PAY TO THE ORDER OF ***JAMES CROOKS***
**Eighty-Nine and 00/100 -US Dollars **
**$89.00**
VOID IF OVER US $ 89.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002003
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 31, 2026
PAY TO THE ORDER OF ANWAR ALI
**Eight Hundred Fifty-Six and 00/100 -US Dollars **
**$856.00**
VOID IF OVER US $ 856.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001999
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 24, 2026
PAY TO THE ORDER OF ***LUCINO VALDIVA***
**One Thousand and 00/100 -US Dollars **
**$1,000.00**
VOID IF OVER US $ 1,000.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002006
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 31, 2026
PAY TO THE ORDER OF JOHNATHAN DOUGLAS
**Five Hundred Sixty-Seven and 00/100 -US Dollars **
**$567.00**
VOID IF OVER US $ 567.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680001994
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 17, 2026
PAY TO THE ORDER OF ***CHEIKH SENE***
**Six Hundred Eighty-Five and 00/100 -US Dollars **
**$685.00**
VOID IF OVER US $ 685.00
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002007
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
March 31, 2026
PAY TO THE ORDER OF CARTEZ GOGGINS
**Two Hundred Seventy-Two and 00/100 -US Dollars **
**$272.00**
VOID IF OVER US $ 272.00
NON-NEGOTIABLE
Purchaser Copy



PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002009
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF ANTHONY MOORE
**One Hundred Ten and 00/100 -US Dollars ** **$110.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 110.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002008
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF STEVEN KING
**Four Hundred Ninety-Nine and 00/100 -US Dollars ** **$499.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 499.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002015
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF SONIA LOPEZ NAJERA
**Seven Hundred Seventy-Four and 00/100 -US Dollars ** **$774.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 774.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002012
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF JOSHUA ALEMAYHU
**Five Hundred Sixty-One and 00/100 -US Dollars ** **$561.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 561.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002010
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF DIONTE THOMPSON
**Two Hundred Eighty-One and 00/100 -US Dollars ** **$281.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 281.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002011
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF JAMES CROOKS
**Two Hundred One and 00/100 -US Dollars ** **$201.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 201.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002013
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF JAMERIUS POLEN
**One Hundred Seventy-Five and 00/100 -US Dollars ** **$175.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 175.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002014
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF CARTIER BLALOCK
**Four Hundred Seventy-Seven and 00/100 -US Dollars ** **$477.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 477.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002016
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF VUYISWA RASMENI
**Five Hundred Twelve and 00/100 -US Dollars ** **$512.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 512.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470

PERSONAL MONEY ORDER
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
SERIAL #: 6680002017
ACCOUNT#: 4945-788032
March 31, 2026
PAY TO THE ORDER OF LUCINO VALDIVA
**One Thousand and 00/100 -US Dollars ** **$1,000.00**
NON-NEGOTIABLE
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
VOID IF OVER US $ 1,000.00
NON-NEGOTIABLE
Purchaser Copy
F8004 (06/25) 60002470



PERSONAL MONEY ORDER

SERIAL #: 6680002018
ACCOUNT#: 4945-788032

0066800 Office AU # — 11-24 1210(8)

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

March 31, 2026

PAY TO THE ORDER OF AURELIA CRUMBY

NON-NEGOTIABLE

**One Hundred Forty and 00/100 -US Dollars ** **$140.00**

VOID IF OVER US $ 140.00

Payee Address:
Memo:

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Purchaser Copy

FB004 (06/25) M4203 60002470

PERSONAL MONEY ORDER

SERIAL #: 6680002004
ACCOUNT#: 4945-788032

0066800 Office AU # — 11-24 1210(8)

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

March 31, 2026

PAY TO THE ORDER OF CHEIKH SENE

NON-NEGOTIABLE

**Eight Hundred Fifty-Seven and 00/100 -US Dollars ** **$857.00**

VOID IF OVER US $ 857.00

Payee Address:
Memo:

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Purchaser Copy

FB004 (06/25) M4203 60002470