**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending May 31, 2026*

| | | |
|---|---|---|
| **Revenues** | | |
| Gross Sales | $ | 73,241.00 |
| **Gross Profit** | **$** | **73,241.00** |
| COGS | $ | (6,524.00) |
| **Net Gross Profit** | **$** | **66,717.00** |
| | | |
| **Expenses** | | |
| Advertising | $ | 4,954.00 |
| Auto | $ | - |
| Bank Fees | $ | 103.00 |
| Insurance | $ | 678.00 |
| Membership Fees | $ | 321.00 |
| Misc | $ | 985.00 |
| Repairs & Maintence | $ | 900.00 |
| Payroll Fees | $ | 162.00 |
| Professional Fees | $ | 64.00 |
| Processing Fees | $ | 946.00 |
| Salaries & Wages | $ | 26,159.00 |
| Software | $ | 30.00 |
| Supplies | $ | 1,709.00 |
| Licensing & Permitting | $ | - |
| Taxes | $ | 3,699.00 |
| Trash | $ | 244.00 |
| Utilities | $ | 5,014.00 |
| **Total Expenses** | **$** | **45,968.00** |
| | | |
| **Net Income** | **$** | **20,749.00** |

# Association Motor Club LLC

**348 14th Street Nw**
**Atlanta, GA 30318**

## Balance Sheet

*as of May 31, 2026*

| **Current assets:** | **Current Year** |
| --- | --- |
| Cash | 2,558.00 |
| Inventory | 3,097.00 |
| **Total current assets** | **5,655.00** |
| | |
| **Fixed assets:** | **Current Year** |
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (988,816.00) |
| **Total fixed assets** | **3,531,734.00** |
| | |
| **Total Assets** | **3,537,389.00** |
| | |
| **Liabilities and owner's equity** | |
| **Current liabilities:** | **Current Year** |
| Accounts payable | 2,855.00 |
| ST Notes Payable | 190,602.00 |
| **Total current liabilities** | **193,457.00** |
| | |
| **Long-term liabilities:** | **Current Year** |
| Notes Payable | 5,103,029.00 |
| **Total long-term liabilities** | **5,103,029.00** |
| | |
| **Owner's equity:** | **Current Year** |
| Equity Interest | (2,257,601.00) |
| Retained Earnings | 477,755.00 |
| Net Income | 20,749.00 |
| **Total owner's equity** | **(1,759,097.00)** |
| | |
| **Total Liabilities and Owner's Equity** | **3,537,389.00** |
| | |
| **Balance** | **-** |

**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Statement of Cash Flows

*as of May 31, 2026*

| | | | |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Cash Received from Customers | | $ | 73,241.00 |
| Cash Paid to Suppliers | | $ | (6,524.00) |
| Cash Paid to Employees | | $ | (26,159.00) |
| Cash Paid for other Expenses | | $ | (16,110.00) |
| Other nonoperating Expenses | | $ | - |
| Taxes Paid | | $ | (3,699.00) |
| ***Net Cash Provided by Operating Activities*** | | **$** | **20,749.00** |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| ***Net Cash Provided/Used by Investing Activities*** | | **$** | **-** |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Net Borrowings under credit arrangement | | $ | (19,000.00) |
| Distributions | | $ | - |
| ***Net Cash Used by Financing Activities*** | | **$** | **(19,000.00)** |
| | | | |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | | **$** | **1,749.00** |
| Cash and Cash Equivalents at beginning | | **$** | **809.00** |
| **Cash and Cash Equivalents at end** | | **$** | **2,558.00** |
| - | | | |
| | | | |
| **RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | | |
| **Net Income** | | **$** | **20,749.00** |
| ***Adjustments to reconcile net income to net cash provided by operating activities*** | | | |
| | $ - | | |
| | $ - | | |
| ***Change in current assets & liabilities*** | | | |
| | $ - | | |
| **Total Adjustments** | | $ | - |
| **Net cash provided by operating activities** | | **$** | **20,749.00** |

# Initiate Business Checking℠



ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

WELLS FARGO

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $808.87 |
| Deposits/Credits | 73,240.69 |
| Withdrawals/Debits | - 71,491.60 |
| Ending balance on 5/31 | $2,557.96 |

Account number: [redacted] 129 (primary account)

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Doordash, Inc. Doordash - St-x1E5S6T7M4U9 Association Motor Club | 34.64 | | |
| 5/1 | | Stripe Transfer St-U8M9P1Z7U9G5 Association Motor Club | 119.67 | | |
| 5/1 | | Citizens Net Setlmt 043026 4445074067141 Citizens Net Setlmt 4445074067141 | 189.42 | | |
| 5/1 | | Citizens Net Setlmt 043026 4445073800674 Citizens Net Setlmt 4445073800674 | 1,007.94 | | |
| 5/1 | | Purchase authorized on 04/29 The Engelman's Bak 7702481444 GA S346119776207085 Card 8146 | | 119.35 | |
| 5/1 | | Recurring Payment authorized on 04/29 WWW.Smartcredit.CO 877-372-3895 CA S356120126135658 Card 8146 | | 29.99 | |
| 5/1 | < | Business to Business ACH Debit - Shift4 Shift4 I26050165973 166697 Auto Spa Bistro | | 302.44 | |
| 5/1 | < | Business to Business ACH Debit - Shift4 Shift4 I26050165972 166471 Auto Spa Bistro | | 378.66 | 1,330.10 |
| 5/4 | | Stripe Transfer St-R3Q2A8K7P0C5 Association Motor Club | 310.84 | | |
| 5/4 | | Citizens Net Setlmt 050126 4445074067141 Citizens Net Setlmt 4445074067141 | 545.27 | | |
| 5/4 | | Citizens Net Setlmt 050226 4445074067141 Citizens Net Setlmt 4445074067141 | 981.56 | | |
| 5/4 | | Citizens Net Setlmt 050226 4445073800674 Citizens Net Setlmt 4445073800674 | 1,259.52 | | |
| 5/4 | | Citizens Net Setlmt 050326 4445074067141 Citizens Net Setlmt 4445074067141 | 2,023.68 | | |
| 5/4 | | Citizens Net Setlmt 050326 4445073800674 Citizens Net Setlmt 4445073800674 | 2,734.40 | | |
| 5/4 | | Purchase authorized on 05/01 Linkedin P30101490 855-6535653 CA S346121409347366 Card 8146 | | 100.00 | |
| 5/4 | | Purchase authorized on 05/01 Affordable Dumpste 813-4447152 MI S306121503391022 Card 8146 | | 224.00 | |
| 5/4 | | Purchase authorized on 05/01 Kalloren PR 7707458446 GA S586121589647014 Card 8146 | | 306.00 | |
| 5/4 | | Money Transfer authorized on 05/01 Apple Cash Sent MO 1Infiniteloop CA S586121810117658 Card 8146 | | 95.90 | |
| 5/4 | | Money Transfer authorized on 05/01 Apple Cash Sent MO 1Infiniteloop CA S306121815084312 Card 8146 | | 116.00 | |
| 5/4 | | Purchase authorized on 05/02 Apple.Com/Bill 866-712-7753 CA S466122567801853 Card 8146 | | 54.94 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Withdrawal Made In A Branch/Store | | 1,260.00 | |
| 5/4 | | Zelle to Burnett Patrice on 05/04 Ref # Wfct124Vw9Kj | | 361.43 | |
| 5/4 | | Zelle to Crumby Aurelia on 05/04 Ref # Wfct124Vwcg7 | | 342.34 | |
| 5/4 | < | Business to Business ACH Debit - Shift4 Fees 260430 068880015238304 Auto Spa Bistro | | 81.00 | |
| 5/4 | < | Business to Business ACH Debit - Shift4 Fees 260430 068880015238333 Auto Spa Bistro | | 121.00 | 6,122.76 |
| 5/5 | | Citizens Net Setlmt 050426 4445073800674 Citizens Net Setlmt 4445073800674 | 3.44 | | |
| 5/5 | | Stripe Transfer St-E0G2B9V3G7A2 Association Motor Club | 432.57 | | |
| 5/5 | | Citizens Net Setlmt 050426 4445074067141 Citizens Net Setlmt 4445074067141 | 1,165.83 | | |
| 5/5 | | ATM Cash Deposit on 05/05 2204 Peachtree Rd NW Atlanta GA 0001984 ATM ID 0333W Card 8146 | 1,660.00 | | |
| 5/5 | | Wire Trans Svc Charge - Sequence: 260505077426 Srf# Ow00006925920681 Trn#260505077426 Rfb# Ow00006925920681 | | 25.00 | |
| 5/5 | | Purchase authorized on 05/04 Comcast / Xfinity 800-266-2278 GA S356124386695541 Card 8146 | | 851.39 | |
| 5/5 | | Purchase authorized on 05/04 Kalloren PR 7707458446 GA S306124696085957 Card 8146 | | 52.00 | |
| 5/5 | | WT Fed#03R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006925920681 Trn#260505077426 Rfb# Ow00006925920681 | | 5,000.00 | |
| 5/5 | < | Business to Business ACH Debit - Toast, Inc Purchase T St-L4Y2V6T5B6T2 Toast Inc | | 63.09 | 3,393.12 |
| 5/6 | | Stripe Transfer St-O1L7O9G9H4A3 Association Motor Club | 204.21 | | |
| 5/6 | | Citizens Net Setlmt 050526 4445074067141 Citizens Net Setlmt 4445074067141 | 650.54 | | |
| 5/6 | | Citizens Net Setlmt 050526 4445073800674 Citizens Net Setlmt 4445073800674 | 1,222.32 | | |
| 5/6 | | Money Transfer authorized on 05/04 Apple Cash Sent MO 1Infiniteloop CA S386124593445836 Card 8146 | | 57.00 | |
| 5/6 | | Money Transfer authorized on 05/04 Apple Cash Sent MO 1Infiniteloop CA S386124756757516 Card 8146 | | 414.00 | |
| 5/6 | | Money Transfer authorized on 05/04 Apple Cash Sent MO 1Infiniteloop CA S586124784252684 Card 8146 | | 205.80 | |
| 5/6 | | Money Transfer authorized on 05/04 Apple Cash Sent MO 1Infiniteloop CA S306124789678374 Card 8146 | | 180.00 | |
| 5/6 | | Zelle to Burnett Patrice on 05/06 Ref # Wfct1253Z5Gp Tips | | 165.74 | 4,447.65 |
| 5/7 | | Citizens Net Setlmt 050626 4445073800674 Citizens Net Setlmt 4445073800674 | 39.90 | | |
| 5/7 | | Stripe Transfer St-W8K4U5I5D1U9 Association Motor Club | 95.22 | | |
| 5/7 | | Citizens Net Setlmt 050626 4445074067141 Citizens Net Setlmt 4445074067141 | 388.73 | | |
| 5/7 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Xyvvtff on 05/07/26 | 1,100.00 | | |
| 5/7 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Xyxhg6V on 05/07/26 | 1,500.00 | | |
| 5/7 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Xz43T9V on 05/07/26 | 200.00 | | |
| 5/7 | | Purchase authorized on 05/05 Apple.Com/Bill 866-712-7753 CA S306126183838976 Card 8146 | | 47.36 | |
| 5/7 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260506 1180653776 Auto Spa Bistro | | 65.49 | |
| 5/7 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260506 xxxxx4272 Auto Spa Bistro | | 3,421.11 | 4,237.54 |
| 5/8 | | Doordash, Inc. Doordash - St-Z3H9S4O3T8V1 Association Motor Club | 33.90 | | |
| 5/8 | | Stripe Transfer St-S2O9E5U6H2E4 Association Motor Club | 241.41 | | |
| 5/8 | | Citizens Net Setlmt 050726 4445074067141 Citizens Net Setlmt 4445074067141 | 709.44 | | |
| 5/8 | | Citizens Net Setlmt 050726 4445073800674 Citizens Net Setlmt 4445073800674 | 1,855.72 | | |

WELLS FARGO

*Transaction History (continued)*

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 5/8 | | eDeposit IN Branch 05/08/26 11:53:15 Am 2204 Peachtree Rd NW Atlanta GA 8146 | 2,000.00 | | |
| 5/8 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Xzfgb35 on 05/08/26 | 270.00 | | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 260508097042 Srf# Ow00006937957963 Trn#260508097042 Rfb# Ow00006937957963 | | 25.00 | |
| 5/8 | | Money Transfer authorized on 05/06 Apple Cash Sent MO 1Infiniteloop CA S346126750779902 Card 8146 | | 90.00 | |
| 5/8 | | Purchase authorized on 05/07 Car Wash App Carwashapp.CO CT S466127484436763 Card 8146 | | 450.00 | |
| 5/8 | | Purchase authorized on 05/07 Hibu Global / Hibu 800-929-3556 IA S306127496810104 Card 8146 | | 1,979.74 | |
| 5/8 | | Purchase authorized on 05/07 Facebk *Brtb4Qvns2 650-5434800 DE S586127592158298 Card 8146 | | 44.00 | |
| 5/8 | | Purchase authorized on 05/07 Northside Drive Li 404-3513273 GA S346127617344283 Card 8146 | | 418.07 | |
| 5/8 | | WT Fed#03R00 First Savings Bank /Ftr/Bnf=Association Motor Club LLC Srf# Ow00006937957963 Trn#260508097042 Rfb# Ow00006937957963 | | 4,000.00 | |
| 5/8 | < | Business to Business ACH Debit - Intuit * Qbooks Onl 260507 4125381 Lemont Bradley | | 75.00 | 2,266.20 |
| 5/11 | | Overdraft Fee for a Transaction Posted on 05/08 $75.00 Intuit * Qbooks Onl 260507 4125381 Lemont Bradley | | 35.00 | |
| 5/11 | | Citizens Net Setlmt 050826 4445074067141 Citizens Net Setlmt 4445074067141 | 214.62 | | |
| 5/11 | | Stripe Transfer St-B9O1N3W5J6S0 Association Motor Club | 49.73 | | |
| 5/11 | | Citizens Net Setlmt 050926 4445074067141 Citizens Net Setlmt 4445074067141 | 588.11 | | |
| 5/11 | | Citizens Net Setlmt 051026 4445074067141 Citizens Net Setlmt 4445074067141 | 903.75 | | |
| 5/11 | | Citizens Net Setlmt 051026 4445073800674 Citizens Net Setlmt 4445073800674 | 1,969.11 | | |
| 5/11 | | Citizens Net Setlmt 050926 4445073800674 Citizens Net Setlmt 4445073800674 | 2,414.15 | | |
| 5/11 | | Purchase authorized on 05/07 Restaurant Depot Atlanta GA S306127602840413 Card 8146 | | 964.28 | |
| 5/11 | | Purchase authorized on 05/07 Restaurant Depot Atlanta GA S346127603204728 Card 8146 | | 2.03 | |
| 5/11 | | Money Transfer authorized on 05/07 Apple Cash Sent MO 1Infiniteloop CA S466127839693693 Card 8146 | | 276.04 | |
| 5/11 | | Purchase authorized on 05/08 Gas South Payment 877-472-4932 GA S466128489602065 Card 8146 | | 412.31 | |
| 5/11 | | Purchase authorized on 05/08 Kalloren PR 7707458446 GA S306128593695867 Card 8146 | | 260.50 | |
| 5/11 | | Money Transfer authorized on 05/08 Apple Cash Sent MO 1Infiniteloop CA S346128615064291 Card 8146 | | 100.00 | |
| 5/11 | | Money Transfer authorized on 05/08 Apple Cash Sent MO 1Infiniteloop CA S356128789343437 Card 8146 | | 270.00 | |
| 5/11 | | Purchase authorized on 05/10 Facebk *C3Fxjpmns2 650-5434800 DE S346130747451875 Card 8146 | | 44.00 | |
| 5/11 | | Zelle to Baldomero Ramirez on 05/11 Ref # Wfct125Nwwwz Landscape | | 200.00 | |
| 5/11 | | Zelle to Burnett Patrice on 05/11 Ref # Wfct125Qjdd3 | | 47.05 | 5,794.46 |
| 5/12 | | Stripe Transfer St-A3H3U4G7V9C6 Association Motor Club | 192.18 | | |
| 5/12 | | Citizens Net Setlmt 051126 4445074067141 Citizens Net Setlmt 4445074067141 | 480.14 | | |
| 5/12 | | eDeposit IN Branch 05/12/26 09:17:33 Am 2204 Peachtree Rd NW Atlanta GA 8146 | 2,470.00 | | |
| 5/12 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y2Xm2K6 on 05/12/26 | 815.00 | | |
| 5/12 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y32Nkcp on 05/12/26 | 35.00 | | |
| 5/12 | | Withdrawal Made In A Branch/Store | | 5,096.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/12 | | Withdrawal Made In A Branch/Store | | 2,841.00 | |
| 5/12 | | Zelle to Burnett Patrice on 05/12 Ref # Wfct125T3Vtj | | 37.82 | |
| 5/12 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050190416 Association Motor Club | | 28.55 | |
| 5/12 | < | Business to Business ACH Debit - Paychex Eib Invoice 260512 x16762200000100 Association Motor Club | | 80.75 | |
| 5/12 | 90 | Check | | 625.99 | 1,076.67 |
| 5/13 | | Stripe Transfer St-Q7Y4G0S8K4M3 Association Motor Club | 330.26 | | |
| 5/13 | | Citizens Net Setlmt 051226 4445074067141 Citizens Net Setlmt 4445074067141 | 521.17 | | |
| 5/13 | | Citizens Net Setlmt 051226 4445073800674 Citizens Net Setlmt 4445073800674 | 820.90 | | |
| 5/13 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y3Ftthp on 05/13/26 | 50.00 | | |
| 5/13 | | Money Transfer authorized on 05/11 Apple Cash Sent MO 1Infiniteloop CA S356131750258887 Card 8146 | | 545.02 | |
| 5/13 | | Money Transfer authorized on 05/11 Apple Cash Sent MO 1Infiniteloop CA S346131780498500 Card 8146 | | 291.00 | |
| 5/13 | | Purchase authorized on 05/12 Kalloren PR 7707458446 GA S586132688818563 Card 8146 | | 227.00 | |
| 5/13 | | Purchase authorized on 05/12 Habitat Kitchen & 404-228-2721 GA S466132836825345 Card 8146 | | 19.77 | |
| 5/13 | | Zelle to Burnett Patrice on 05/13 Ref # Wfct125x27Tq | | 100.51 | 1,615.70 |
| 5/14 | | Stripe Transfer St-Q3J5Q3N4M8M4 Association Motor Club | 95.22 | | |
| 5/14 | | Citizens Net Setlmt 051326 4445074067141 Citizens Net Setlmt 4445074067141 | 374.35 | | |
| 5/14 | | Citizens Net Setlmt 051326 4445073800674 Citizens Net Setlmt 4445073800674 | 601.89 | | |
| 5/14 | | Purchase authorized on 05/13 Facebk *Uxz4Zprns2 650-5434800 DE S346133314274457 Card 8146 | | 20.02 | |
| 5/14 | | Recurring Payment authorized on 05/13 Apple.Com/Bill 866-712-7753 CA S346133331859116 Card 8146 | | 35.38 | |
| 5/14 | | Purchase authorized on 05/13 Restaurant Depot Atlanta GA S586133618145547 Card 8146 | | 165.14 | |
| 5/14 | | Purchase authorized on 05/13 Northside Drive Li 404-3513273 GA S306133627761025 Card 8146 | | 287.42 | |
| 5/14 | | Recurring Payment authorized on 05/13 P.Skool.Com/Djbrs WWW.Skool.Com CA S586133839949533 Card 8146 | | 1,000.00 | 1,179.20 |
| 5/15 | | Doordash, Inc. Doordash - St-V7D8I1M1J6Y2 Association Motor Club | 67.57 | | |
| 5/15 | | Stripe Transfer St-B6C5I2P5Q5H1 Association Motor Club | 95.21 | | |
| 5/15 | | Citizens Net Setlmt 051426 4445074067141 Citizens Net Setlmt 4445074067141 | 170.61 | | |
| 5/15 | | Citizens Net Setlmt 051426 4445073800674 Citizens Net Setlmt 4445073800674 | 866.80 | | |
| 5/15 | | Citizens Net Setlmt 051526 4445074067141 Citizens Net Setlmt 4445074067141 | 452.52 | | |
| 5/15 | | Citizens Net Setlmt 051526 4445073800674 Citizens Net Setlmt 4445073800674 | 1,514.68 | | |
| 5/15 | | Money Transfer authorized on 05/13 Apple Cash Sent MO 1Infiniteloop CA S386133816327601 Card 8146 | | 81.00 | |
| 5/15 | | Zelle to Burnett Patrice on 05/15 Ref # Wfct1266V3Vj | | 73.53 | 4,192.06 |
| 5/18 | | Citizens Net Setlmt 051526 4445074067141 Citizens Net Setlmt 4445074067141 | 359.58 | | |
| 5/18 | | Citizens Net Setlmt 051626 4445074067141 Citizens Net Setlmt 4445074067141 | 563.60 | | |
| 5/18 | | Citizens Net Setlmt 051726 4445074067141 Citizens Net Setlmt 4445074067141 | 585.74 | | |
| 5/18 | | Citizens Net Setlmt 051626 4445073800674 Citizens Net Setlmt 4445073800674 | 3,345.81 | | |
| 5/18 | | Citizens Net Setlmt 051726 4445073800674 Citizens Net Setlmt 4445073800674 | 4,567.97 | | |
| 5/18 | | Money Transfer authorized on 05/14 Apple Cash Sent MO 1Infiniteloop CA S346134766437526 Card 8146 | | 204.74 | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/18 | | Purchase authorized on 05/15 Kalloren PR 7707458446 GA S466135549224543 Card 8146 | | 316.00 | |
| 5/18 | | Purchase authorized on 05/15 Restaurant Depot Atlanta GA S346135588098257 Card 8146 | | 809.87 | |
| 5/18 | | Purchase authorized on 05/15 Facebk *F6Jftphns2 650-5434800 DE S356135686312771 Card 8146 | | 44.00 | |
| 5/18 | | Money Transfer authorized on 05/15 Apple Cash Sent MO 1Infiniteloop CA S306135728850850 Card 8146 | | 110.00 | |
| 5/18 | | Purchase authorized on 05/16 Linkedin P30187923 855-6535653 CA S356136421354412 Card 8146 | | 101.58 | |
| 5/18 | | Purchase authorized on 05/16 Sq *Capital Soluti Gosq.Com GA S346136590276776 Card 8146 | | 577.36 | |
| 5/18 | | Withdrawal Made In A Branch/Store | | 397.00 | |
| 5/18 | | Zelle to Burnett Patrice on 05/18 Ref # Wfct126Hn237 Tips | | 604.51 | 10,449.70 |
| 5/19 | | Citizens Net Setlmt 051826 4445074067141 Citizens Net Setlmt 4445074067141 | 67.86 | | |
| 5/19 | | Purchase authorized on 05/18 Apple.Com/Bill 866-712-7753 CA S306138509368301 Card 8146 | | 46.98 | |
| 5/19 | | Purchase authorized on 05/18 Facebk *GE9Hgqvms2 650-5434800 DE S586138832669390 Card 8146 | | 44.00 | |
| 5/19 | | Withdrawal Made In A Branch/Store | | 1,260.00 | |
| 5/19 | | Zelle to Burnett Patrice on 05/19 Ref # Wfct126Ljg2M | | 104.28 | |
| 5/19 | < | Business to Business ACH Debit - Quarterly Fee Payment 260518 0000 Association Motor Club | | 64.23 | 8,998.07 |
| 5/20 | | Citizens Net Setlmt 051926 4445074067141 Citizens Net Setlmt 4445074067141 | 151.89 | | |
| 5/20 | | Citizens Net Setlmt 051926 4445073800674 Citizens Net Setlmt 4445073800674 | 906.55 | | |
| 5/20 | | Stripe Transfer St-J4G5T7N9D5C3 Association Motor Club | 1,011.71 | | |
| 5/20 | | Citizens Net Setlmt 052026 4445074067141 Citizens Net Setlmt 4445074067141 | 353.33 | | |
| 5/20 | | Citizens Net Setlmt 052026 4445073800674 Citizens Net Setlmt 4445073800674 | 960.05 | | |
| 5/20 | | Money Transfer authorized on 05/18 Apple Cash Sent MO 1Infiniteloop CA S356138734044809 Card 8146 | | 789.42 | |
| 5/20 | | Money Transfer authorized on 05/18 Apple Cash Sent MO 1Infiniteloop CA S306138762335414 Card 8146 | | 220.00 | |
| 5/20 | | Purchase authorized on 05/19 Kalloren PR 7707458446 GA S356139488807699 Card 8146 | | 70.00 | |
| 5/20 | | Purchase authorized on 05/20 Wholefds Atl#106 22 14th Atlanta GA P466140590714256 Card 8146 | | 133.59 | |
| 5/20 | | Zelle to Burnett Patrice on 05/20 Ref # Wfct126R5Ldm Tips | | 37.85 | 11,130.74 |
| 5/21 | | Citizens Net Setlmt 052026 4445073800674 Citizens Net Setlmt 4445073800674 | 474.37 | | |
| 5/21 | | Citizens Net Setlmt 052026 4445074067141 Citizens Net Setlmt 4445074067141 | 839.76 | | |
| 5/21 | | Purchase authorized on 05/20 Worldwide Environm 7149902700 CA S466140574716523 Card 8146 | | 408.38 | |
| 5/21 | | Purchase authorized on 05/20 Northside Drive Li 404-3513273 GA S386140654228767 Card 8146 | | 643.39 | |
| 5/21 | | Purchase authorized on 05/20 Kalloren PR 7707458446 GA S466140785143317 Card 8146 | | 185.00 | |
| 5/21 | | Jjpf Payments 519Echeck 35378554 Association Motor Club | | 53.89 | 11,154.21 |
| 5/22 | | Doordash, Inc. Doordash - St-K9O5K6l1N7R5 Association Motor Club | 7.61 | | |
| 5/22 | | Money Transfer authorized on 05/20 Apple Cash Sent MO 1Infiniteloop CA S586140470451026 Card 8146 | | 67.00 | |
| 5/22 | | Purchase authorized on 05/20 The Engelman's Bak 7702481444 GA S346140718873188 Card 8146 | | 148.86 | |
| 5/22 | | Purchase authorized on 05/21 Restaurant Depot Atlanta GA S466141592080554 Card 8146 | | 739.61 | |
| 5/22 | | Purchase authorized on 05/21 Restaurant Depot Atlanta GA S466141595819217 Card 8146 | | 405.21 | 9,801.14 |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/26 | | Citizens Net Setlmt 052226 4445073800674 Citizens Net Setlmt 4445073800674 | 313.56 | | |
| 5/26 | | Citizens Net Setlmt 052226 4445074067141 Citizens Net Setlmt 4445074067141 | 561.06 | | |
| 5/26 | | Payx-Pia-Wc Wc-Premium 0000050277217 Association Motor Club | 1,294.92 | | |
| 5/26 | | Stripe Transfer St-x4P8U0x0I3T6 Association Motor Club | 98.33 | | |
| 5/26 | | Citizens Net Setlmt 052426 4445074067141 Citizens Net Setlmt 4445074067141 | 116.23 | | |
| 5/26 | | Citizens Net Setlmt 052526 4445073800674 Citizens Net Setlmt 4445073800674 | 155.83 | | |
| 5/26 | | Citizens Net Setlmt 052526 4445074067141 Citizens Net Setlmt 4445074067141 | 221.45 | | |
| 5/26 | | Citizens Net Setlmt 052326 4445074067141 Citizens Net Setlmt 4445074067141 | 458.14 | | |
| 5/26 | | Citizens Net Setlmt 052426 4445073800674 Citizens Net Setlmt 4445073800674 | 672.20 | | |
| 5/26 | | Citizens Net Setlmt 052326 4445073800674 Citizens Net Setlmt 4445073800674 | 1,038.75 | | |
| 5/26 | | Money Transfer authorized on 05/21 Apple Cash Sent MO 1Infiniteloop CA S306141658424005 Card 8146 | | 35.00 | |
| 5/26 | | Purchase authorized on 05/21 Facebk *9Pdwuqvms2 650-5434800 DE S386142228788508 Card 8146 | | 44.00 | |
| 5/26 | | Purchase authorized on 05/22 Kalloren PR 7707458446 GA S586142635925153 Card 8146 | | 293.00 | |
| 5/26 | | Recurring Payment authorized on 05/23 Apple.Com/Bill 866-712-7753 CA S346143656152713 Card 8146 | | 9.99 | |
| 5/26 | | Recurring Payment authorized on 05/23 Apple.Com/Bill 866-712-7753 CA S356144184223549 Card 8146 | | 24.80 | |
| 5/26 | | Purchase authorized on 05/25 Facebk *Ghcypt9Ns2 650-5434800 DE S386145779960433 Card 8146 | | 44.00 | |
| 5/26 | | Purchase authorized on 05/25 Sq *Nouveau Riche Gosq.Com GA S386145838132537 Card 8146 | | 1,545.00 | |
| 5/26 | | Purchase authorized on 05/26 Costco Whse #1084 Atlanta GA P386146619876681 Card 8146 | | 30.88 | |
| 5/26 | | Zelle to Burnett Patrice on 05/26 Ref # Wfct127Cj3SC Tips | | 104.90 | |
| 5/26 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050277218 Association Motor Club | | 28.55 | |
| 5/26 | < | Business to Business ACH Debit - Paychex Eib Invoice 260526 x16950100010007 Association Motor Club | | 80.75 | |
| 5/26 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-M8S8F4R2W4x8 Lemont Bradley | | 181.50 | 12,309.24 |
| 5/27 | | Citizens Net Setlmt 052626 4445074067141 Citizens Net Setlmt 4445074067141 | 52.92 | | |
| 5/27 | | Stripe Transfer St-T1T9M4P1K7l4 Association Motor Club | 120.19 | | |
| 5/27 | | Citizens Net Setlmt 052626 4445073800674 Citizens Net Setlmt 4445073800674 | 170.18 | | |
| 5/27 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y8Nf8V8 on 05/27/26 | 5,000.00 | | |
| 5/27 | | Wire Trans Svc Charge - Sequence: 260527125332 Srf# Ow00007008248819 Trn#260527125332 Rfb# Ow00007008248819 | | 25.00 | |
| 5/27 | | Recurring Payment authorized on 05/26 Apple.Com/Bill 866-712-7753 CA S586146277083615 Card 8146 | | 16.99 | |
| 5/27 | | Withdrawal Made In A Branch/Store | | 2,939.00 | |
| 5/27 | | Withdrawal Made In A Branch/Store | | 1,163.00 | |
| 5/27 | | Withdrawal Made In A Branch/Store | | 2,668.14 | |
| 5/27 | | WT Fed#02R01 First Merchants Ba /Ftr/Bnf=Association Motor Club LLC Srf# Ow00007008248819 Trn#260527125332 Rfb# Ow00007008248819 | | 5,000.00 | |
| 5/27 | | Zelle to Burnett Patrice on 05/27 Ref # Wfct127Hfhnd | | 23.19 | |
| 5/27 | | Siuprem Debit Inspremium 260527 Association Motor Club | | 385.37 | |
| 5/27 | | City of Atl Wat 4045460311 A26145 2Wblqkvxi7E53lp Auto Spa Bistro | | 1,250.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/27 | | City of Atl Wat 4045460311 A26145 2Wblqtaff5Kk17P Auto Spa Bistro | | 2,500.00 | 1,681.84 |
| 5/28 | | Citizens Net Setlmt 052726 4445074067141 Citizens Net Setlmt 4445074067141 | 272.87 | | |
| 5/28 | | Stripe Transfer St-A4K5U3W6l8N3 Association Motor Club | 503.48 | | |
| 5/28 | | Citizens Net Setlmt 052726 4445073800674 Citizens Net Setlmt 4445073800674 | 641.46 | | |
| 5/28 | | WT Seq#43086 WF Return Wires IN Proc /Org= Srf# 2026052700150595 Trn#260528043086 Rfb# | 5,000.00 | | |
| 5/28 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y95Cs49 on 05/28/26 | 1,000.00 | | |
| 5/28 | | Wire Trans Svc Charge - Sequence: 260528077515 Srf# Ow00007011425056 Trn#260528077515 Rfb# Ow00007011425056 | | 25.00 | |
| 5/28 | | Money Transfer authorized on 05/26 Apple Cash Sent MO 1Infiniteloop CA S306146731286943 Card 8146 | | 215.55 | |
| 5/28 | | Money Transfer authorized on 05/26 Apple Cash Sent MO 1Infiniteloop CA S386146768074582 Card 8146 | | 57.00 | |
| 5/28 | | Purchase authorized on 05/27 Coa Revenue & Comp 404-330-6270 GA S306147390988601 Card 8146 | | 21.89 | |
| 5/28 | | Purchase authorized on 05/27 Linkedin P30242877 855-6535653 CA S586147404948916 Card 8146 | | 109.10 | |
| 5/28 | | WT Fed#03R00 First Merchants Ba /Ftr/Bnf=Association Motor Club LLC Srf# Ow00007011425056 Trn#260528077515 Rfb# Ow00007011425056 | | 5,000.00 | |
| 5/28 | | Withdrawal Made In A Branch/Store | | 319.00 | |
| 5/28 | | Zelle to Gamal Johnson on 05/28 Ref # Wfct127L4Jg8 Repair Refrigerator | | 700.00 | |
| 5/28 | < | Business to Business ACH Debit - Coa Revenue CO 4043306270 B26147 2Wcb0Zud3l6Dni9 Lemont Bradley | | 190.04 | |
| 5/28 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260527 2093057232 Auto Spa Bistro | | 506.77 | |
| 5/28 | 91 | Check | | 625.99 | 1,329.31 |
| 5/29 | | Doordash, Inc. Doordash - St-P8T8C3K2R3R7 Association Motor Club | 24.27 | | |
| 5/29 | | Citizens Net Setlmt 052826 4445073800674 Citizens Net Setlmt 4445073800674 | 681.22 | | |
| 5/29 | | Toast Dep May 28 May 29 Pz0Jf5T7 4445079632372*Auto Spa Hybrid | 509.44 | | |
| 5/29 | | Toast Dep May 28 May 29 Pz0Jfw62 4445079628131*Auto Spa Bistro | 715.22 | | |
| 5/29 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Y9Ktgj4 on 05/29/26 | 350.00 | | |
| 5/29 | | Purchase authorized on 05/28 Restaurant Depot Atlanta GA S306148598980434 Card 8146 | | 829.47 | |
| 5/29 | | Purchase authorized on 05/28 Northside Drive Li 404-3513273 GA S356148615984715 Card 8146 | | 218.73 | |
| 5/29 | | Cash Deposit Processing Fee | | 3.30 | 2,557.96 |
| Totals | | | $73,240.69 | $71,491.60 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

WELLS FARGO

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|
| 90 | 5/12 | 625.99 | 91 | 5/28 | 625.99 |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|

C1/W6

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,100 | 5,000 | 1,100 | 0.0030 | 3.30 |
| Transactions | 49 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $3.30 |

# IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ____________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ____________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

## SCHEDULE OF PAYMENTS TO PROFESSIONALS
## APRIL 2026

| PROFESSIONAL | DATE | PAYMENTS |
|---|---|---|
| Fallon Law PC | | $0.00 |
| Capital Solutions CPA, PC | | $0.00 |

| SCHEDULE OF PAYMENTS TO INSIDERS<br>April 2026 | | | |
|---|---|---|---|
| **INSIDER** | **DATE** | **CHECK NO.** | **PAYMENTS** |
| Lemont Bradley ($1,500/week) | | | |
| **TOTAL** | | | **$ -** |

8:30 1:42

## Travis

| | |
|---|---|
| 6/5/26<br>Sent | $124.00 |
| 6/1/26<br>Sent - Tips | $135.00 |
| 5/29/26<br>Sent - Tips | $35.00 |
| 5/29/26<br>Sent - Travis pay | $287.00 |
| 5/26/26<br>Sent | $57.00 |
| 5/22/26<br>Sent - Travis pay | $51.00 |
| 5/21/26<br>Received - Travis... Black Lex | +$60.00 |
| 5/21/26<br>Sent - Tips | $35.00 |
| 5/20/26<br>Sent - Travis | $67.00 |
| 5/18/26<br>Sent - Tips johnny james markel jacoby don... | $220.00 |

8:29 1:34

## Travis

| | |
|---|---|
| 5/15/26<br>Sent | $110.00 |
| 5/13/26<br>Sent | $81.00 |
| 5/11/26<br>Sent | $291.00 |
| 5/8/26<br>Sent | $270.00 |
| 5/8/26<br>Sent - Send tae this | $100.00 |
| 5/6/26<br>Sent | $90.00 |
| 5/4/26<br>Sent | $180.00 |
| 5/4/26<br>Sent | $414.00 |
| 5/4/26<br>Sent | $57.00 |
| 5/1/26<br>Sent | $116.00 |
| 4/27/26 | $284.00 |

8:31 2:40

## Vuyi

| | |
|---|---|
| 6/1/26<br>Sent | $359.26 |
| 5/28/26<br>Sent - | $138.27 |
| 5/26/26<br>Sent - Tips | $219.55 |
| 5/18/26<br>Sent - Tips | $789.42 |
| 5/14/26<br>Sent | $204.74 |
| 5/11/26<br>Sent | $570.02 |
| 5/7/26<br>Sent | $276.04 |
| 5/4/26<br>Sent | $205.80 |
| 5/1/26<br>Sent | $95.90 |
| 4/27/26<br>Sent | $601.61 |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

ASSOCIATION MOTOR CLUB LLC
348 14th St NW
Atlanta GA 30318

1815-8475
ORG1:100 Payroll
EE ID: 2

64-22
610

06/09/2026 | 92

DATE [redacted]

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

TERESA BURNETT
2562 LEESHIRE RD
TUCKER GA 30084

**$625.99**

AMOUNT

SIX HUNDRED TWENTY FIVE AND 99/100 ....................

WELLS FARGO BANK, NA

[redacted]

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

ASSOCIATION MOTOR CLUB LLC
348 14th St NW
Atlanta GA 30318

1815-8475
ORG1:100 Payroll
EE ID: 2

64-22
610

05/26/2026 | 91

DATE [redacted]

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

TERESA BURNETT
2562 LEESHIRE RD
TUCKER GA 30084

**$625.99**

AMOUNT

SIX HUNDRED TWENTY FIVE AND 99/100 ....................

WELLS FARGO BANK, NA

[redacted]



CASHIER'S CHECK
SERIAL #: 6680005592
ACCOUNT#: 4861-513281
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF LUNICO VALDIVA
May 4, 2026
**One Thousand Two Hundred Fifty and 00/100 -US Dollars **
**$1,250.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
Purchaser Copy - Page 1 of 2

PERSONAL MONEY ORDER
SERIAL #: 6680002099
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF SONIA LOPEZ NAJERA
May 12, 2026
**Seven Hundred Ninety-Two and 00/100 -US Dollars **
**$792.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002101
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF AURELIA CRUMBY
May 12, 2026
**Two Hundred Fifty-Six and 00/100 -US Dollars **
**$256.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002098
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF JAMERIUS POLEN
May 12, 2026
**Four Hundred and 00/100 -US Dollars **
**$400.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

CASHIER'S CHECK
SERIAL #: 6680005595
ACCOUNT#: 4861-513281
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF LUCINO VALDIVA
May 12, 2026
**One Thousand Four Hundred and 00/100 -US Dollars **
**$1,400.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
Purchaser Copy - Page 1 of 2

PERSONAL MONEY ORDER
SERIAL #: 6680002097
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF DONTEVIUS RUTLEDGE
May 12, 2026
**Two Hundred Fifty-Five and 00/100 -US Dollars **
**$255.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002100
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF VUYISWA RASMENI
May 12, 2026
**Three Hundred Sixty-Eight and 00/100 -US Dollars **
**$368.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002096
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
PAY TO THE ORDER OF JAMES POLEN
May 12, 2026
**Eight Hundred Seventy-Three and 00/100 -US Dollars **
**$873.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
Purchaser Copy

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002092 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF BOBBY BALDWIN — May 12, 2026

NON-NEGOTIABLE

**Seven Hundred One and 00/100 -US Dollars ** — **$701.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 701.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002090 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF MARKEL HENRY — May 12, 2026

NON-NEGOTIABLE

**Three Hundred Ninety-Seven and 00/100 -US Dollars ** — **$397.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 397.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002089 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ANWAR ALI — May 12, 2026

NON-NEGOTIABLE

**Eight Hundred Seventy-Three and 00/100 -US Dollars ** — **$873.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 873.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002093 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF JOHNATHAN DOUGLAS — May 12, 2026

NON-NEGOTIABLE

**Four Hundred Ninety-Four and 00/100 -US Dollars ** — **$494.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 494.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002106 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF ROBERT WILLIS — May 18, 2026

NON-NEGOTIABLE

**One Hundred Seventy-Six and 00/100 -US Dollars ** — **$176.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 176.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002095 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF JACOBY MORRIS — May 12, 2026

NON-NEGOTIABLE

**One Hundred Fifty-Five and 00/100 -US Dollars ** — **$155.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 155.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002094 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF DIONTE THOMPSON — May 12, 2026

NON-NEGOTIABLE

**Three Hundred Forty-Three and 00/100 -US Dollars ** — **$343.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 343.00

NON-NEGOTIABLE

Purchaser Copy

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002091 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF DECORREY AVERY — May 12, 2026

NON-NEGOTIABLE

**Five Hundred Fifty-Five and 00/100 -US Dollars ** — **$555.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 555.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470

---

**CASHIER'S CHECK**

0067016 Office AU # — 11-24 1210(8)

SERIAL #: 6701608403 — ACCOUNT#: 4861-513281

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k207437
Funding Source: Paper Item(s)

PAY TO THE ORDER OF LUCINO VALDIVA — May 19, 2026

NON-NEGOTIABLE

**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** — **$1,250.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
812 LEE ST SW
ATLANTA, GA 30310
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

VOID IF OVER US $ 1,250.00

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (10/19) 30089175

---

**PERSONAL MONEY ORDER**

0066800 Office AU # — 11-24 1210(8)

SERIAL #: 6680002105 — ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

PAY TO THE ORDER OF TRAVIS LISSIMORE — May 18, 2026

NON-NEGOTIABLE

**Two Hundred Eleven and 00/100 -US Dollars ** — **$211.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

VOID IF OVER US $ 211.00

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) 60002470



PERSONAL MONEY ORDER
SERIAL #: 6680002117
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF JAMES POLEN
May 27, 2026
**Eight Hundred Nine and 00/100 -US Dollars **
**$809.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002115
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF MARKEL HENRY
May 27, 2026
**Three Hundred Ninety and 00/100 -US Dollars **
**$390.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002113
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF JACOBY MORRIS
May 27, 2026
**One Hundred Eighty-Six and 00/100 -US Dollars **
**$186.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002114
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF DONTEVIUS RUTLEDGE
May 27, 2026
**Three Hundred Twenty-Five and 00/100 -US Dollars **
**$325.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002111
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF DIONTE THOMPSON
May 27, 2026
**Two Hundred Sixty-Six and 00/100 -US Dollars **
**$266.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002116
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF ROBERT WILLIS
May 27, 2026
**Two Hundred Two and 00/100 -US Dollars **
**$202.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002112
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF ANWAR ALI
May 27, 2026
**Seven Hundred Twenty-Six and 00/100 -US Dollars **
**$726.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002118
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF BOBBY BALDWIN
May 27, 2026
**Six Hundred Four and 00/100 -US Dollars **
**$604.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002119
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF ANTHONY MOORE
May 27, 2026
**Fifty-One and 00/100 -US Dollars **
**$51.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002120
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
PAY TO THE ORDER OF DECORREY AVERY
May 27, 2026
**Four Hundred Ninety-Three and 00/100 -US Dollars **
**$493.00**
NON-NEGOTIABLE
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy



0066800 Office AU # 11-24 1210(8)

CASHIER'S CHECK

SERIAL #: 6680005603
ACCOUNT#: 4861-513281

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)

May 27, 2026

PAY TO THE ORDER OF LUCINO VALDIVA

NON-NEGOTIABLE

**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** **$1,250.00**

Payee Address:
Memo:

VOID IF OVER US $ 1,250.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 60002470

0066800 Office AU # 11-24 1210(8)

PERSONAL MONEY ORDER

SERIAL #: 6680002123
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)

May 27, 2026

PAY TO THE ORDER OF AURELIA CRUMBY

NON-NEGOTIABLE

**Two Hundred Fifty-Six and 00/100 -US Dollars ** **$256.00**

Payee Address:
Memo:

VOID IF OVER US $ 256.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

0066800 Office AU # 11-24 1210(8)

PERSONAL MONEY ORDER

SERIAL #: 6680002125
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)

May 27, 2026

PAY TO THE ORDER OF VUYISWA RASMENI

NON-NEGOTIABLE

**Four Hundred Seventeen and 14/100 -US Dollars ** **$417.14**

Payee Address:
Memo:

VOID IF OVER US $ 417.14

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

0066800 Office AU # 11-24 1210(8)

PERSONAL MONEY ORDER

SERIAL #: 6680002124
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)

May 27, 2026

PAY TO THE ORDER OF SONIA LOPEZ NAJERA

NON-NEGOTIABLE

**Seven Hundred Twenty and 00/100 -US Dollars ** **$720.00**

Payee Address:
Memo:

VOID IF OVER US $ 720.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470



0066800 Office AU # 11-24 1210(8)

PERSONAL MONEY ORDER

SERIAL #: 6680002128
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)

May 28, 2026

PAY TO THE ORDER OF JOHNATHAN DOUGLAS

NON-NEGOTIABLE

**Three Hundred Fourteen and 00/100 -US Dollars ** **$314.00**

Payee Address:
Memo:

VOID IF OVER US $ 314.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

# CASH WITHDRAWAL PAYROLL REPORT
## May 2026

| MONEY ORDER PAYMENTS FOR PAYROLL & FIRST SAVINGS BANK ADEQUATE PROTECTION PAYMENTS | | MONEY ORDER TOTALS | WELLS FARGO CASH WITHDRAWALS |
|---|---|---|---|
| **May 4th** | | | $1,260.00 |
| Lucino Valdiva | $ 1,250 | | |
| Bank Fees | $ 10 | | |
| | | $ 1,260 | |
| **May 12th** | | | $5,096.00 |
| Aurelia Crumby | $ 256 | | $2,841.00 |
| Lucino Valdiva | $ 1,400 | | |
| Vuyiswa Rasmeni | $ 368 | | |
| Sonia Lopez Najera | $ 792 | | |
| Jamerius Polen | $ 400 | | |
| Dontevius Rutledge | $ 255 | | |
| James Polen | $ 873 | | |
| Bobby Baldwin | $ 701 | | |
| Markel Henry | $ 397 | | |
| Anwar Ali | $ 873 | | |
| Jonathan Douglas | $ 494 | | |
| Jacoby | $ 155 | | |
| Dionte Thompson | $ 343 | | |
| Decorrey Avery | $ 555 | | |
| Bank Fee | $ 75 | | |
| | | $ 7,937 | |
| **May 18th** | | | $397.00 |
| Robert Willis | $ 176 | | |
| Travis Lissimore | $ 211 | | |
| Bank Fees | $ 10 | | |
| | | $ 397 | |
| **May 19th** | | | $1,260.00 |
| Lucino Valdiva | $ 1,250 | | |
| Bank fees | $ 10 | | |
| | | $ 1,260 | |
| **May 27th** | | | $2,939.00 |
| James Polen | $ 809 | | $1,163.00 |
| Jacoby Morris | $ 186 | | $2,668.14 |
| Dionte Thompson | $ 266 | | |
| Anwar Ali | $ 726 | | |
| Anthony Moore | $ 51 | | |
| Markel Henry | $ 390 | | |
| Dontevius Rutledge | $ 325 | | |
| Robert Willis | $ 202 | | |
| Bobby Baldwin | $ 604 | | |
| Decorrey Avery | $ 493 | | |
| Lucino Valdiva | $ 1,250 | | |
| Aurelia Crumby | $ 256 | | |
| Vuyiswa Rasmeni | $ 417 | | |
| Sonia Lopez Najera | $ 720 | | |
| Bank Fees | $ 75 | | |
| | | $ 6,770 | |
| **May 28th** | | | $319.00 |
| Jonathan Douglas | $ 314 | | |
| Bank Fee | $ 5 | | |
| | | $ 319 | |
| **MARCH TOTAL** | **$ 17,943** | **$ 17,943** | **$ 17,943** |