**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | |
| | Case No. 1:24-57098-LRC |
| ASSOCIATION MOTOR CLUB, LLC, | |
| d/b/a Auto Spa Bistro, | Chapter 11 |
| Debtor. | Judge Lisa Ritchey Craig |

**DEBTOR'S NOTICE OF SERVICE OF EXPERT DISCLOSURES**
**UNDER FED. R. CIV. P. 26(a)(2) AND BANKRUPTCY RULE 7026**

PLEASE TAKE NOTICE that, on June 22, 2026, Debtor Association Motor Club, LLC d/b/a Auto Spa Bistro (the "**Debtor**") served its *Disclosure of Expert Testimony of S. Gregory Hays, CTP, CIRA*, under Federal Rule of Civil Procedure 26(a)(2), made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7026 and 9014 and by paragraph 5 of the Court's *Order Establishing Procedures and Deadlines for Approval of Debtor's Amended Disclosure Statement, Solicitation, and Confirmation of Amended Chapter 11 Plan* (Doc. 215, entered June 10, 2026) (the "**Scheduling Order**"), together with Mr. Hays's curriculum vitae, upon all counsel of record.

In accordance with Federal Rule of Civil Procedure 5(d)(1)(A), made applicable by Federal Rule of Bankruptcy Procedure 7005, the expert disclosure was served by electronic mail upon the parties identified in the certificate of service below.

The Debtor contemporaneously files its *Motion to Extend Expert Disclosure Deadline*. The Debtor's disclosure states Mr. Hays's opinions and the principal bases for them and provides the disclosures required by Rule 26(a)(2)(B)(i–vi). The additional written information and supporting financial model will be served on or before the deadline established by the Court on the Debtor's contemporaneously filed *Motion to Extend Expert Disclosure Deadline*, and in any event, no later

1

than the July 27, 2026, the supplemental expert disclosure deadline established by paragraph 7 of the Scheduling Order.

Respectfully submitted this 22nd day of June, 2026.

**FALLON LAW PC**

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor, Association
Motor Club, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed the foregoing *Debtor's Notice of Service of Expert Disclosures* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Justan C. Bounds    jbounds@carltonfields.com, pjordan@carltonfields.com; kathompson@carltonfields.com; amallon@carltonfields.com

- Alan Hinderleider    Alan.Hinderleider@usdoj.gov

- Christopher P Butler    cbutlerlaw@outlook.com

- Alan C. Hochheiser    ahochheiser@mauricewutscher.com

- Ronald A. Levine    rlevine@levineblock.com, rlevine682@gmail.com

- Ashley B Mallon    amallon@carltonfields.com, kathompson@carltonfields.com

- Aaron Nash    anash@evanspetree.com

- Caitlyn Powers    cpowers@rlkglaw.com, dsideris@rlkglaw.com; emiller@rlkglaw.com;wgeer@rlkglaw.com; 6717577420@filings.docketbird.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com; lmassey@rlkglaw.com; cwilliams@rlkglaw.com

- William A. Rountree    wrountree@rlkglaw.com, 6717577420@filings.docketbird.com; wgeer@rlkglaw.com;2836@notices.nextchapterbk.com; willgeer@ecf.courtdrive.com; emiller@rlkglaw.com; emillerrlkg@ecf.courtdrive.com; dsideris@rlkglaw.com; cwilliams@rlkglaw.com

- Andres H. Sandoval    andres.sandoval@usdoj.gov, CaseView.ECF@usdoj.gov; deanna.lancaster@usdoj.gov

Dated: June 22, 2026

/s/ Brad Fallon
Brad Fallon
Georgia Bar No. 226335
FALLON LAW PC
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor*

3