**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re:<br><br>ASSOCIATION MOTOR CLUB, LLC,<br>d/b/a Auto Spa Bistro,<br><br>     Debtor. | Case No. 1:24-57098-LRC<br><br>Chapter 11<br><br>Judge Lisa Ritchey Craig |

**DEBTOR'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE**

Debtor Association Motor Club, LLC d/b/a Auto Spa Bistro (the "**Debtor**") respectfully moves, under Federal Rule of Bankruptcy Procedure 9006(b)(1), to extend its expert disclosure deadline as set forth below, and shows the following:

1.　By the Court's *Order Establishing Procedures and Deadlines for Approval of Debtor's Amended Disclosure Statement, Solicitation, and Confirmation of Amended Chapter 11 Plan* (Doc. 215, entered June 10, 2026) (the "**Scheduling Order**"), the Court set the Debtor's expert disclosure deadline at June 22, 2026 (¶ 5); the other parties' expert disclosure deadline at July 13, 2026 (¶ 6); and a supplemental expert disclosure deadline at July 27, 2026 (¶ 7). Expert discovery is open from June 22 through August 10, 2026 (¶ 4), and the confirmation hearing is set for August 20, 2026 (¶ 11).

2.　On June 22, 2026, in accordance with Federal Rule of Civil Procedure 26(a)(2), made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7026 and 9014,　the Debtor timely served *Debtor's Rule 26(a)(2) Expert Disclosure and Expert Report of S. Gregory Hays, CTP, CIRA,* together with his curriculum vitae. (Doc 217, *Notice of Service of Expert Disclosures*). That disclosure states Mr. Hays's opinions—principally, that the Amended Plan is feasible—and the principal bases for them, the facts and data considered, his anticipated exhibits, his qualifications and publications, his prior testimony, and his compensation. The

1

substance of Mr. Hays's opinions as required by Rule 26 has therefore been timely disclosed; however, Mr. Hays, who will be traveling for several days beginning Wednesday, June 24, 2026, desires an additional week, until June 30, 2026, to finalize additional written information and to complete an Excel spreadsheet containing additional financial modeling, which will provide further relevant information to all parties.

3.      Mr. Hays has been diligently engaged and has prepared his opinions and a substantially complete written report. In finalizing his analysis, Mr. Hays developed a new supporting financial (spreadsheet) model that is integral to the written report; completing that model, and conforming the written report to it so that the model and the narrative are fully integrated, requires a short additional period, so that the parties receive a single, finalized, internally consistent report and model rather than a draft requiring later correction.

4.      Accordingly, the Debtor requests a brief extension of its deadline under paragraph 5 of the Scheduling Order to serve Mr. Hays's finalized written report and supporting financial model, through and including June 30, 2026. The requested date precedes the July 13, 2026 expert disclosure deadline for all other parties (¶ 6), preserving their opportunity to review Mr. Hays's report before their own disclosures, and precedes the July 27, 2026 supplemental expert disclosure deadline (¶ 7), which remains available for any further supplementation under Rule 26(e).

5.      Good cause exists to grant the request. It is made before the June 22, 2026 deadline expires and is therefore governed by the "cause shown" standard of Rule 9006(b)(1); it is sought in good faith and not for delay; and it is substantially justified by the diligent completion of additional financial modeling. No party is prejudiced: the substance of Mr. Hays's opinions has already been disclosed via the Rule 26 expert witness disclosure served today under Rule 26(a)(2)(B)(i–vi); the other parties do not make their expert disclosures until July 13, 2026; expert discovery remains open through August 10, 2026; and the confirmation hearing is not until August 20, 2026.

6.      The Debtor's counsel is seeking the consent of the United States Trustee, the Small Business Administration, First Merchants Bank, and other appearing parties to this brief extension, and submits a proposed order herewith.

WHEREFORE, the Debtor respectfully requests that the Court enter an order extending the Debtor's expert disclosure deadline under paragraph 5 of the Scheduling Order (Doc. 215), for service of an additional written report and supporting financial model of S. Gregory Hays, through and including June 30, 2026, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 22nd day of June, 2026.

**FALLON LAW PC**

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor, Association Motor Club, LLC*

3

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed the foregoing *Debtor's Motion to Extend Expert Disclosure Deadline* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Justan C. Bounds     jbounds@carltonfields.com, pjordan@carltonfields.com; kathompson@carltonfields.com; amallon@carltonfields.com

- Alan Hinderleider     Alan.Hinderleider@usdoj.gov

- Christopher P Butler     cbutlerlaw@outlook.com

- Alan C. Hochheiser     ahochheiser@mauricewutscher.com

- Ronald A. Levine     rlevine@levineblock.com, rlevine682@gmail.com

- Ashley B Mallon     amallon@carltonfields.com, kathompson@carltonfields.com

- Aaron Nash     anash@evanspetree.com

- Caitlyn Powers     cpowers@rlkglaw.com, dsideris@rlkglaw.com; emiller@rlkglaw.com;wgeer@rlkglaw.com; 6717577420@filings.docketbird.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com; lmassey@rlkglaw.com; cwilliams@rlkglaw.com

- William A. Rountree     wrountree@rlkglaw.com, 6717577420@filings.docketbird.com; wgeer@rlkglaw.com;2836@notices.nextchapterbk.com; willgeer@ecf.courtdrive.com; emiller@rlkglaw.com; emillerrlkg@ecf.courtdrive.com; dsideris@rlkglaw.com; cwilliams@rlkglaw.com

- Andres H. Sandoval     andres.sandoval@usdoj.gov, CaseView.ECF@usdoj.gov; deanna.lancaster@usdoj.gov

Dated: June 22, 2026

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
FALLON LAW PC
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor*

4