**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>ASSOCIATION MOTOR CLUB, LLC,<br>d/b/a Auto Spa Bistro,<br><br>Debtor. | Case No. 1:24-57098-LRC<br><br>Chapter 11<br><br>Judge Lisa Ritchey Craig |

**DEBTOR'S NOTICE OF SERVICE OF EXPERT REPORT**
**UNDER FED. R. CIV. P. 26(a)(2)(B) AND BANKRUPTCY RULE 7026**

PLEASE TAKE NOTICE that, on July 20, 2026, Debtor Association Motor Club, LLC d/b/a Auto Spa Bistro (the "**Debtor**") served the Debtor's expert report of S. Gregory Hays, CTP, CIRA in accordance with Federal Rule of Civil Procedure 26(a)(2)(B), Federal Rule of Bankruptcy Procedure 7026 and 9014, and the consent order entered by the Court on July 14, 2026 (Doc. 224). This *Expert Report on Feasibility of Plan of Reorganization* accompanies the Debtor's previously served Rule 26(a)(2) expert disclosures, which were served on June 22, 2026.

In accordance with Fed. R. Civ. P. 5(d)(1)(A), made applicable by Fed. R. Bankr. P. 7005, the expert report was served by email upon the parties identified in the certificate of service below.

Respectfully submitted this 20th day of July 2026.

**FALLON LAW PC**

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor, Association Motor Club, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed the foregoing *Debtor's Notice of Service of Expert Report Under Fed. R. Civ. P. 26(a)(2)(B) and Bankruptcy Rule 7026* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Justan C. Bounds jbounds@carltonfields.com, pjordan@carltonfields.com; kathompson@carltonfields.com; amallon@carltonfields.com
- Alan Hinderleider Alan.Hinderleider@usdoj.gov
- Christopher P Butler cbutlerlaw@outlook.com
- Alan C. Hochheiser ahochheiser@mauricewutscher.com
- Ronald A. Levine rlevine@levineblock.com, rlevine682@gmail.com
- Ashley B Mallon amallon@carltonfields.com, kathompson@carltonfields.com
- Aaron Nash anash@evanspetree.com
- Caitlyn Powers cpowers@rlkglaw.com, dsideris@rlkglaw.com; emiller@rlkglaw.com;wgeer@rlkglaw.com; 6717577420@filings.docketbird.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com; lmassey@rlkglaw.com; cwilliams@rlkglaw.com
- William A. Rountree wrountree@rlkglaw.com, 6717577420@filings.docketbird.com; wgeer@rlkglaw.com;2836@notices.nextchapterbk.com; willgeer@ecf.courtdrive.com; emiller@rlkglaw.com; emillerrlkg@ecf.courtdrive.com; dsideris@rlkglaw.com; cwilliams@rlkglaw.com
- Andres H. Sandoval andres.sandoval@usdoj.gov, CaseView.ECF@usdoj.gov; deanna.lancaster@usdoj.gov

Dated: July 20, 2026

*/s/ Brad Fallon*
Brad Fallon
Georgia Bar No. 226335
FALLON LAW PC
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
(404) 849-2199 | Fax (470) 994-0579
brad@fallonbusinesslaw.com

*Attorney for the Debtor*