UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re. ASSOCIATION MOTOR CLUB, LLC, § Case No. 24-57098
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 07/09/2024

Months Pending: 24

Industry Classification: 1 1 9 2

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brad Fallon
Signature of Responsible Party

08/07/2026
Date

Brad Fallon
Printed Name of Responsible Party

1201 W. Peachtree St. NW, Suite 2300
Atlanta, GA 30309
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $2,728 | |
| b. | Total receipts (net of transfers between accounts) | $71,320 | $2,225,105 |
| c. | Total disbursements (net of transfers between accounts) | $71,149 | $219,280 |
| d. | Cash balance end of month (a+b-c) | $2,899 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $71,149 | $219,280 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $3,182 |
| d | Total current assets | $5,910 |
| e. | Total assets | $3,528,092 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $5,085,529 |
| l. | Prepetition priority debt | $2,855 |
| m. | Prepetition unsecured debt | $190,602 |
| n. | Total liabilities (debt) (j+k+l+m) | $5,278,986 |
| o. | Ending equity/net worth (e-n) | $-1,750,894 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $71,320 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $5,227 | |
| c. | Gross profit (a-b) | $66,093 | |
| d. | Selling expenses | $36,147 | |
| e. | General and administrative expenses | $11,418 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $858 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $17,670 | $54,330 |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $19,326 | $0 | $6,500 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Fallon Law PC | Lead Counsel | $0 | $19,326 | $0 | $6,500 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Capital Solutions CPA, PC | Financial Professional | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ | No ◉ | | |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ◯ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ◯ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ◯ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ | No ◯ | N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ◉ | No ◯ | | |
| | If yes, are your premiums current? | Yes ◉ | No ◯ | N/A ◯ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ | No ◯ | | |
| | If yes, are your premiums current? | Yes ◉ | No ◯ | N/A ◯ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉ | No ◯ | | |
| | If yes, are your premiums current? | Yes ◉ | No ◯ | N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉ | No ◯ | | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉ | No ◯ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ◯ | | |

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Lemont Bradley
Signature of Responsible Party

Lemont Bradley
Printed Name of Responsible Party

Owner
Title

08/07/2026
Date

Debtor's Name ASSOCIATION MOTOR CLUB, LLC, Case No. 24-57098

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Initiate Business Checking℠



WELLS FARGO

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)
211 COLONIAL HOMES DR NW
APT 2630
ATLANTA GA 30309-1262

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Vet travel sites and agents to help avoid vacation scams

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- Use official sites and apps. Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- Don't click links in unexpected or urgent emails. Scammers may hack real reservation emails to request extra fees.
- Be careful with sponsored customer service search results. Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- Think twice about unusually cheap deals. Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

Slow down and verify before you click, call, or pay. Report suspicious messages or charges right away.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $2,728.48 |
| Deposits/Credits | 84,642.35 |
| Withdrawals/Debits | - 77,043.67 |
| Ending balance on 7/31 | $10,327.16 |

Account number: [redacted] 129 (primary account)

ASSOCIATION MOTOR CLUB, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-57098 (NGA)

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/1 | | Stripe Transfer St-Q0G6K7K3H1P8 Association Motor Club | 120.19 | | |
| 7/1 | | Toast Dep Jun 30 Jul 01 Pz0Mrsyk 4445079632372*Auto Spa Hybrid | 155.60 | | |
| 7/1 | | Toast Dep Jun 30 Jul 01 Pz0MRS29 4445079628131*Auto Spa Bistro | 254.93 | | |
| 7/1 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqvp254 on 07/01/26 | 100.00 | | |
| 7/1 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqw6Y5H on 07/01/26 | 100.00 | | |
| 7/1 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqwd7R3 on 07/01/26 | 200.00 | | |
| 7/1 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqwdzbk on 07/01/26 | 81.00 | | |
| 7/1 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqwt9Fr on 07/01/26 | 325.00 | | |
| 7/1 | | Purchase authorized on 06/29 Kalloren PR 7707458446 GA S306180633009787 Card 8146 | | 177.00 | |
| 7/1 | | Money Transfer authorized on 06/29 Apple Cash Sent MO 1Infiniteloop CA S586180768573351 Card 8146 | | 939.13 | |
| 7/1 | | Money Transfer authorized on 06/29 Apple Cash Sent MO 1Infiniteloop CA S356180769647101 Card 8146 | | 100.00 | |
| 7/1 | | Recurring Payment authorized on 06/29 WWW.Smartcredit.CO 877-372-3895 CA S346181115206826 Card 8146 | | 29.99 | |
| 7/1 | | Purchase authorized on 06/30 Enterprise Rent-A- Atlanta GA S386181748298938 Card 8146 | | 732.32 | |
| 7/1 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqwdjgn on 07/01/26 | | 41.00 | |
| 7/1 | | Online Transfer to Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yqxh2Hk on 07/01/26 | | 100.00 | |
| 7/1 | | Zelle to Burnett Patrice on 07/01 Ref # Wfct12Cknr73 | | 14.15 | |
| 7/1 | < | Business to Business ACH Debit - Paychex Eib Invoice 260701 x17464600002912 Association Motor Club | | 80.75 | |
| 7/1 | 96 | Check | | 243.80 | 1,607.06 |
| 7/2 | | Stripe Transfer St-T6Q5C9K0V8I6 Association Motor Club | 216.29 | | |
| 7/2 | | Toast Dep Jul 01 Jul 02 Pz0Mvatr 4445079632372*Auto Spa Hybrid | 254.45 | | |
| 7/2 | | Toast Dep Jul 01 Jul 02 Pz0Mugn8 4445079628131*Auto Spa Bistro | 486.01 | | |
| 7/2 | | ATM Cash Deposit on 07/02 2204 Peachtree Rd NW Atlanta GA 0009481 ATM ID 0333W Card 8146 | 280.00 | | |
| 7/2 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yrhd847 on 07/02/26 | 100.00 | | |
| 7/2 | | Purchase authorized on 07/01 Affordable Dumpste 877-3938677 FL S306182505246564 Card 8146 | | 259.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/2 | | Recurring Payment authorized on 07/01 Instawork-7784641 Instawork.Com CA S306182523442755 Card 8146 | | 181.58 | |
| 7/2 | | Withdrawal Made In A Branch/Store | | 1,265.00 | 1,238.23 |
| 7/3 | 98 | Check | | 1,255.70 | |
| 7/3 | | Doordash, Inc. Doordash - St-E2V3C1O9Z2H4 Association Motor Club | 19.86 | | |
| 7/3 | | Stripe Transfer St-Q5x1x0x5N9D4 Association Motor Club | 312.38 | | |
| 7/3 | | Toast Dep Jul 02 Jul 03 Pz0Mvwsf 4445079628131*Auto Spa Bistro | 2,021.99 | | |
| 7/3 | | Toast Dep Jul 02 Jul 03 Pz0Mvy56 4445079632372*Auto Spa Hybrid | 2,054.66 | | |
| 7/3 | | Money Transfer authorized on 07/01 Apple Cash Sent MO 1Infiniteloop CA S306182470394389 Card 8146 | | 88.00 | |
| 7/3 | | Money Transfer authorized on 07/01 Apple Cash Sent MO 1Infiniteloop CA S466182490745898 Card 8146 | | 95.00 | |
| 7/3 | | Purchase authorized on 07/01 The Engelman's Bak 7702481444 GA S466182788624650 Card 8146 | | 112.85 | |
| 7/3 | | Purchase authorized on 07/02 Northside Drive Li 404-3513273 GA S586183563094933 Card 8146 | | 596.60 | |
| 7/3 | | Recurring Payment authorized on 07/02 Apple.Com/Bill 866-712-7753 CA S356183677761446 Card 8146 | | 29.37 | |
| 7/3 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-R9U4x8Y5N5A9 Lemont Bradley | | 1,497.00 | 1,972.60 |
| 7/6 | | Toast Dep Jul 05 Jul 06 Pz0M5Dyd 4445079632372*Auto Spa Hybrid | 302.45 | | |
| 7/6 | | Toast Dep Jul 04 Jul 05 Pz0M3Zrg 4445079632372*Auto Spa Hybrid | 637.02 | | |
| 7/6 | | Toast Dep Jul 04 Jul 05 Pz0M2Qh7 4445079628131*Auto Spa Bistro | 1,057.22 | | |
| 7/6 | | Toast Dep Jul 05 Jul 06 Pz0M4R9A 4445079628131*Auto Spa Bistro | 2,751.94 | | |
| 7/6 | | Money Transfer authorized on 07/02 Apple Cash Sent MO 1Infiniteloop CA S466184024111487 Card 8146 | | 285.00 | |
| 7/6 | | Purchase authorized on 07/03 Kalloren PR 7707458446 GA S306184527825378 Card 8146 | | 327.00 | |
| 7/6 | | Purchase authorized on 07/03 Sq *Capital Soluti Gosq.Com GA S346184547781014 Card 8146 | | 339.62 | |
| 7/6 | | Purchase authorized on 07/03 Craigslist.Org 415-399-5200 CA S586184578451160 Card 8146 | | 35.00 | |
| 7/6 | | Money Transfer authorized on 07/03 Apple Cash Sent MO 1Infiniteloop CA S386184730399412 Card 8146 | | 77.00 | |
| 7/6 | | Money Transfer authorized on 07/03 Apple Cash Sent MO 1Infiniteloop CA S586184826690024 Card 8146 | | 80.00 | |
| 7/6 | | Purchase authorized on 07/05 Apple.Com/Bill 866-712-7753 CA S346186429428876 Card 8146 | | 46.97 | |
| 7/6 | | Zelle to Burnett Patrice on 07/06 Ref # Wfct12D6Sgcb Tips | | 210.13 | |
| 7/6 | < | Business to Business ACH Debit - Toast, Inc Purchase T St-F7A0B5Y2A8E3 Toast Inc | | 63.09 | |
| 7/6 | < | Business to Business ACH Debit - Toast, Inc Purchase T St-L0N2O9I4E2C0 Toast Inc | | 140.00 | 5,117.42 |
| 7/7 | | Stripe Transfer St-J9Z2M8S3G6B3 Association Motor Club | 191.48 | | |
| 7/7 | | Toast Dep Jul 06 Jul 07 Pz0M6D45 4445079628131*Auto Spa Bistro | 540.81 | | |
| 7/7 | | Toast Dep Jul 06 Jul 07 Pz0M7S8P 4445079632372*Auto Spa Hybrid | 587.35 | | |
| 7/7 | | Withdrawal Made In A Branch/Store | | 4,704.00 | |
| 7/7 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050535664 Association Motor Club | | 131.70 | |
| 7/7 | 99 | Check | | 632.23 | 969.13 |
| 7/8 | | Purchase Return authorized on 07/07 Enterprise Rent-A-Atlanta GA S346188739466262 Card 8146 | 300.00 | | |
| 7/8 | | Stripe Transfer St-G3W2F7Y8B9Q7 Association Motor Club | 313.08 | | |
| 7/8 | | Toast Dep Jul 07 Jul 08 Pz0M9Xjk 4445079632372*Auto Spa Hybrid | 155.10 | | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/8 | | Toast Dep Jul 07 Jul 08 Pz0M8Jju 4445079628131*Auto Spa Bistro | 1,591.50 | | |
| 7/8 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yttcsj2 on 07/08/26 | 530.00 | | |
| 7/8 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Ytyrvtr on 07/08/26 | 100.00 | | |
| 7/8 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Ytyzvqy on 07/08/26 | 220.00 | | |
| 7/8 | | Money Transfer authorized on 07/06 Apple Cash Sent MO 1Infiniteloop CA S306187759210308 Card 8146 | | 365.33 | |
| 7/8 | | Money Transfer authorized on 07/06 Apple Cash Sent MO 1Infiniteloop CA S386187759721971 Card 8146 | | 218.00 | |
| 7/8 | | Money Transfer authorized on 07/06 Apple Cash Sent MO 1Infiniteloop CA S356187760052583 Card 8146 | | 125.00 | |
| 7/8 | | Purchase authorized on 07/07 Comcast / Xfinity 800-266-2278 GA S306188743155847 Card 8146 | | 162.00 | |
| 7/8 | | Zelle to Burnett Patrice on 07/08 Ref # Wfct22Ddp22Z | | 212.95 | |
| 7/8 | < | Business to Business ACH Debit - Intuit * Qbooks Onl 260707 5663329 Lemont Bradley | | 75.00 | |
| 7/8 | < | Business to Business ACH Debit - Paychex Eib Invoice 260708 x17562200005522 Association Motor Club | | 92.00 | 2,928.53 |
| 7/9 | | Next Insur Gen L Transfer St-B1A1C4V2G5W6 Lemont Bradley | 150.72 | | |
| 7/9 | | Next Insur Gen L Transfer St-Q1R3G2R6M9G0 Lemont Bradley | 179.51 | | |
| 7/9 | | Next Insur Gen L Transfer St-Z1S6Z3H7G9T2 Lemont Bradley | 179.59 | | |
| 7/9 | | Next Insur Gen L Transfer St-O0Y1N4G5W6F1 Lemont Bradley | 179.59 | | |
| 7/9 | | Next Insur Gen L Transfer St-K3U8V6F5Q0x4 Lemont Bradley | 179.59 | | |
| 7/9 | | Toast Dep Jul 08 Jul 09 Pz0Nbfa6 4445079632372*Auto Spa Hybrid | 368.03 | | |
| 7/9 | | Toast Dep Jul 08 Jul 09 Pz0Nbzpx 4445079628131*Auto Spa Bistro | 421.90 | | |
| 7/9 | | Purchase authorized on 07/08 Gas South Payment 877-472-4932 GA S356189489980520 Card 8146 | | 284.66 | |
| 7/9 | | Purchase authorized on 07/08 Fedex Office 1771 Atlanta GA S346189511436313 Card 8146 | | 5.41 | |
| 7/9 | | Purchase authorized on 07/08 Restaurant Depot Atlanta GA S386189560410260 Card 8146 | | 1,464.89 | |
| 7/9 | | Purchase authorized on 07/09 Uber * Eats Pending San Francisco CA P000000846405491 Card 8146 | | 31.50 | 2,801.00 |
| 7/10 | | Doordash, Inc. Doordash - St-R6V8D8x6x0O6 Association Motor Club | 4.47 | | |
| 7/10 | | Next Insur Gen L Transfer St-I0A6L1H9C0F5 Lemont Bradley | 1,497.00 | | |
| 7/10 | | Stripe Transfer St-L5T4J6x4F3M5 Association Motor Club | 96.09 | | |
| 7/10 | | Toast Dep Jul 09 Jul 10 Pz0Ncz35 4445079628131*Auto Spa Bistro | 902.80 | | |
| 7/10 | | Toast Dep Jul 09 Jul 10 Pz0NC9Yp 4445079632372*Auto Spa Hybrid | 1,300.84 | | |
| 7/10 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yvmj5V3 on 07/10/26 | 1,560.00 | | |
| 7/10 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yvt3Dk6 on 07/10/26 | 110.00 | | |
| 7/10 | | Wire Trans Svc Charge - Sequence: 260710050714 Srf# Ow00007181062140 Trn#260710050714 Rfb# Ow00007181062140 | | 25.00 | |
| 7/10 | | Money Transfer authorized on 07/08 Apple Cash Sent MO 1Infiniteloop CA S356189816831546 Card 8146 | | 79.00 | |
| 7/10 | | Money Transfer authorized on 07/08 Apple Cash Sent MO 1Infiniteloop CA S466189817257807 Card 8146 | | 55.00 | |
| 7/10 | | Purchase authorized on 07/09 Northside Drive Li 404-3513273 GA S346190508857216 Card 8146 | | 242.76 | |
| 7/10 | | WT Fed#01R00 First Merchants Ba /Ftr/Bnf=Association Motor Club LLC Srf# Ow00007181062140 Trn#260710050714 Rfb# Ow00007181062140 | | 7,500.00 | 370.44 |
| 7/13 | | Toast Dep Jul 10 Jul 11 Pz0Ngjr3 4445079628131*Auto Spa Bistro | 56.95 | | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/13 | | Stripe Transfer St-N8N0Q3F7Q7Y4 Association Motor Club | 118.22 | | |
| 7/13 | | Toast Dep Jul 11 Jul 12 Pz0Nhunw 4445079632372*Auto Spa Hybrid | 390.55 | | |
| 7/13 | | Toast Dep Jul 12 Jul 13 Pz0Nmgt7 4445079632372*Auto Spa Hybrid | 463.90 | | |
| 7/13 | | Toast Dep Jul 11 Jul 12 Pz0Nhcvd 4445079628131*Auto Spa Bistro | 932.10 | | |
| 7/13 | | Toast Dep Jul 12 Jul 13 Pz0Nmqbc 4445079628131*Auto Spa Bistro | 1,613.71 | | |
| 7/13 | | WT Seq191397 WF Return Wires IN Proc /Org= Srf# 2026071000099788 Trn#260713191397 Rfb# | 7,500.00 | | |
| 7/13 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yw28V49 on 07/11/26 | 25.00 | | |
| 7/13 | | Money Transfer authorized on 07/09 Apple Cash Sent MO 1Infiniteloop CA S586190767465429 Card 8146 | | 136.05 | |
| 7/13 | | Money Transfer authorized on 07/10 Apple Cash Sent MO 1Infiniteloop CA S386191753391961 Card 8146 | | 201.00 | |
| 7/13 | | Money Transfer authorized on 07/10 Apple Cash Sent MO 1Infiniteloop CA S356191753742677 Card 8146 | | 53.00 | |
| 7/13 | | Recurring Payment authorized on 07/11 Apple.Com/Bill 866-712-7753 CA S466193184195472 Card 8146 | | 22.39 | 11,058.43 |
| 7/14 | | Payx-Pia-Wc Wc-Premium 0000050585240 Association Motor Club | 23.78 | | |
| 7/14 | | Stripe Transfer St-O7P3N4H2O8H2 Association Motor Club | 217.16 | | |
| 7/14 | | Toast Dep Jul 13 Jul 14 Pz0Nn787 4445079628131*Auto Spa Bistro | 461.21 | | |
| 7/14 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yx58Vc5 on 07/14/26 | 700.00 | | |
| 7/14 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yx8D3Pj on 07/14/26 | 500.00 | | |
| 7/14 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yx9W435 on 07/14/26 | 45.00 | | |
| 7/14 | | Wire Trans Svc Charge - Sequence: 260714070420 Srf# Ow00007195963214 Trn#260714070420 Rfb# Ow00007195963214 | | 25.00 | |
| 7/14 | | Purchase authorized on 07/13 Facebk *Qs9Dkwhns2 650-5434800 DE S386194272427990 Card 8146 | | 35.88 | |
| 7/14 | | Purchase authorized on 07/13 City of Atl-Waters 404-546-0311 GA S356194449058880 Card 8146 | | 1,500.00 | |
| 7/14 | | Purchase authorized on 07/13 Hibu Global / Hibu 800-929-3556 IA S356194532709332 Card 8146 | | 1,917.00 | |
| 7/14 | | WT Fed#01R00 First Merchants Ba /Ftr/Bnf=First Merchants Bank Srf# Ow00007195963214 Trn#260714070420 Rfb# Ow00007195963214 | | 7,500.00 | |
| 7/14 | < | Business to Business ACH Debit - Paychex Eib Invoice 260714 x17639000002814 Association Motor Club | | 88.25 | |
| 7/14 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050577322 Association Motor Club | | 99.02 | |
| 7/14 | 101 | Check | | 727.67 | 1,112.76 |
| 7/15 | | Toast Dep Jul 14 Jul 15 Pz0Nq9Yz 4445079628131*Auto Spa Bistro | 194.02 | | |
| 7/15 | | Toast Dep Jul 14 Jul 15 Pz0Nqvr5 4445079632372*Auto Spa Hybrid | 199.85 | | |
| 7/15 | | Stripe Transfer St-Z3M5K9x1H6M4 Association Motor Club | 289.67 | | |
| 7/15 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yxjxkvv on 07/15/26 | 1,000.00 | | |
| 7/15 | | Purchase authorized on 07/13 Kalloren PR 7707458446 GA S356194514010151 Card 8146 | | 132.30 | |
| 7/15 | | Purchase authorized on 07/14 Restaurant Depot Atlanta GA S356195581732794 Card 8146 | | 766.05 | |
| 7/15 | | Withdrawal Made In A Branch/Store | | 1,526.00 | |
| 7/15 | < | Business to Business ACH Debit - Paychex Eib Invoice 260715 x17659000046764 Association Motor Club | | 44.75 | |
| 7/15 | | Westco Pumping S Sale 260715 Lemont Bradley | | 200.00 | 127.20 |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/16 | | Toast Dep Jul 15 Jul 16 Pz0Nueut 4445079632372*Auto Spa Hybrid | 689.06 | | |
| 7/16 | | Toast Dep Jul 15 Jul 16 Pz0Ntq7J 4445079628131*Auto Spa Bistro | 691.32 | | |
| 7/16 | 100 | Check | | 139.30 | 1,368.28 |
| 7/17 | | Doordash, Inc. Doordash - St-V7l4G6R0O9E3 Association Motor Club | 4.10 | | |
| 7/17 | | Toast Dep Jul 16 Jul 17 Pz0Nvzgz 4445079632372*Auto Spa Hybrid | 918.57 | | |
| 7/17 | | Toast Dep Jul 16 Jul 17 Pz0Nwqvs 4445079628131*Auto Spa Bistro | 990.72 | | |
| 7/17 | | Purchase authorized on 07/15 The Engelman's Bak 7702481444 GA S306196660119187 Card 8146 | | 121.42 | |
| 7/17 | | Recurring Payment authorized on 07/16 Apple.Com/Bill 866-712-7753 CA S306197470662671 Card 8146 | | 47.36 | |
| 7/17 | 104 | Check | | 1,255.68 | 1,857.21 |
| 7/20 | | Stripe Transfer St-D9M5A0Y6M9l5 Association Motor Club | 90.85 | | |
| 7/20 | | Toast Dep Jul 18 Jul 19 Pz0Nzxwr 4445079632372*Auto Spa Hybrid | 466.59 | | |
| 7/20 | | Toast Dep Jul 19 Jul 20 Pz0N4R6Q 4445079632372*Auto Spa Hybrid | 867.51 | | |
| 7/20 | | Toast Dep Jul 18 Jul 19 Pz0N2Sek 4445079628131*Auto Spa Bistro | 1,614.93 | | |
| 7/20 | | Toast Dep Jul 19 Jul 20 Pz0N4Njz 4445079628131*Auto Spa Bistro | 3,501.86 | | |
| 7/20 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Yz7Jmnb on 07/19/26 | 200.00 | | |
| 7/20 | | Purchase authorized on 07/16 Tiktok Shop Tiktok.Com CA S356197842104124 Card 8146 | | 60.84 | |
| 7/20 | | Purchase authorized on 07/17 Sq *Capital Soluti Gosq.Com GA S466198398597758 Card 8146 | | 577.36 | |
| 7/20 | | Purchase authorized on 07/17 Kalloren PR 7707458446 GA S306198490312193 Card 8146 | | 189.70 | |
| 7/20 | | Money Transfer authorized on 07/17 Apple Cash Sent MO 1Infiniteloop CA S466198633483667 Card 8146 | | 106.55 | |
| 7/20 | | Money Transfer authorized on 07/17 Apple Cash Sent MO 1Infiniteloop CA S466198712123876 Card 8146 | | 298.00 | |
| 7/20 | | Purchase authorized on 07/19 Coa Revenue & Comp 404-330-6270 GA S466200581238356 Card 8146 | | 319.91 | |
| 7/20 | | Purchase authorized on 07/19 Coa Revenue & Comp Ps://Wwwat GA S466200585757034 Card 8146 | | 243.96 | |
| 7/20 | | Purchase authorized on 07/19 Coa Revenue & Comp 404-330-6270 GA S586200592712177 Card 8146 | | 243.50 | |
| 7/20 | | Withdrawal Made In A Branch/Store | | 191.00 | |
| 7/20 | | Zelle to Burnett Patrice on 07/20 Ref # Wfct22Fqk9Z3 | | 210.68 | |
| 7/20 | | Car Wash App Purchase C St-O0K6M8W1T3J6 Association Motor Club | | 225.00 | 5,932.45 |
| 7/21 | | Stripe Transfer St-S6S6U6M6x2U8 Association Motor Club | 628.34 | | |
| 7/21 | | Toast Dep Jul 20 Jul 21 Pz0N7Dw9 4445079628131*Auto Spa Bistro | 163.92 | | |
| 7/21 | | Toast Dep Jul 20 Jul 21 Pz0N6Qxf 4445079632372*Auto Spa Hybrid | 233.42 | | |
| 7/21 | | Recurring Payment authorized on 07/20 Apple.Com/Bill 866-712-7753 CA S346201595765952 Card 8146 | | 20.00 | |
| 7/21 | | Purchase authorized on 07/20 Worldwide Environm 7149902700 CA S346201623441702 Card 8146 | | 408.38 | |
| 7/21 | | Withdrawal Made In A Branch/Store | | 1,338.00 | |
| 7/21 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050619140 Association Motor Club | | 75.24 | |
| 7/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 260721 x17740000005299 Association Motor Club | | 80.75 | |
| 7/21 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050626501 Association Motor Club | | 144.48 | |
| 7/21 | 106 | Check | | 632.23 | 4,259.05 |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/22 | | Stripe Transfer St-C6E8W2L3x2H7 Association Motor Club | 96.79 | | |
| 7/22 | | Toast Dep Jul 21 Jul 22 Pz0N8E8G 4445079632372*Auto Spa Hybrid | 53.30 | | |
| 7/22 | | Toast Dep Jul 21 Jul 22 Pz0N89Bq 4445079628131*Auto Spa Bistro | 250.57 | | |
| 7/22 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z2Bdgxj on 07/22/26 | 5,000.00 | | |
| 7/22 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z2Jktg9 on 07/22/26 | 1,000.00 | | |
| 7/22 | | Money Transfer authorized on 07/20 Apple Cash Sent MO 1Infiniteloop CA S466201744461698 Card 8146 | | 633.00 | |
| 7/22 | | Withdrawal Made In A Branch/Store | | 1,696.00 | |
| 7/22 | | Zelle to Burnett Patrice on 07/22 Ref # Wfct22Fxg2Gm | | 70.13 | |
| 7/22 | | Jjpf Payments 720Echeck 36715173 Association Motor Club | | 53.89 | |
| 7/22 | < | Business to Business ACH Debit - Paychex Eib Invoice 260722 x17761300018390 Association Motor Club | | 95.75 | |
| 7/22 | < | Business to Business ACH Debit - Next Insur Gen L Next Insur St-W4T3V9I4N4J0 Lemont Bradley | | 550.12 | 7,560.82 |
| 7/23 | | Stripe Transfer St-Q6L3L2J2B8T8 Association Motor Club | 216.29 | | |
| 7/23 | | Toast Dep Jul 22 Jul 23 Pz0Payhm 4445079632372*Auto Spa Hybrid | 312.56 | | |
| 7/23 | | Toast Dep Jul 22 Jul 23 Pz0Pbgyv 4445079628131*Auto Spa Bistro | 321.51 | | |
| 7/23 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z2T4Ypc on 07/23/26 | 50.00 | | |
| 7/23 | | Purchase authorized on 07/22 Restaurant Depot Atlanta GA S346203618411486 Card 8146 | | 1,182.80 | |
| 7/23 | | Purchase authorized on 07/22 Restaurant Depot Atlanta GA S356203628833114 Card 8146 | | 77.53 | |
| 7/23 | | Withdrawal Made In A Branch/Store | | 125.00 | |
| 7/23 | | Withdrawal Made In A Branch/Store | | 285.00 | |
| 7/23 | | Zelle to Christopher Rodriguez on 07/23 Ref # Wfct22G34Dxh | | 50.00 | |
| 7/23 | 110 | Check | | 1,255.70 | |
| 7/23 | | Quarterly Fee Payment 260722 6S4Lgai4Km1 Association Motor Club | | 888.82 | |
| 7/23 | 107 | Check | | 275.57 | 4,320.76 |
| 7/24 | | Doordash, Inc. Doordash - St-R4J5H4T2S2J0 Association Motor Club | 49.82 | | |
| 7/24 | | Stripe Transfer St-Q9Q7S8x6M6P1 Association Motor Club | 192.18 | | |
| 7/24 | | Toast Dep Jul 23 Jul 24 Pz0Pedqe 4445079628131*Auto Spa Bistro | 175.87 | | |
| 7/24 | | Toast Dep Jul 23 Jul 24 Pz0Pdrwn 4445079632372*Auto Spa Hybrid | 1,360.77 | | |
| 7/24 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z3443Cn on 07/24/26 | 2,700.00 | | |
| 7/24 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z36Kwz4 on 07/24/26 | 1,000.00 | | |
| 7/24 | | Recurring Payment authorized on 07/23 Apple.Com/Bill 866-712-7753 CA S306204656160187 Card 8146 | | 9.99 | |
| 7/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260723 xxxxx7632 Auto Spa Bistro | | 88.38 | |
| 7/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260723 xxxxx7232 Auto Spa Bistro | | 103.05 | |
| 7/24 | < | Business to Business ACH Debit - Promise-Pay.Com Promisepay St-U5G2J4I1L0P6 Promise Network Inc | | 367.22 | |
| 7/24 | < | Business to Business ACH Debit - Promise-Pay.Com Promisepay St-A8Y7V2T6O4Z2 Promise Network Inc | | 424.65 | |
| 7/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260723 xxxxx3008 Auto Spa Bistro | | 539.62 | |
| 7/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260723 1212308688 Auto Spa Bistro | | 551.75 | |
| 7/24 | < | Business to Business ACH Debit - Georgia Its Tax GA TX Pymt 260723 xxxxx7760 Auto Spa Bistro | | 645.77 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/24 | | Coa Revenue CO 4043306270 B26204 2Wmmm88Sb01B7Ta Lemont Bradley | | 5,000.00 | 2,068.97 |
| 7/27 | | Toast Dep Jul 25 Jul 26 Pz0Phghz 4445079632372*Auto Spa Hybrid | 78.20 | | |
| 7/27 | | Toast Dep Jul 24 Jul 25 Pz0Pgsy8 4445079628131*Auto Spa Bistro | 220.84 | | |
| 7/27 | | Toast Dep Jul 25 Jul 26 Pz0Pjrmc 4445079628131*Auto Spa Bistro | 267.57 | | |
| 7/27 | | Toast Dep Jul 26 Jul 27 Pz0Pme72 4445079628131*Auto Spa Bistro | 1,201.27 | | |
| 7/27 | | Toast Dep Jul 26 Jul 27 Pz0Pmsdf 4445079632372*Auto Spa Hybrid | 1,460.07 | | |
| 7/27 | | Money Transfer authorized on 07/23 Apple Cash Sent MO 1Infiniteloop CA S466204378321634 Card 8146 | | 88.00 | |
| 7/27 | | Money Transfer authorized on 07/23 Apple Cash Sent MO 1Infiniteloop CA S586204741378377 Card 8146 | | 60.69 | |
| 7/27 | | Purchase authorized on 07/24 Big Mouth Signs Lilburn GA S386205656390341 Card 8146 | | 800.42 | |
| 7/27 | | Money Transfer authorized on 07/24 Apple Cash Sent MO 1Infiniteloop CA S466205715951588 Card 8146 | | 120.00 | |
| 7/27 | | Money Transfer authorized on 07/24 Apple Cash Sent MO 1Infiniteloop CA S386205716304451 Card 8146 | | 35.00 | |
| 7/27 | | Zelle to Gamal Johnson on 07/25 Ref # Wfct22G8Mhk8 | | 750.00 | |
| 7/27 | | Purchase authorized on 07/25 Craigslist.Org 415-399-5200 CA S386206663688466 Card 8146 | | 35.00 | |
| 7/27 | | Recurring Payment authorized on 07/25 Apple.Com/Bill 866-712-7753 CA S466207106664927 Card 8146 | | 24.80 | |
| 7/27 | | Recurring Payment authorized on 07/26 Apple.Com/Bill 866-712-7753 CA S466207277181848 Card 8146 | | 16.99 | |
| 7/27 | | Withdrawal Made In A Branch/Store | | 306.00 | |
| 7/27 | | Zelle to Burnett Patrice on 07/27 Ref # Wfct22Ghrsfp | | 55.27 | |
| 7/27 | 108 | Check | | 350.93 | |
| 7/27 | | Siuprem Debit Inspremium 260727 Association Motor Club | | 385.37 | 2,268.45 |
| 7/28 | | Stripe Transfer St-U1N5P2D4H4V1 Association Motor Club | 188.78 | | |
| 7/28 | | Withdrawal Made In A Branch/Store | | 1,010.00 | |
| 7/28 | < | Business to Business ACH Debit - Payx-Pia-Wc Wc-Premium 0000050652608 Association Motor Club | | 75.24 | |
| 7/28 | < | Business to Business ACH Debit - Paychex Eib Invoice 260728 x17837500003171 Association Motor Club | | 80.75 | 1,291.24 |
| 7/29 | | Payx-Pia-Wc Wc-Premium 0000050666915 Association Motor Club | 69.82 | | |
| 7/29 | | Stripe Transfer St-I5D9Q5T3O9Y9 Association Motor Club | 335.84 | | |
| 7/29 | | Toast Dep Jul 28 Jul 29 Pz0PR2WV 4445079632372*Auto Spa Hybrid | 134.51 | | |
| 7/29 | | Toast Dep Jul 28 Jul 29 Pz0Prrf3 4445079628131*Auto Spa Bistro | 178.31 | | |
| 7/29 | | Money Transfer authorized on 07/27 Apple Cash Sent MO 1Infiniteloop CA S386208743755533 Card 8146 | | 145.00 | |
| 7/29 | | Recurring Payment authorized on 07/28 LF Universal Goo F Faire.Com CA S356209586468616 Card 8146 | | 205.55 | |
| 7/29 | | Withdrawal Made In A Branch/Store | | 1,131.00 | |
| 7/29 | | Zelle to Burnett Patrice on 07/29 Ref # Wfct22Gpmkgy | | 40.00 | 488.17 |
| 7/30 | | Toast Dep Jul 29 Jul 30 Pz0Pt6Qv 4445079628131*Auto Spa Bistro | 370.29 | | |
| 7/30 | | Toast Dep Jul 29 Jul 30 Pz0Pt4T4 4445079632372*Auto Spa Hybrid | 777.87 | | |
| 7/30 | | eDeposit IN Branch 07/30/26 10:49:16 Am 2204 Peachtree Rd NW Atlanta GA 8146 | 4,500.00 | | |
| 7/30 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z59K2Gn on 07/30/26 | 2,000.00 | | |
| 7/30 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z5Cryqy on 07/30/26 | 515.00 | | |
| 7/30 | | Online Transfer From Bradley L Wells Fargo Clear Access Banking xxxxxx7709 Ref #Ib0Z5D25Ht on 07/30/26 | 275.00 | | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/30 | | Wire Trans Svc Charge - Sequence: 260730093847 Srf# Ow00007255178543 Trn#260730093847 Rfb# Ow00007255178543 | | 25.00 | |
| 7/30 | | Money Transfer authorized on 07/28 Apple Cash Sent MO 1Infiniteloop CA S306210029186601 Card 8146 | | 60.00 | |
| 7/30 | | Purchase authorized on 07/28 Tiktok Shop Tiktok.Com CA S346210152827271 Card 8146 | | 34.27 | |
| 7/30 | | WT Fed#02R00 First Merchants Ba /Ftr/Bnf=First Merchants Bank Srf# Ow00007255178543 Trn#260730093847 Rfb# Ow00007255178543 | | 5,000.00 | |
| 7/30 | < | Business to Business ACH Debit - Paychex Eib Invoice 260730 x17876200000523 Association Motor Club | | 44.75 | 3,762.31 |
| 7/31 | | Doordash, Inc. Doordash - St-I6A4C6K2N3L3 Association Motor Club | 20.20 | | |
| 7/31 | | Toast Dep Jul 30 Jul 31 Pz0Pwtq7 4445079628131*Auto Spa Bistro | 542.62 | | |
| 7/31 | | Toast Dep Jul 30 Jul 31 Pz0Pvurk 4445079628131*Auto Spa Bistro | 570.69 | | |
| 7/31 | | Toast Dep Jul 30 Jul 31 Pz0Pvmmf 4445079632372*Auto Spa Hybrid | 873.06 | | |
| 7/31 | | eDeposit IN Branch 07/31/26 12:53:41 PM 2204 Peachtree Rd NW Atlanta GA 8146 | 8,000.00 | | |
| 7/31 | | Purchase authorized on 07/29 The Engelman's Bak 7702481444 GA S586210786973200 Card 8146 | | 114.14 | |
| 7/31 | | Recurring Payment authorized on 07/29 WWW.Smartcredit.CO 877-372-3895 CA S306211121332454 Card 8146 | | 29.99 | |
| 7/31 | | Purchase authorized on 07/30 Georgia Power Comp 866-702-1864 GA S346211481143207 Card 8146 | | 930.00 | |
| 7/31 | | Purchase authorized on 07/30 Georgia Power Comp 866-702-1864 GA S346211482298801 Card 8146 | | 971.00 | |
| 7/31 | | Purchase authorized on 07/30 Restaurant Depot Atlanta GA S346211593922248 Card 8146 | | 1,222.84 | |
| 7/31 | | Zelle to Burnett Patrice on 07/31 Ref # Wfct22Gym493 | | 106.75 | |
| 7/31 | | Zelle to Sakhile Rasmeni on 07/31 Ref # Wfct22H28F2F | | 52.00 | |
| 7/31 | | Monthly Service Fee | | 15.00 | 10,327.16 |
| Totals | | | $84,642.35 | $77,043.67 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 96 | 7/1 | 243.80 | 101 | 7/14 | 727.67 | 107 | 7/23 | 275.57 |
| 98 * | 7/3 | 1,255.70 | 104 * | 7/17 | 1,255.68 | 108 | 7/27 | 350.93 |
| 99 | 7/7 | 632.23 | 106 * | 7/21 | 632.23 | 110 * | 7/23 | 1,255.70 |
| 100 | 7/16 | 139.30 | | | | | | |

* *Gap in check sequence.*

WELLS FARGO

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2026 - 07/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | -$17.47 ☐ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 200 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 68 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

TIP

Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $

ADD
B. Any deposits listed in your $
register or transfers into $
your account which are not $
shown on your statement. + $

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $

| Number | Items Outstanding | Amount |
|---|---|---|

Total amount $

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Association Motor Club LLC**
**348 14th Street Nw**
**Atlanta, GA 30318**

## Profit & Loss Statement

*for the month ending June 30, 2026*

| | | |
|---|---|---|
| **Revenues** | | |
| Gross Sales | $ | 71,320.00 |
| **Gross Profit** | **$** | **71,320.00** |
| COGS | $ | (5,227.00) |
| **Net Gross Profit** | **$** | **66,093.00** |
| | | |
| **Expenses** | | |
| Advertising | $ | 4,422.00 |
| Bank Fees | $ | 100.00 |
| Equipment | $ | 379.00 |
| Equipment Lease | $ | 408.00 |
| Insurance | $ | 745.00 |
| Membership Fees | $ | 294.00 |
| Misc | $ | 588.00 |
| Repairs & Maintence | $ | 400.00 |
| Professional Fees | $ | 605.00 |
| Processing Fees | $ | 1,114.00 |
| Salaries & Wages | $ | 27,457.00 |
| Software | $ | 30.00 |
| Supplies | $ | 3,124.00 |
| Taxes | $ | 858.00 |
| Trash | $ | 224.00 |
| Utilities | $ | 7,675.00 |
| **Total Expenses** | **$** | **48,423.00** |
| | | |
| **Net Income** | **$** | **17,670.00** |

# Association Motor Club LLC

**348 14th Street Nw**
**Atlanta, GA 30318**

## Balance Sheet

*as of June 30, 2026*

| | |
|---|---|
| **Current assets:** | **Current Year** |
| Cash | 2,728.00 |
| Inventory | 3,182.00 |
| **Total current assets** | **5,910.00** |
| | |
| **Fixed assets:** | **Current Year** |
| Machinery & Equipment | 20,550.00 |
| Buildings | 4,500,000.00 |
| Less accumulated depreciation | (998,368.00) |
| **Total fixed assets** | **3,522,182.00** |
| | |
| **Total Assets** | **3,528,092.00** |
| | |
| **Liabilities and owner's equity** | |
| **Current liabilities:** | **Current Year** |
| Accounts payable | 2,855.00 |
| ST Notes Payable | 190,602.00 |
| **Total current liabilities** | **193,457.00** |
| | |
| **Long-term liabilities:** | **Current Year** |
| Notes Payable | 5,103,029.00 |
| **Total long-term liabilities** | **5,103,029.00** |
| | |
| **Owner's equity:** | **Current Year** |
| Equity Interest | (2,284,568.00) |
| Retained Earnings | 498,504.00 |
| Net Income | 17,670.00 |
| **Total owner's equity** | **(1,768,394.00)** |
| | |
| **Total Liabilities and Owner's Equity** | **3,528,092.00** |
| | |
| **Balance** | **-** |

**Association Motor Club LLC**

**348 14th Street Nw**

**Atlanta, GA 30318**

## Statement of Cash Flows

*as of June 30, 2026*

| | | |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Cash Received from Customers | $ | 71,320.00 |
| Cash Paid to Suppliers | $ | (5,227.00) |
| Cash Paid to Employees | $ | (27,457.00) |
| Cash Paid for other Expenses | $ | (20,108.00) |
| Other nonoperating Expenses | $ | - |
| Taxes Paid | $ | (858.00) |
| ***Net Cash Provided by Operating Activities*** | **$** | **17,670.00** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| ***Net Cash Provided/Used by Investing Activities*** | **$** | **-** |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net Borrowings under credit arrangement | $ | (17,500.00) |
| Distributions | $ | - |
| ***Net Cash Used by Financing Activities*** | **$** | **(17,500.00)** |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | **$** | **170.00** |
| Cash and Cash Equivalents at beginning | **$** | **2,558.00** |
| **Cash and Cash Equivalents at end** | **$** | **2,728.00** |
| - | | |

| | | | | |
|---|---|---|---|---|
| **RECONCILIATION OF NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES** | | | | |
| **Net Income** | | | **$** | **17,670.00** |
| ***Adjustments to reconcile net income to net cash provided by operating activities*** | | | | |
| | $ | - | | |
| | $ | - | | |
| ***Change in current assets & liabilities*** | | | | |
| | $ | - | | |
| **Total Adjustments** | | | $ | - |
| **Net cash provided by operating activities** | | | **$** | **17,670.00** |

7:04 5G

**Vuyi**

| | |
|---|---|
| **6/29/26** Sent - Tips | $939.13 |
| **6/24/26** Sent - Tips | $282.35 |
| **6/22/26** Sent - Tips | $612.74 |
| **6/19/26** Sent | $104.62 |
| **6/15/26** Sent - Tips | $809.17 |
| **6/8/26** Sent - Tips | $639.74 |
| **6/4/26** Sent - Tips | $284.43 |
| **6/1/26** Sent | $359.26 |
| **5/28/26** Sent - | $138.27 |
| **5/26/26** Sent - Tips | $219.55 |

7:05 5G

**Travis**

| | |
|---|---|
| **6/15/26** Sent - Tips | $165.00 |
| **6/15/26** Sent - Travis pay | $212.00 |
| **6/12/26** Sent - Tips | $50.00 |
| **6/12/26** Sent - Travis | $61.00 |
| **6/10/26** Received - Inside v/w | +$25.00 |
| **6/5/26** Sent - Tips | $70.00 |
| **6/5/26** Sent | $124.00 |
| **6/1/26** Sent - Tips | $135.00 |
| **5/29/26** Sent - Tips | $35.00 |
| **5/29/26** Sent - Travis pay | $287.00 |

7:04 5G

**Travis**

| | |
|---|---|
| **6/29/26** Sent | $100.00 |
| **6/26/26** Sent - Tips | $65.00 |
| **6/26/26** Sent | $88.00 |
| **6/24/26** Sent - Tips | $85.00 |
| **6/24/26** Sent - Tarvis pay | $114.00 |
| **6/23/26** Sent - Tae | $50.00 |
| **6/22/26** Sent - Travis pay | $296.00 |
| **6/19/26** Sent - Tip | $50.00 |
| **6/19/26** Sent - Travis pay | $62.00 |
| **6/15/26** Sent - Tips | $165.00 |



ASSOCIATION MOTOR CLUB LLC

1815-8475
ORG1:100 Payroll
EE ID: 24

06/22/2026 97

DATE

PAY TO THE ORDER OF SONIA LOPEZ

**$692.72**

AMOUNT

SIX HUNDRED NINETY TWO AND 72/100 ........

WELLS FARGO BANK, NA

[redacted]

Payrolls by Paychex, Inc.



ASSOCIATION MOTOR CLUB LLC

1815-8475
ORG1:100 Payroll
EE ID: 2

06/23/2026 94

DATE

PAY TO THE ORDER OF TERESA BURNETT
3962 LEESHIRE RD
TUCKER GA 30084

**$632.23**

AMOUNT

SIX HUNDRED THIRTY TWO AND 23/100 ........

WELLS FARGO BANK, NA

[redacted]

Payrolls by Paychex, Inc.



404-553-6118
ASSOCIATION MOTOR CLUB LLC
346 14th St NW
Atlanta GA 30318

1815-8475
ORG1:100 Payroll
EE ID: 25

06/23/2026 95

DATE

PAY TO THE ORDER OF LUCINO VALDIVA

**$1255.70**

AMOUNT

ONE THOUSAND TWO HUNDRED FIFTY FIVE AND 70/100 ........

WELLS FARGO BANK, NA

[redacted]

Payrolls by Paychex, Inc.

ASSOCIATION MOTOR CLUB LLC

1815-8475
ORG 1:100 Payroll
EE ID: 2

DATE 05/09/2026 92

[redacted]

PAY TO THE
ORDER OF

TERESA BURNETT
2562 LEESHIRE RD
TUCKER GA 30084

**$625.99**

AMOUNT

SIX HUNDRED TWENTY FIVE AND 99/100 ......................

[redacted]

WELLS FARGO BANK, NA

Payroll by Paychex, Inc.



PERSONAL MONEY ORDER
SERIAL #: 6680002133
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: k196755
Funding Source: Paper Item(s)
June 1, 2026
PAY TO THE ORDER OF TRAVIS LISSIMORE
**One Hundred Ninety-Eight and 00/100 -US Dollars ** **$198.00**
VOID IF OVER US $ 198.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) 60002470

PERSONAL MONEY ORDER
SERIAL #: 6680002149
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 9, 2026
PAY TO THE ORDER OF AURELIA CRUMBY
**Two Hundred Sixteen and 00/100 -US Dollars ** **$216.00**
VOID IF OVER US $ 216.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

CASHIER'S CHECK
SERIAL #: 6680005610
ACCOUNT#: 4861-513281
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: k196755
Funding Source: Paper Item(s)
June 2, 2026
PAY TO THE ORDER OF LUCINO VALDIVA
**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** **$1,250.00**
VOID IF OVER US $ 1,250.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2
FB004 (06/25) 60002470

PERSONAL MONEY ORDER
SERIAL #: 6680002140
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 9, 2026
PAY TO THE ORDER OF ANWAR ALI
**Six Hundred Sixty-Six and 00/100 -US Dollars ** **$666.00**
VOID IF OVER US $ 666.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) 60002470

PERSONAL MONEY ORDER
SERIAL #: 6680002138
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 8, 2026
PAY TO THE ORDER OF TRAVIS LISSIMORE
**Three Hundred Thirty-Two and 00/100 -US Dollars ** **$332.00**
VOID IF OVER US $ 332.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) 60002470

PERSONAL MONEY ORDER
SERIAL #: 6680002139
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 9, 2026
PAY TO THE ORDER OF MARKEL HENRY
**Two Hundred and 00/100 -US Dollars ** **$200.00**
VOID IF OVER US $ 200.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

PERSONAL MONEY ORDER
SERIAL #: 6680002141
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 9, 2026
PAY TO THE ORDER OF BOBBY BALDWIN
**Seven Hundred Sixty-Two and 00/100 -US Dollars ** **$762.00**
VOID IF OVER US $ 762.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) 60002470

PERSONAL MONEY ORDER
SERIAL #: 6680002153
ACCOUNT#: 4945-788032
0066800 Office AU # 11-24 1210(8)
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 10, 2026
PAY TO THE ORDER OF DONTAEVIUS RUTLEDGE
**Two Hundred Fifty-One and 00/100 -US Dollars ** **$251.00**
VOID IF OVER US $ 251.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A. 2204 PEACHTREE RD NW ATLANTA, GA 30309 FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) 60002470

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002142
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF ROBERT WILLIS

NON-NEGOTIABLE

**Two Hundred One and 00/100 -US Dollars ** **$201.00**

VOID IF OVER US $ 201.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002146
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF DECORREY AVERY

NON-NEGOTIABLE

**Three Hundred One and 00/100 -US Dollars ** **$301.00**

VOID IF OVER US $ 301.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002143
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF DIONTE THOMPSON

NON-NEGOTIABLE

**Three Hundred Ninety-Six and 99/100 -US Dollars ** **$396.99**

VOID IF OVER US $ 396.99

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002147
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF SONIA LOPEZ NAJERA

NON-NEGOTIABLE

**Six Hundred Thirty and 00/100 -US Dollars ** **$630.00**

VOID IF OVER US $ 630.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002144
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF JAMES POLEN

NON-NEGOTIABLE

**Seven Hundred Fifty-Seven and 00/100 -US Dollars ** **$757.00**

VOID IF OVER US $ 757.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002148
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF VUYISWA RASMENI

NON-NEGOTIABLE

**Four Hundred Eighty and 00/100 -US Dollars ** **$480.00**

VOID IF OVER US $ 480.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680002145
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF JAMERIUS POLEN

NON-NEGOTIABLE

**Three Hundred Eighty-Seven and 00/100 -US Dollars ** **$387.00**

VOID IF OVER US $ 387.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

CASHIER'S CHECK

0066800 Office AU # 11-24 1210(8)

SERIAL #: 6680005613
ACCOUNT#: 4861-513281

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 9, 2026

PAY TO THE ORDER OF LUCINO VALDIVA

NON-NEGOTIABLE

**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** **$1,250.00**

VOID IF OVER US $ 1,250.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002152
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 10, 2026
PAY TO THE ORDER OF JOHNATHAN DOUGLAS
**Three Hundred Twenty-Three and 00/100 -US Dollars ** **$323.00**
VOID IF OVER US $ 323.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002173
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF DEMITRUS ROBINSON
**Five Hundred Eighty-Nine and 00/100 -US Dollars ** **$589.00**
VOID IF OVER US $ 589.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

**CASHIER'S CHECK**

0066837 Office AU # 11-24 1210(8)
SERIAL #: 6683703426
ACCOUNT#: 4861-513281
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u862028
Funding Source: Paper Item(s)
June 16, 2026
PAY TO THE ORDER OF LUCINO VALDIVA
**One Thousand Two Hundred Fifty and 00/100 -US Dollars ** **$1,250.00**
VOID IF OVER US $ 1,250.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
171 17TH ST NW
ATLANTA, GA 30363
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NON-NEGOTIABLE
Purchaser Copy - Page 1 of 2
FB004 (10/19) M4203 30118152

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002168
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF DONTAEVIUS RUTLEDGE
**Three Hundred Forty-Four and 00/100 -US Dollars ** **$344.00**
VOID IF OVER US $ 344.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002171
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF DECORREY AVERY
**Two Hundred Fifty and 00/100 -US Dollars ** **$250.00**
VOID IF OVER US $ 250.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002167
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF JAMERIUS POLEN
**Two Hundred Eighty-Nine and 00/100 -US Dollars ** **$289.00**
VOID IF OVER US $ 289.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002170
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF ROBERT WILLIS
**Two Hundred Two and 00/100 -US Dollars ** **$202.00**
VOID IF OVER US $ 202.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002166
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF JOHNATHAN DOUGLAS
**Four Hundred Twenty-Seven and 00/100 -US Dollars ** **$427.00**
VOID IF OVER US $ 427.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002169
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF MARKEL HENRY
**Three Hundred Thirty-One and 00/100 -US Dollars ** **$331.00**
VOID IF OVER US $ 331.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
004 (06/25) M4203 60002470

**PERSONAL MONEY ORDER**

0066800 Office AU # 11-24 1210(8)
SERIAL #: 6680002165
ACCOUNT#: 4945-788032
Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)
June 23, 2026
PAY TO THE ORDER OF DIONTE THOMPSON
**Three Hundred Ninety-Five and 00/100 -US Dollars ** **$395.00**
VOID IF OVER US $ 395.00
Payee Address:
Memo:
WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122
NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
NON-NEGOTIABLE
Purchaser Copy
FB004 (06/25) M4203 60002470

PERSONAL MONEY ORDER

0066800 — Office AU #
11-24 — 1210(8)

SERIAL #: 6680002164
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 23, 2026

PAY TO THE ORDER OF JAMES POLEN

NON-NEGOTIABLE

**Seven Hundred Eighteen and 00/100 -US Dollars ** **$718.00**

Payee Address:
Memo:

VOID IF OVER US $ 718.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

---

PERSONAL MONEY ORDER

0066800 — Office AU #
11-24 — 1210(8)

SERIAL #: 6680002163
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 23, 2026

PAY TO THE ORDER OF ANWAR ALI

NON-NEGOTIABLE

**Six Hundred Ninety-Six and 00/100 -US Dollars ** **$696.00**

Payee Address:
Memo:

VOID IF OVER US $ 696.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 — Office AU #
11-24 — 1210(8)

SERIAL #: 6680002162
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx4129
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 23, 2026

PAY TO THE ORDER OF BOBBY BALDWIN

NON-NEGOTIABLE

**Four Hundred Seventy-Two and 00/100 -US Dollars ** **$472.00**

Payee Address:
Memo:

VOID IF OVER US $ 472.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 — Office AU #
11-24 — 1210(8)

SERIAL #: 6680002172
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx1809
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 23, 2026

PAY TO THE ORDER OF VUYISWA RASMENI

NON-NEGOTIABLE

**Four Hundred Forty and 00/100 -US Dollars ** **$440.00**

Payee Address:
Memo:

VOID IF OVER US $ 440.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470

---

PERSONAL MONEY ORDER

0066800 — Office AU #
11-24 — 1210(8)

SERIAL #: 6680002177
ACCOUNT#: 4945-788032

Remitter: LEMONT BRADLEY
Purchaser: LEMONT BRADLEY
Purchaser Account: xxxxxx7709
Operator I.D.: u870093
Funding Source: Paper Item(s)

June 29, 2026

PAY TO THE ORDER OF TRAVIS LISSIMORE

NON-NEGOTIABLE

**Three Hundred Forty-Seven and 00/100 -US Dollars ** **$347.00**

Payee Address:
Memo:

VOID IF OVER US $ 347.00

WELLS FARGO BANK, N.A.
2204 PEACHTREE RD NW
ATLANTA, GA 30309
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (06/25) M4203 60002470