**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ASSOCIATION MOTOR CLUB, LLC., d/b/a Auto Spa Bistro, | ) | |
| | ) | |
| | ) | CHAPTER 11 Case No. 24-57098-LRC |
| Debtor. | | |
| | | Judge Lisa Ritchey Craig |

---

**FIRST MERCHANTS BANK'S NOTICE OF DEPOSITION OF GREGORY HAYS**

Take notice that Creditor First Merchants Bank ("FMB"), by and through the undersigned counsel, will take the deposition of Debtor's retained expert witness, Gregory Hays, on Wednesday, August 12, 2026, commencing at 1:00 p.m., at the offices of Hays Financial Consulting, located at 2964 Peachtree Road, Suite 555, Atlanta, Georgia, 30305. An oath will be administered, and the deposition will be transcribed by a certified court reporter (or other person authorized to administer oaths), to be recorded by stenographic and/or videographic means, and shall continue from day-to-day until completed.

The deposition shall be governed by the Federal Rules of Civil Procedure (as incorporated by the Federal Rules of Bankruptcy Procedure and Local Rules) and

taken for discovery, for use at trial and/or hearing, and for any other purposes permitted by law.

Respectfully submitted, August 11, 2026.

*/s/ Christopher P. Butler*
Christopher P. Butler
Georgia Bar No. 099522
CHRISTOPHER BUTLER LLC
P.O. Box 13487
Atlanta, GA 30324
404.295.1985
cbutlerlaw@outlook.com

*Counsel for First Merchants Bank*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 11, 2026, he electronically filed the foregoing **FIRST MERCHANTS BANK'S NOTICE OF DEPOSITION OF GREGORY HAYS** with the Clerk of the Court using the CM/ECF system, which will automatically send notification to all counsels and parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filling Program.

*/s/ Christopher P. Butler*
Christopher P. Butler
Georgia Bar No. 099522
CHRISTOPHER BUTLER LLC
P.O. Box 13487
Atlanta, GA 30324
404.295.1985
cbutlerlaw@outlook.com

*Counsel for First Merchants Bank*