**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ASSOCIATION MOTOR CLUB, LLC.,** | ) | |
| | ) | |
| | ) | **CHAPTER 11 Case No. 24-57098-LRC** |
| **Debtor** | | |

---

**CREDITOR FIRST MERCHANTS BANK'S WITNESS LIST**

Take notice that Creditor First Merchants Bank (formerly First Savings Bank, hereinafter "FMB") hereby produces its Witness List for the August 20, 2026, evidentiary hearing on confirmation of Debtor's Amended Chapter 11 Plan of Reorganization, as follows:

**A. WITNESSES FMB WILL CALL AT THE HEARING**

None.

**B. WITNESSES FMB MAY CALL AT THE HEARING**

1. Lemont Bradley c/o Brad Fallon, Esq.
   211 Colonial Homes Drive NW
   Atlanta, Georgia, 30309

2. S. Gregory Hays c/o Brad Fallon, Esq.
   Hays Financial Consulting
   2964 Peachtree Road
   Suite 555
   Atlanta, Georgia, 30305

3. Any witnesses called by Debtor, the SBA, the U.S. Trustee, or any other party appearing in this case.

**C. <u>IMPEACHMENT/REBUTTAL WITNESSES</u>**

FSB reserves the right to call any witnesses identified by Debtor, the Small Business Administration, the United States Trustee, or any other party to the hearing for purposes of direct examination, cross examination, impeachment, or rebuttal.

Respectfully submitted, August 12, 2026.

*<u>/s/ Christopher P. Butler</u>*
Christopher P. Butler
Georgia Bar No. 099522
CHRISTOPHER BUTLER LLC
P.O. Box 13487
Atlanta, GA 30324
404.295.1985
cbutlerlaw@outlook.com

*Counsel for First Merchant Bank*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 12, 2026, he electronically filed the foregoing **FIRST MERCHANTS BANK'S WITNESS LIST** with the Clerk of the Court using the CM/ECF system, which will automatically send notification to all counsels and parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

*/s/ Christopher P. Butler*
Christopher P. Butler
Georgia Bar No. 099522
CHRISTOPHER BUTLER LLC
P.O. Box 13487
Atlanta, GA 30324
404.295.1985
cbutlerlaw@outlook.com

*Counsel for First Merchants Bank*